# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

In the Matter of:  ) Bankruptcy Case #
**BLUE EAGLE FARMING, LLC, et al**[1]  ) **18-02395-TOM-11**
 ) **(Jointly Administered)**

## U.S. BANKRUPTCY ADMINISTRATOR'S STATEMENT OF NO OBJECTION TO RETENTION OF KRISTIE GARRETT, ORDINARY COURSE PROFESSIONAL

COMES NOW now the U.S. Bankruptcy Administrator for the Northern District of Alabama (hereinafter, "B.A.") by and through the undersigned and having reviewed the Affidavit of Kristie Garrett, Ordinary Course Professional (Doc. #104) hereby states as follows:

1. Pursuant to the Order Authorizing Retention of Professionals Utilized in the Ordinary Course of Business (Doc. #44), Ordinary Course Professionals are required to file an Affidavit containing among other things, a "verified statement pursuant to Federal Rules of Bankruptcy Procedure Rule 2014."

2. Upon filing the aforementioned Affidavit, parties were given twenty (20) days to object to the "retention of the ...Ordinary Course Professional." (Doc. #44).

3. The B. A. has reviewed the Affidavit (Doc. #104) filed by Ms. Garrett, and it appears to contain the requisite information that was to be supplied pursuant to the Order (Doc. #44).

4. The B. A. has requested that Debtor file a monthly supplement to the Affidavit regarding the status of the loan agreement referenced in paragraph 13 of the Affidavit of Kristie Garrett, and Debtor has agreed to do this.

5. Based on the Agreement referenced in paragraph 4 above, the B.A. does NOT OBJECT to the retention of Ms. Garrett and Pinnacle, but reserves the right to object to the continued retention if the information requested in paragraph 4 is not provided, or the loan status changes.

Respectfully submitted this the 6th day of July, 2018.

/s/ Jon A. Dudeck
**Jon A. Dudeck**
Assistant U.S. Bankruptcy Administrator

---

[1] In addition to Blue Eagle Farming, LLC, the Debtors include the following entities: (1) War-House Properties, LLC: (2) Eagle Ray Investments, LLC: (3) H J Farming, LLC (4) Blue Smash Investments, LLC (5) Armor Light, LLC: (6) Forse Investments, LLC and (7) Robert Bradford Johnson.

**UNITED STATES BANKRUPTCY ADMINISTRATOR**
Northern District of Alabama
Robert S. Vance Federal Building
1800 Fifth Avenue, North
Birmingham, Alabama   35203
(205)714-3830

## CERTIFICATE OF SERVICE

This is to certify that on this the 6th day of July, 2018, I have served a copy of the foregoing on the parties listed below by depositing the same in the United States Mail, postage prepaid and properly addressed, or if the party being served is a registered participant in the CM/ECF System for the United States Bankruptcy Court for the Northern District of Alabama, service has been made by a "Notice of Electronic Filing" pursuant to FRBP 9036 in accordance with subparagraph II.B.4 of the Court's Administrative Procedures.

Marc P. Solomon  (msolomon@burr.com)
Michael Leo Hall (mhall@burr.com**)**

                                        /s/ Jon A. Dudeck
                                        **Jon A. Dudeck**
                                        Assistant U.S. Bankruptcy Administrator