# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ALABAMA - SOUTHERN DIVISION

**In the Matter of:**

| | | |
|---|---|---|
| Blue Eagle Farming, LLC, et al. | } | **Case No: 18-02395-TOM11** |
| | } | |
| DEBTOR(S). | } | |
| | } | |
| | } | |

## ORDER RESCHEDULING HEARING

This matter came before the Court on Monday, September 10, 2018 10:00 AM, for a hearing on the following:

    1) RE: Doc #121; Debtor's Motion for Order Authorizing Payment of Certain Prepetition Contractors Holding Perfected or Potential Mechanics, Materialmen's or Similar Liens or Interests
    2) RE: Doc #125; Debtor's Motion for Authorization to Obtain Secured Credit
    3) RE: Doc #169; Liquidating Trustee's Objection to Debtors Motion for Authorization to Obtain Secured Credit
    4) RE: Doc #167; Objection of United States of America to Debtors Motion for Order Authorizing Payment of Certain Prepetition Contractors
    5) RE: Doc #171; Liquidating Trustee's Limited Opposition to Debtors Motion for Order Authorizing Payment of Certain Prepetition Contractors Holding Perfected or Potential Mechanics, Materialmen's Or Similar Liens or Interests

Proper notice of the hearing was given and appearances were made by the following:
    Jon A Dudeck (Bankruptcy Administrator)
    Marc P Solomon, attorney for Blue Eagle Farming, LLC, et al.  (Debtor)
    Michael Leo Hall, attorney for Blue Eagle Farming, LLC, et al.  (Debtor)
    Dan Sparks and Brad Hightower, attorneys for Richard Arrowsmith
    Cullen Speckhart, attorney for Richard Arrowsmith - by phone

**It is therefore ORDERED, ADJUDGED and DECREED that:**

Based on arguments of counsel and the pleadings, these matters are continued to October 1, 2018 at 10:00 am in courtroom number 3 of the Robert S. Vance Federal Building, 1800 5th Avenue North, Birmingham, Alabama.

Dated: 09/11/2018                                              /s/ TAMARA O. MITCHELL
                                                                             TAMARA O. MITCHELL
                                                                             United States Bankruptcy Judge