**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **BLUE EAGLE FARMING, LLC, et al.,**[1] | ) | **Chapter 11** |
| | ) | **Case No. 18-02395-TOM11** |
| Debtor. | ) | **(Jointly Administered)** |

**SECOND INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT
OF EXPENSES SUBMITTED BY THE EVANS LAW FIRM, PC, ATTORNEYS FOR THE
DEBTOR-IN-POSSESSION**

**PART I.  COVER SHEET**

1.  Name of Applicant:    The Evans Law Firm, PC (the "Applicant")
    1736 Oxmoor Road, Ste. 101
    Birmingham, Alabama 35209

2.  Authorized to Provide Professional Services to:  Debtor-In-Possession

3.  Date of Application to Employ:    June 11, 2018

4.  Date of Retention:    June 27, 2018.

5.  Period for which compensation and reimbursement is sought: December 1, 2018 through May 31, 2019.

6.  Amount of compensation sought as actual, reasonable and necessary: $78,894.00.

7.  Amount of expense reimbursement sought as actual, reasonable and necessary: $3,810.04.

8.  The Evans Law Firm, P.C. was retained by the Debtor on June 4, 2018 and expended time and effort on behalf of the Debtor in the amount of $11,565.00 through June 7, 2018 which has been paid from the retainer of $200,000.00 received from the Debtor on June 7, 2018, with the remaining balance of $188,435.00 retained in the firm's trust account.  This petition pertains solely to the period of December 1, 2018 May 31, 2019.

---

[1]In addition to Blue Eagle Farming, LLC, the Debtors include the following entities: (1) War-Horse Properties, LLLP; (2) Eagle Ray Investments, LLC; (3) H J Farming, LLC; (4) Blue Smash Investments, LLC; (5) Armor Light, LLC; (6) Forse Investments, LLC; and (7) Robert Bradford Johnson.

9.     This is an interim application.

DATED THIS THE 7th DAY OF JUNE, 2019.

RESPECTFULLY SUBMITTED,

s/ G. Daniel Evans
G. Daniel Evans
Alexandria Parrish
Maurine C. Evans
The Evans Law Firm, P.C.
1736 Oxmoor Road, Suite 101
Birmingham, Alabama 35209
ASB-1661-N76G
ASB-2477-D66P
ASB-1498-P16T
(205) 870-1970
Fax: (205) 870-7763
E-Mail: gdevans@evanslawpc.com
        ap@evanslawpc.com
        mevans@evanslawpc.com
Attorneys for the Debtors-In-Possession

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **BLUE EAGLE FARMING, LLC, et al.,**[2] | ) | **Chapter 11** |
| | ) | **Case No. 18-02395-TOM11** |
| Debtor. | ) | **(Jointly Administered)** |

## SECOND INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES SUBMITTED BY THE EVANS LAW FIRM, PC,$ ATTORNEYS FOR THE DEBTOR-IN-POSSESSION

## PART II.  NARRATIVE SUMMARY

**COMES NOW** The Evans Law Firm, P.C., as attorneys for the Debtor-In-Possession (the "DIP"), and prays that this Court award it attorneys' fees and reimbursement of expenses and authorize payment thereof in the amount of $82,704.04, consisting of fees in the amount of $78,894.00 and expenses in the amount of $3,810.04. This request is for legal services rendered to the DIP from December 1, 2018 through May 31, 2019.

In support of this Application, The Evans Law Firm, P.C. (the "Firm" or "Applicant") sets forth as follows:

1.      Person(s) who performed the services covered by this Application:

| TIME KEEPER INITIALS | NAME | POSITION | TIME | BANKRUPTCY RATE | TOTAL |
|---|---|---|---|---|---|
| GDE | G. Daniel Evans | Attorney | 105.40 6-travel | $400.00* $200.00** | $42,160.00 1,200.00 $43,360.00 |
| AP | Alexandria Parrish | Attorney | 1.5 | $300.00 | $450.00 |
| MCE | Maurine C. Evans | Attorney | 121 6-travel | $275.00 $137.50 | $33,275.00 825.00 $34,100.00 |
| JBI | Janet B. Ives | Paralegal | 12.3 | $80.00 | $984.00 |
| | **TOTAL** | | **254** | | **$78,894.00** |

---

[2]In addition to Blue Eagle Farming, LLC, the Debtors include the following entities: (1) War-Horse Properties, LLLP; (2) Eagle Ray Investments, LLC; (3) H J Farming, LLC; (4) Blue Smash Investments, LLC; (5) Armor Light, LLC; (6) Forse Investments, LLC; and (7) Robert Bradford Johnson.

2.    Applicant is regularly involved in litigation work and has a great deal of expertise in that field, and submits that this factor has been and continues to be important in the case at bar.

3.    The Applicant requests that the Court approve the fees and expenses contained in this fee application. The Applicant avers that the hourly rates set out hereinabove are the same rates that it charges for other clients and that said fees are considered fair and reasonable in the community.

4.    The Applicant submits this Application pursuant to §330 and §331 of the Bankruptcy Code.  Section 330 provides that the Bankruptcy Court may award to the Applicant reasonable compensation for actual, necessary services rendered to the DIP based on the nature, extent, and value of such services, the time spent on such services, the Applicant's skill and experience, and the cost of comparable services other than in a case under this title; and (2) reimbursement for actual, necessary expenses. 11 U.S.C. §330. In determining the allowance of attorneys' fees and reimbursement of expenses under 11 U.S.C.§330, the Eleventh Circuit has concluded that the Bankruptcy Court must: (1) determine the nature and extent of the services rendered; (2) determine the value of those services; and (3) consider the twelve factors adopted by the Eleventh Circuit. Grant v. Schumann Tire & Battery Co., 908 F. 2d 874 (11th Cir. 1990). The Applicant has addressed each of the issues separately below.

NATURE AND EXTENT OF THE SERVICES RENDERED

The Applicant has participated in multiple aspects of this bankruptcy case. The Applicant has expended substantial time and effort in providing counsel to the DIP in connection with multiple aspects of the bankruptcy case during the Application Period, as more fully set forth below.

VALUE OF SERVICES

An objective estimate of value of the services of a DIP's attorney is determined by multiplying the number of hours reasonably expended by the attorney's reasonable hourly rate. Grant, 908 F. 2d at 878; Norman v. The Housing Auth. of the City of Montgomery, 836 F. 2d 1292, 1299 (11th Cir. 1988). This estimate is referred to as the "lodestar" method. The attorney's reasonable hourly rate is the prevailing market rate in the relevant legal community for similar services by attorneys of reasonably comparable skill, experience and reputation.

During the course of the Applicant's assistance to the DIP, the Applicant utilized lawyers and legal assistants with different skills and expertise, as necessary. The Applicant's hourly rates reflect those of differing skills and experience of its lawyers and are in conformity with the prevailing market rates of the legal communities and municipalities outlined above. The Applicant's hourly rates are neither more nor less than the hourly rates received by attorneys with comparable skill and experience in both bankruptcy and non-bankruptcy matters.

4

## TWELVE FACTORS APPLIED BY THE ELEVENTH CIRCUIT IN DETERMINING THE REASONABLENESS OF RATES AND HOURS

A determination of the reasonableness of the rates and hours submitted by the Applicant involves consideration of the twelve (12) factors set forth below. See Grant, 908 F. 2d at 878.

Time and Labor Required: The Applicant has spent a substantial amount of time in the present case since the date of employment, and the Applicant has also expended much effort because this case has required such effort for a thorough and complete job. Attached are detailed itemized records of the Applicant's time which report the substance and time of every transaction performed by the Applicant. The Applicant has itemized telephone calls, correspondence, conferences, research and document preparation time with respect to each aspect of the case. The time expended includes time for staff which has proven a cost effective means of handling some matters. The Applicant submits that there has been a significant amount of time spent in the present case.

The Novelty and Difficulty of the Question: The Applicant has been requested to advise the DIP on various novel and difficult legal issues and problems, all of which required the attention of the Applicant to fulfill its duties and obligation to the DIP. The complexity and difficulty of the issues presented in this case warrant the full allowance of the fees requested and the services performed.

The Skills Requisite to Perform the Professional Services Properly: The Applicant submits that a high degree of skill has been and continues to be essential in the representation of the DIP. The difficulty of the issues involved has often required the immediate attention of experienced attorneys; however, the Applicant has made every effort to delegate matters not requiring the services of more experienced attorneys to younger, less experienced attorneys with a lower hourly rate.

The Preclusion of Other Employment by the Applicant Due to the Acceptance of the Case: While time and effort requirements of the representation of the DIP have not caused the Applicant to be precluded from representing other clients, the time-sensitive nature of this bankruptcy case has demanded that this matter be given top priority. The representation of the DIP has not caused any conflicts of interest to occur.

The Customary Fee: The Applicant avers that its hourly rates set out herein are the rates it typically charges, and that said fees are customary, fair and reasonable in the community.

Whether the Fee is Fixed or Contingent: The fee is not contingent, other than the client's ability to pay, and no amount of the fee has been guaranteed by any third party.
Time Limitations Imposed by the Client or the Circumstances: Many of the matters that the Applicant has handled for the DIP have been time-sensitive.

**The Amount Involved and the Results Obtained:** The fee requested by the Applicant is reasonable given the size and complexity of the case and the results obtained thus far. As illustrated in the project summaries in Part III, the Applicant has been diligent in representing the DIP's interests in the Debtor's bankruptcy case within a very short time period.

**The Experience, Reputation and the Ability of the Professionals:** As stated above, the Applicant has extensive experience with representing a variety of litigants in numerous courts. They have worked on all aspects of the bankruptcy-related work that has arisen in these cases. The skill and experience of the Applicant's attorneys has been of benefit to the DIP, and the complexity and difficulty of the issues involved in this case warrant the full allowance of fees requested for the services performed by the Applicant.

**The Undesirability of the Case:** The Applicant submits that the case at bar is not undesirable.

**The Nature and Length of Professional Relationship with the Client:** The Applicant did not represent the DIP prior to its bankruptcy and was not familiar with its business and operations.

**Awards in Similar Cases:** The Applicant relies on this Court's experience and knowledge with respect to fee awards in similar cases. The Applicant submits that the fees requested in this Application are comparable to those awarded in similar cases of this nature and complexity.

DATED THIS 7th DAY OF JUNE, 2019.

*/s/ G. Daniel Evans*
G. Daniel Evans
Alexandria Parrish
Maurine C. Evans

6

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

IN RE:                                    )
                                          )
**BLUE EAGLE FARMING, LLC, et al.,**[3]   )          **Chapter 11**
                                          )          **Case No. 18-02395-TOM11**
                   **Debtor.**            )          **(Jointly Administered)**


**SECOND INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES SUBMITTED BY THE EVANS LAW FIRM, P.C., ATTORNEYS FOR THE DEBTOR-IN-POSSESSION**

**PART III.  PROJECT SUMMARY SHEET**

**THIS PROJECT IS #1 OF 6 IN THIS CASE**

1.      Project Title:  Communications with Debtors' Representatives, creditors and other interested parties.

2.      General nature of the project and circumstances involved:  Communications with Debtors' Representatives, creditors and other interested parties regarding various bankruptcy issues.

3.      Amount of the requested fee assigned to this project:  $8,082.50

4.      Amount of time attributable to this project: 20.8 hours

5.      Professional(s) performing services covered by this application:

| TIME KEEPER INITIALS | NAME | POSITION | TIME | BANKRUPTCY RATE | TOTAL |
|---|---|---|---|---|---|
| GDE | G. Daniel Evans | Attorney | 18.9 | $400.00 | $7,560.00 |
| MCE | Maurine C. Evans | Attorney | 1.9 | $275.00 | $  522.50 |
|  | **TOTAL** |  | **20.8** |  | **$8,082.50** |

---

[3]In addition to Blue Eagle Farming, LLC, the Debtors include the following entities: (1) War-Horse Properties, LLLP; (2) Eagle Ray Investments, LLC; (3) H J Farming, LLC; (4) Blue Smash Investments, LLC; (5) Armor Light, LLC; (6) Forse Investments, LLC; and (7) Robert Bradford Johnson.

7

6.      Statement regarding objectives, reasonableness and necessity of this project: It is necessary and reasonable for the Applicant to assist the DIP with its governance and fulfillment of its fiduciary obligations and to keep the DIP fully informed about developments in the case.

7.      Disposition of the project: Applicant communicates with the Debtors' representatives, creditors and other interested parties on an on-going basis.

8.      Particular problems or difficulties encountered:  None.

DATED THIS THE 7th DAY OF JUNE, 2019.


                                                    */s/ G. Daniel Evans*                   
                                                    G. Daniel Evans
                                                    Alexandria Parrish
                                                    Maurine C. Evans

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| BLUE EAGLE FARMING, LLC, et al.,[4] | ) | Chapter 11 |
| | ) | Case No. 18-02395-TOM11 |
| Debtor. | ) | (Jointly Administered) |

**SECOND INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES SUBMITTED BY THE EVANS LAW FIRM, P.C., ATTORNEYS FOR THE DEBTOR-IN-POSSESSION**

**PART III.  PROJECT SUMMARY SHEET**

**THIS IS PROJECT #2 OF 6 IN THIS CASE**

1.      Project Title:  Hearings

2.      General nature of the project and circumstances involved: Prepared for and attended scheduled hearings on behalf of the DIP.

3.      Amount of the requested fee assigned to this project: $3,830.00

4.      Amount of time attributable to this project: 11.2 hours

5.      Professional(s) performing services covered by this application:

| TIME KEEPER INITIALS | NAME | POSITION | TIME | BANKRUPTCY RATE | TOTAL |
|---|---|---|---|---|---|
| GDE | G. Daniel Evans | Attorney | 6.0 | $400.00 | $2,400.00 |
| MCE | Maurine Evans | Attorney | 5.2 | $275.00 | $1,430.00 |
| | **TOTAL** | | **11.2** | | **$3,830.00** |

---

[4]In addition to Blue Eagle Farming, LLC, the Debtors include the following entities: (1) War-Horse Properties, LLLP; (2) Eagle Ray Investments, LLC; (3) H J Farming, LLC; (4) Blue Smash Investments, LLC; (5) Armor Light, LLC; (6) Forse Investments, LLC; and (7) Robert Bradford Johnson.

9

6. Statement regarding objectives, reasonableness and necessity of this project: It is necessary and reasonable for the Applicant to represent the interests of the DIP at certain scheduled hearings in this matter.

7. Disposition of the project: Applicant continues to appear on behalf of the DIP.

8. Particular problems or difficulties encountered: None.

DATED THIS THE 7th DAY OF JUNE, 2019.

/s/ G. Daniel Evans
G. Daniel Evans
Alexandria Parrish
Maurine C. Evans

10

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

IN RE:                                    )
                                          )
BLUE EAGLE FARMING, LLC, et al.,[5]       )        Chapter 11
                                          )        Case No. 18-02395-TOM11
                    Debtor.               )        (Jointly Administered)


**SECOND INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES SUBMITTED BY THE EVANS LAW FIRM, P.C., ATTORNEYS FOR THE DEBTOR-IN-POSSESSION**

**PART III.  PROJECT SUMMARY SHEET**


**THIS IS PROJECT #3 OF 6 IN THIS CASE**

1.      Project Title:  Case Administration

2.      General nature of the project and circumstances involved: Assist Debtor-in-Possession in its governance and fulfillment of its fiduciary obligations.

3.      Amount of the requested fee assigned to this project: $62,156.50

4.      Amount of time attributable to this project: 201.2 hours

5.      Professional(s) performing services covered by this application:

| TIME KEEPER INITIALS | NAME | POSITION | TIME | BANKRUPTCY RATE | TOTAL |
|---|---|---|---|---|---|
| GDE | G. Daniel Evans | Attorney | 73.5 | $400.00 | $29,400.00 |
| MCE | Maurine C. Evans | Attorney | 113.90 | $275.00 | $31,322.50 |
| JBI | Janet B. Ives | Paralegal | 12.3 | $80.00 | $    984.00 |

---

[5]In addition to Blue Eagle Farming, LLC, the Debtors include the following entities: (1) War-Horse Properties, LLLP; (2) Eagle Ray Investments, LLC; (3) H J Farming, LLC; (4) Blue Smash Investments, LLC; (5) Armor Light, LLC; (6) Forse Investments, LLC; and (7) Robert Bradford Johnson.

11

| AP | Alexandria Parrish | Attorney | 1.5 | $300.00 | $450.00 |
|---|---|---|---|---|---|
| | **TOTAL** | | **201.2** | | **$62,156.50** |

      6.      Statement regarding objectives, reasonableness and necessity of this project: It is necessary and reasonable for the Applicant to assist the DIP in the administration of these bankruptcy cases and to otherwise meet its required duties.

      7.      Disposition of the project: Applicant continues to assist DIP in the administration of these bankruptcy cases.

      8.      Particular problems or difficulties encountered:  None.

DATED THIS THE 7th DAY OF JUNE, 2019.

                      /s/ G. Daniel Evans
                      G. Daniel Evans
                      Alexandria Parrish
                      Maurine C. Evans

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

IN RE: )
)
BLUE EAGLE FARMING, LLC, et al.,[6] ) Chapter 11
) Case No. 18-02395-TOM11
Debtor. ) (Jointly Administered)

**SECOND INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES SUBMITTED BY THE EVANS LAW FIRM, P.C., ATTORNEYS FOR THE DEBTOR-IN-POSSESSION**

**PART III.  PROJECT SUMMARY SHEET**

**THIS IS PROJECT #4 OF 6 IN THIS CASE**

1.      Project Title: Research

2.      General nature of the project and circumstances involved: Applicant has performed research related to various issues in the bankruptcy cases.

3.      Amount of the requested fee assigned to this project:  $0

4.      Amount of time attributable to this project:  0 hours

5.      Professional(s) performing services covered by this application:

| TIME KEEPER INITIALS | NAME | POSITION | TIME | BANKRUPTCY RATE | TOTAL |
|---|---|---|---|---|---|
| MCE | Maurine Evans | Attorney | 0 | $ | $    0 |
| | **TOTAL** | | | | **$0** |

---

[6]In addition to Blue Eagle Farming, LLC, the Debtors include the following entities: (1) War-Horse Properties, LLLP; (2) Eagle Ray Investments, LLC; (3) H J Farming, LLC; (4) Blue Smash Investments, LLC; (5) Armor Light, LLC; (6) Forse Investments, LLC; and (7) Robert Bradford Johnson.

13

6.     Statement regarding objectives, reasonableness and necessity of this project: Applicant has performed research regarding various issues in the bankruptcy cases to enable the DIP to meet its fiduciary obligations.  This research is reasonable and necessary in light of the complex nature of this case and the many issues presented.

7.     Disposition of the project: Applicant continues to perform research as necessary for the DIP to perform its duties.

8.     Particular problems or difficulties encountered:  None.

DATED THIS THE 7th DAY OF JUNE, 2019.


/s/ G. Daniel Evans
G. Daniel Evans
Alexandria Parrish
Maurine C. Evans

14

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| BLUE EAGLE FARMING, LLC, et al.,[7] | ) | Chapter 11 |
| | ) | Case No. 18-02395-TOM11 |
| Debtor. | ) | (Jointly Administered) |

## SECOND INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES SUBMITTED BY THE EVANS LAW FIRM, P.C., ATTORNEYS FOR THE DEBTOR-IN-POSSESSION

## PART III.  PROJECT SUMMARY SHEET

**THIS IS PROJECT #5 OF 6 IN THIS CASE**

1.    Project Title: Non-working travel

2.    General nature of the project and circumstances involved: Travel to and from meetings and other events where other work was not performed during the travel.

3.    Amount of the requested fee assigned to this project:  $2,025.00

4.    Amount of time attributable to this project: 12 hours

5.    Professional(s) performing services covered by this application:

| TIME KEEPER INITIALS | NAME | POSITION | TIME | BANKRUPTCY RATE | TOTAL |
|---|---|---|---|---|---|
| GDE | G. Daniel Evans | Attorney | 6 | $200.00 (1/2 rate) | $1,200.00 |
| MCE | Maurine C. Evans | Attorney | 6 | $137.50 (1/2 rate) | $ 825.00 |
| | **TOTAL** | | **12** | | **$2,025.00** |

---

[7]In addition to Blue Eagle Farming, LLC, the Debtors include the following entities: (1) War-Horse Properties, LLLP; (2) Eagle Ray Investments, LLC; (3) H J Farming, LLC; (4) Blue Smash Investments, LLC; (5) Armor Light, LLC; (6) Forse Investments, LLC; and (7) Robert Bradford Johnson.

15

6.     Statement regarding objectives, reasonableness and necessity of this project: It is reasonable and necessary for the Applicant to travel to meetings and other events in order to enable the DIP to meet its obligations.

7.     Disposition of the project: Applicant continues to engage in travel where necessary to assist the DIP.

8.     Particular problems or difficulties encountered:  None.

DATED THIS THE 7th DAY OF JUNE, 2019.


                                        /s/ G. Daniel Evans
                                        G. Daniel Evans
                                        Alexandria Parrish
                                        Maurine C. Evans

Case 18-02395-TOM11    Doc 516    Filed 06/07/19    Entered 06/07/19 12:19:23    Desc
                    Main Document        Page 16 of 27

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

IN RE:         )
            )
**BLUE EAGLE FARMING, LLC, et al.,[8]** )  **Chapter 11**
            )  **Case No. 18-02395-TOM11**
      **Debtor.**    )  **(Jointly Administered)**


**SECOND INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES SUBMITTED BY THE EVANS LAW FIRM, P.C., ATTORNEYS FOR THE DEBTOR-IN-POSSESSION**

**PART III.  PROJECT SUMMARY SHEET**

**THIS IS PROJECT #6 OF 6 IN THIS CASE**

  1.  Project Title: Pleadings and Other Requisite Filings.

  2.  General nature of the project and circumstances involved: Work regarding the preparation of pleadings and other requisite filings as needed in the case and responding and/or objecting to certain pleadings in the case.

  3.  Amount of the requested fee assigned to this project:  $2,800.00

  4.  Amount of time attributable to this project: 7  hours

  5.  Professional(s) performing services covered by this application:

| TIME KEEPER INITIALS | NAME | POSITION | TIME | BANKRUPTCY RATE | TOTAL |
|---|---|---|---|---|---|
| GDE | G. Daniel Evans | Attorney | 7 | $400.00 | $2,800.00 |

---

[8]In addition to Blue Eagle Farming, LLC, the Debtors include the following entities: (1) War-Horse Properties, LLLP; (2) Eagle Ray Investments, LLC; (3) H J Farming, LLC; (4) Blue Smash Investments, LLC; (5) Armor Light, LLC; (6) Forse Investments, LLC; and (7) Robert Bradford Johnson.

17

| | TOTAL | | 7 | $400.00 | $2,800.00 |
|---|---|---|---|---|---|

6.    Statement regarding objectives, reasonableness and necessity of this project: It is reasonable and necessary for the Applicant to travel to meetings and other events in order to enable the DIP to meet its obligations.

7.    Disposition of the project: Applicant continues to engage in travel where necessary to assist the DIP.

8.    Particular problems or difficulties encountered:  None.

DATED THIS THE 7th DAY OF JUNE, 2019.


/s/ G. Daniel Evans
G. Daniel Evans
Alexandria Parrish
Maurine C. Evans

18

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

IN RE: )
 )
BLUE EAGLE FARMING, LLC, et al.,[9] ) Chapter 11
 ) Case No. 18-02395-TOM11
 Debtor. ) (Jointly Administered)


**SECOND INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT
OF EXPENSES SUBMITTED BY THE EVANS LAW FIRM, P.C., ATTORNEYS FOR
THE DEBTOR-IN-POSSESSION**

**PART IV: SUMMARY OF COMPENSATION AND EXPENSES**

| Project | Description | Total Fees |
|---|---|---|
| 1 | Communications with Debtors, court, creditors, and other interested parties | $ 8,082.50 |
| 2 | Hearings | $ 3,830.00 |
| 3 | Case Administration | $62,156.50 |
| 4 | Research | $0 |
| 5 | Non-working travel | $ 2,025.00 |
| 6 | Pleadings and Other Requisite Filings | $ 2,800.00 |
| | **Total Fees** | **$78,894.00** |

---

[9]In addition to Blue Eagle Farming, LLC, the Debtors include the following entities: (1) War-Horse Properties, LLLP; (2) Eagle Ray Investments, LLC; (3) H J Farming, LLC; (4) Blue Smash Investments, LLC; (5) Armor Light, LLC; (6) Forse Investments, LLC; and (7) Robert Bradford Johnson.

19

| Expenses | Amount |
|---|---|
| Attorney Mileage | $     5.45 |
| Travel Expenses (air plane, hotel, meal) | $3,611.46 |
| Westlaw Research | $   108.53 |
| Photocopies | $     84.60 |
|  |  |
| TOTAL EXPENSES | $3,810.04 |

**DATED THIS THE 7th DAY OF JUNE, 2019.**

/s/ G. Daniel Evans
G. Daniel Evans
Alexandria Parrish
Maurine C. Evans

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **BLUE EAGLE FARMING, LLC, et al.,**[10] | ) | **Chapter 11** |
| | ) | **Case No. 18-02395-TOM11** |
| Debtor. | ) | **(Jointly Administered)** |

**SECOND INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT
OF EXPENSES SUBMITTED BY THE EVANS LAW FIRM, P.C., ATTORNEYS FOR
THE DEBTOR-IN-POSSESSION**

**STATEMENT REQUIRED BY 11 U.S.C. § 504 AND FED. R. BANKR. P. 2016**

All services for which compensation is requested were performed on behalf of the DIP pursuant to the Order approving employment of Applicant dated June 27, 2018, and not on behalf of the Debtor, any Creditor or other person or persons. There is no agreement or understanding between the Applicant and any other entity for the sharing of compensation received or to be received for services rendered in or in connection with this case.

DATED THIS 7th DAY OF JUNE, 2019.

*/s/ G. Daniel Evans*
G. Daniel Evans
Alexandria Parrish
Maurine C. Evans

---

[10] In addition to Blue Eagle Farming, LLC, the Debtors include the following entities: (1) War-Horse Properties, LLLP; (2) Eagle Ray Investments, LLC; (3) H J Farming, LLC; (4) Blue Smash Investments, LLC; (5) Armor Light, LLC; (6) Forse Investments, LLC; and (7) Robert Bradford Johnson.

21

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **BLUE EAGLE FARMING, LLC, et al.,**[11] | ) | **Chapter 11** |
| | ) | **Case No. 18-02395-TOM11** |
| Debtor. | ) | **(Jointly Administered)** |

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the Second Interim Application for Compensation and Reimbursement of Expenses Submitted by The Evans Law Firm, P.C., Attorneys for the Debtors-In-Possession on the parties listed on the attached Master Service List by Notice of Electronic Filing, e-mail, facsimile transmission or U.S. First Class Mail as indicated said list on this the 7th day of June, 2019.

> */s/ G. Daniel Evans*
> G. Daniel Evans
> Alexandria Parrish
> Maurine C. Evans
> The Evans Law Firm, P.C.
> 1736 Oxmoor Road, Suite 101
> Birmingham, Alabama 35209
> ASB-1661-N76G
> ASB-2477-D66P
> ASB-1498-P16T
> (205) 870-1970
> Fax: (205) 870-7763
> E-Mail: gdevans@evanslawpc.com
>                 ap@evanslawpc.com
>                 mevans@evanslawpc.com
> Attorneys for the Debtors-In-Possession

---

[11]In addition to Blue Eagle Farming, LLC, the Debtors include the following entities: (1) War-Horse Properties, LLLP; (2) Eagle Ray Investments, LLC; (3) H J Farming, LLC; (4) Blue Smash Investments, LLC; (5) Armor Light, LLC; (6) Forse Investments, LLC; and (7) Robert Bradford Johnson.

22

Master Service List: *In re: Blue Eagle Farming, LLC, et al*; Case No. 18-02395-TOM11
**VIA CM/ECF:**

Counsel for the Debtors
Michael Leo Hall
Marc P. Solomon
Anna W. Akers
Burr & Forman LLP
420 North 20th Street, Suite 3400
Birmingham, AL 35203
mhall@burr.com
msolomon@burr.com
aakers@burr.com

Counsel for Richard T. Arrowsmith, as
Liquidating Trustee of The HDL Liquidating Trust
Daniel D. Sparks
Bradley R. Hightower
Christian & Small LLP
1800 Financial Center
505 North 20th Street
Birmingham, AL 35203
ddsparks@csattorneys.com
brhightower@csattorneys.com

Counsel for United States of America
Richard E. O'Neal
Ed Ragland
Assistant United States Attorney
1801 4th Avenue North
Birmingham, AL 35203
USAALN.BANKRUPTCY@usdoj.gov
Ed.Ragland@usdoj.gov

Jon A. Dudeck
Assistant U.S. Bankruptcy Administrator
1800 5th Avenue North
Birmingham, AL 35203
jon_dudeck@alnba.uscourts.gov

Counsel for Scarlett Lutz, Kayla Webster,
William J. Tuck, Esq. and Pietragallo, Gordon,
Alfano, Bosick & Raspanti, LLP
William C. Athanas
Waller Lansden Dortch & Davis LLP
1901 Sixth Avenue North, Suite 1400
Birmingham, AL 35203
Bill.Athanas@wallerlaw.com

Co-Counsel for Debtors
G. Daniel Evans
Maurine C. Evans
Alexandria Parrish
The Evans Law Firm, P.C.
1736 Oxmoor Road, Suite 101
Birmingham, AL 35209
gdevans@evanslawpc.com
mevans@evanslawpc.com
ap@evanslawpc.com

Counsel for United States of America
Andrew D. Warner
U.S. Department of Justice
Civil Division
1100 L Street, NW, Room 7104
Washington, DC 20005
andrew.warner@usdoj.gov

Counsel for Michael R. Waters
Seth B. Thompson
The Thompson Law Firm, LLC
1701 Main Avenue SW, Suite 5
Cullman, Alabama 35055
seththompson@thompsonattorneys.com

Counsel for White Arnold & Dowd, PC
William Kent Upshaw
Comer & Upshaw, LLP
2107 2ndAvenue North
Birmingham, Alabama 35203
wkupshaw@comerupshaw.com

Counsel for Stacy Chism Johnson, Stacy Chism
Johnson on behalf of Holland Johnson, a minor,
and Reagan Pittman
Lee R. Benton
Benton & Centeno, LLP
2019 Third Avenue North
Birmingham, AL 35203
lbenton@bcattys.com

23

**VIA E-MAIL:**

J. Thomas Corbett
Bankruptcy Administrator
1800 5th Avenue North
Birmingham, AL 35203
thomas_corbett@alnba.uscourts.gov

Counsel for Richard T. Arrowsmith, as
Liquidating Trustee of The HDL Liquidating Trust
Cullen D. Speckhart
Wolcott Rivers Gates
919 E. Main Street, Ste. 2010
Richmond, Virginia 23219
200 Bendix Road, Ste. 300
Virginia Beach, Virginia 23452
cspeckhart@wolriv.com

James C. Leventis, Jr.
US Attorneys Office (Cola)
1441 Main Street, Suite 500
Columbia, SC 29201
james.leventis@usdoj.gov

Co-Counsel for Debtors
Christopher M. Kovach
Barnwell Whaley Patterson & Helms, LLC
288 Meeting Street, Suite 200
Charleston, SC 29401
ckovach@barnwell-whaley.com

Counsel for Richard T. Arrowsmith, as
Liquidating Trustee of The HDL Liquidating Trust
Richard S. Kanowitz
Cooley LLP
55 Hudson Yards
New York, NY 10001
rkanowitz@cooley.com

Marc S. Raspanti
Pamela Coyle Brecht
Michael A. Morse
Pietragallo Gordon Alfano Bosick & Raspanti,
LLP
1818 Market Street, Suite 3402
Philadelphia, PA 19103
msr@pietragallo.com
pcb@pietragallo.com
mam@pietragallo.com

Counsel for United States of America
Michael David Kass
U.S. Department of Justice
175 N Street NE, Room 9.1308
Washington, DC 20002
michael.d.kass@usdoj.gov

**VIA U.S. MAIL:**

The District Director of the Internal Revenue
Service for the Northern District of Alabama
801 Tom Martin Drive
Birmingham, AL 35211

Chase Auto Finance
P.O. Box 901076
Fort Worth, TX 76101-2076

24

| Date | Project | Explanation | TKPR Name | Bs Hours | Rate | Base Amt |
|------|---------|-------------|-----------|----------|------|----------|
| Dec 27/2018 | 1 | Lengthy phone call with Mike Hall; lengthy email concerning litigation approach | Evans, G. Daniel | 0.80 | $400.00 | $320.00 |
| Jan 29/2019 | 6 | Review and edit changes on the reply brief | Evans, G. Daniel | 3.40 | $400.00 | $1,360.00 |
| Jan 30/2019 | 6 | Review of proposed order and fourth draft; phone call and email to Mike Hall | Evans, G. Daniel | 0.60 | $400.00 | $240.00 |
| Feb 11/2019 | 2 | Review briefs, court hearing on pending motions | Evans, G. Daniel | 2.50 | $400.00 | $1,000.00 |
| Feb 14/2019 | 1 | Multiple emails, conference calls to and fro Mike Hall and Marc Solomon; review cases cited to the court; email from Kanowitz, etc. | Evans, G. Daniel | 1.30 | $400.00 | $520.00 |
| Feb 15/2019 | 3 | Emails, conversations to and fro Mike Hall; review responsive email from Kanowitz | Evans, G. Daniel | 0.50 | $400.00 | $200.00 |
| Feb 15/2019 | 3 | Review of email re upcoming tasks | Evans, Maurine C. | 0.10 | $275.00 | $27.50 |
| Feb 28/2019 | 3 | Telephone Call with Brad Johnson; lengthy phone call with Mike Hall concerning multiple issues; United State's claims challenges to proof of claim; telephone call with Seth Thompson concerning Water's claim against Blue Smash, etc. | Evans, G. Daniel | 1.00 | $400.00 | $400.00 |
| Apr 2/2019 | 3 | Telephone Call with Mike Hall, review court's order on motions for judgment on the pleadings, etc. | Evans, G. Daniel | 0.50 | $400.00 | $200.00 |
| Apr 8/2019 | 3 | Telephone Call with Mike Hall concerning discovery scheduling, etc. | Evans, G. Daniel | 0.30 | $400.00 | $120.00 |
| Apr 11/2019 | 3 | Preparation for and meeting with Mike Hall, Marc Solomon, Anna and Meredith for upcoming issues and scheduling, division of labor, trial strategy, etc. | Evans, G. Daniel | 2.50 | $400.00 | $1,000.00 |
| Apr 11/2019 | 3 | Meeting with Burr team and GDE re next steps in discovery and depo prep and separate meeting with GDE re same | Evans, Maurine C. | 1.10 | $275.00 | $302.50 |
| Apr 15/2019 | 3 | Phone calls with Mike Hall, Marc Solomon; lengthy conference call with all counsel concerning scheduling; review of prior emails and proposed issues; follow-up call with Mike Hall | Evans, G. Daniel | 1.00 | $400.00 | $400.00 |
| Apr 15/2019 | 3 | Meeting with GDE re conference call with opposing counsel, upcoming deadlines, and our strategy for Brad's May depositions; meeting with GDE re call with Anna Akers and Burr team; call with Anna Akers re division of labor in approaching issues for litigation and upcoming depos | Evans, Maurine C. | 0.60 | $275.00 | $165.00 |
| Apr 16/2019 | 6 | Review motion for expedited hearing, motion to enforce automatic stay, and response of Arrowsmith; preparation for hearing | Evans, G. Daniel | 1.00 | $400.00 | $400.00 |
| Apr 17/2019 | 2 | Trip and from courthouse for hearing on Motion for Stay followed by conference with client and other attorneys at Burr, Forman | Evans, G. Daniel | 3.50 | $400.00 | $1,400.00 |
| Apr 17/2019 | 2 | Preparation for hearing, attended hearing, and meeting with Burr team and Client following hearing, meeting with GDE to discuss our next steps for depo prep; meeting with GDE re full evaluation of elements of proof in VA action to ensure we properly prepare Brad for depo | Evans, Maurine C. | 5.20 | $275.00 | $1,430.00 |
| Apr 18/2019 | 1 | Telephone Call with Brad; lengthy phone call with Mike Hall; phone call to Jay Kagan; review witnesses; conference with Maurine concerning ongoing projects and issues | Evans, G. Daniel | 1.20 | $400.00 | $480.00 |
| Apr 18/2019 | 3 | Meeting with GDE re upcoming depos; call with Anna Akers at Burr re depo chart; email to Anna re same; reviewed filings to compile claims analysis for use in depo prep | Evans, Maurine C. | 1.20 | $275.00 | $330.00 |
| Apr 19/2019 | 3 | Lengthy meeting followed by lengthy phone call with Mike Hall | Evans, G. Daniel | 3.40 | $400.00 | $1,360.00 |
| Apr 19/2019 | 3 | Meeting re deponents re upcoming Colberg deposition and background information that may be helpful in preparing for upcoming depositions | Evans, Maurine C. | 3.00 | $275.00 | $825.00 |
| Apr 22/2019 | 3 | Work on file organization | Ives, Janet B. | 2.00 | $80.00 | $160.00 |
| Apr 22/2019 | 3 | Reviewed and drafted memo on points for Patrick Colberg deposition; review of amended complaint in VA proceeding and began drafting claims analysis for use in depo and trial prep | Evans, Maurine C. | 4.70 | $275.00 | $1,292.50 |
| Apr 23/2019 | 1 | Multiple conversations with Maurine concerning outline of issues; phone call with Anna concerning Colberg deposition; | Evans, G. Daniel | 1.10 | $400.00 | $440.00 |
| Apr 23/2019 | 3 | Continued claims analysis of claims asserted in VA complaint | Evans, Maurine C. | 4.30 | $275.00 | $1,182.50 |
| Apr 24/2019 | 3 | JBI - download depos in VA bankruptcy case | Ives, Janet B. | 0.80 | $80.00 | $64.00 |
| Apr 24/2019 | 3 | Review and index trial transcript, identifying witnesses, review and compile pleadings, gather depositions taken, emails with counsel in Pennsylvania, conference with Maurine; emails to and fro Burr & Forman attorneys concerning ongoing depositions | Evans, G. Daniel | 4.10 | $400.00 | $1,640.00 |

| Date | Project | Explanation | TKPR Name | Bs Hours | Rate | Base Amt |
|---|---|---|---|---|---|---|
| Apr 24/2019 | 3 | Began claims analysis on Doc. 226 - AP complaint in Alabama | Evans, Maurine C. | 1.00 | $275.00 | $275.00 |
| Apr 24/2019 | 3 | Meeting with Burr team re trial prep and upcoming depos; continued compiling and evaluating claims, various complaints and proofs of claim | Evans, Maurine C. | 6.60 | $275.00 | $1,815.00 |
| Apr 25/2019 | 1 | Lengthy phone calls with Marc Solomon, Mike Hall, and co-counsel; multiple emails to and fro; phone calls with Brad Johnson and Frank Griffen; gathering existing depositions; plan trip to Charleston; trial strategies, etc. | Evans, G. Daniel | 6.20 | $400.00 | $2,480.00 |
| Apr 26/2019 | 1 | Lengthy conference with Brad | Evans, G. Daniel | 3.00 | $400.00 | $1,200.00 |
| Apr 26/2019 | 3 | Work on revisions of scheduling order; phone calls with Mike Hall; review and execute application for employment affidavit; additional phone calls with Brad Johnson; emails concerning scheduling for trip to Charleston for depositions; general work on file and time line | Evans, G. Daniel | 2.10 | $400.00 | $840.00 |
| Apr 26/2019 | 3 | Meeting with Brad re timeline and history of facts surrounding all of the cases and subsequent review of documents re same | Evans, Maurine C. | 2.50 | $275.00 | $687.50 |
| Apr 26/2019 | 3 | Finished claims analysis and began review of notices of deposition, phone calls with Anna Ackers re affidavit and various action items discussed in our meeting the day before | Evans, Maurine C. | 1.60 | $275.00 | $440.00 |
| Apr 28/2019 | 3 | Work on time line | Evans, G. Daniel | 1.80 | $400.00 | $720.00 |
| Apr 29/2019 | 5 | Travel from Birmingham to Charleston, SC* | Evans, G. Daniel | 3.00 | $400.00 | $600.00 |
| Apr 29/2019 | 5 | Travel from Birmingham to Charleston, SC* | Evans, Maurine C. | 3.00 | $275.00 | $412.50 |
| Apr 29/2019 | 3 | Review file in preparation for meeting with counsel | Evans, G. Daniel | 1.50 | $400.00 | $600.00 |
| Apr 30/2019 | 3 | Reviewed/outlined/analyzed Johnson trial testimony | Evans, Maurine C. | 4.50 | $275.00 | $1,237.50 |
| Apr 30/2019 | 3 | Extensive meeting with Mike Hall, Marc Solomon, Maurine and co-counsel at Dawes Cook's office in Charleston and continued meeting with Mike, Marc and Maurine | Evans, G. Daniel | 6.00 | $400.00 | $2,400.00 |
| Apr 30/2019 | 3 | Extensive meeting with Mike Hall, Marc Solomon, Maurine and co-counsel at Dawes Cook's office in Charleston and continued meeting with Mike, Marc and GDE | Evans, Maurine C. | 6.00 | $275.00 | $1,650.00 |
| Apr 30/2019 | 3 | Reviewed Johnson trial testimony from Berkeley trial; began reviewing Ruggio testimony; began reviewing exhibits for Dennis Ryan; work dinner with co-counsel | Evans, Maurine C. | 4.20 | $275.00 | $1,155.00 |
| Apr 30/2019 | 3 | Working supper with co-counsel | Evans, G. Daniel | 1.00 | $400.00 | $400.00 |
| May 1/2019 | 5 | Return from Charleston, SC to Birmingham* | Evans, G. Daniel | 3.00 | $400.00 | $600.00 |
| May 1/2019 | 5 | Return from Charleston, SC to Birmingham* | Evans, Maurine C. | 3.00 | $275.00 | $412.50 |
| May 1/2019 | 3 | Review Appellate brief, emails concerning Laura Hoey's deposition, emails to and fro Mike and Marc; work on file | Evans, G. Daniel | 1.40 | $400.00 | $560.00 |
| May  1/2019 | 1 | Series of emails with Burr team re upcoming depositions and lit-support; meeting with GDE re depositions in Houston; discussion with Whitney Hamm re uploading of docs to relativity and breadth of materials in the file | Evans, Maurine C. | 0.50 | $275.00 | $137.50 |
| May 2/2019 | 3 | Reviewed a series of emails with Jay Kagan re Arrowsmith deposition and impact on our case | Evans, Maurine C. | 0.20 | $275.00 | $55.00 |
| May 2/2019 | 3 | Work on Second Interim Application for Compensation and Reimbursement of Expenses | Ives, Janet B. | 2.00 | $80.00 | $160.00 |
| May 3/2019 | 3 | Work on Second Interim Application for Compensation and Reimbursement of Expenses | Ives, Janet B. | 3.00 | $80.00 | $240.00 |
| May 6/2019 | 3 | Continued work on  Second Interim Application for Compensation and Reimbursement of Expenses | Ives, Janet B. | 1.00 | $80.00 | $80.00 |
| May 6/2019 | 3 | Strategy meeting with GDE re litigation and paper discovery | Evans, Maurine C. | 0.30 | $275.00 | $82.50 |
| May 6/2019 | 1 | Telephone Call with Brad, conference with Maurine about issues; lengthy phone call with Mike Hall and Marc Solomon; long letter to co-counsel concerning plans and strategies for upcoming events; review lawsuits filed by Blue Wave here in Birmingham; review lawsuit filed by HDL in Virginia; improve time of events, etc. | Evans, G. Daniel | 4.50 | $400.00 | $1,800.00 |
| May 7/2019 | 3 | Emails with co-counsel re upcoming depo of Nick Bartlett | Evans, Maurine C. | 0.10 | $275.00 | $27.50 |
| May 7/2019 | 3 | Depo of Noel Bartlett and review of documents pulled in relativity re: Tonya and P&H - attended via telephone | Evans, Maurine C. | 7.90 | $275.00 | $2,172.50 |
| May 7/2019 | 3 | Review documents; work on file; edit and improve time line | Evans, G. Daniel | 3.20 | $400.00 | $1,280.00 |

2

| Date | Project | Explanation | TKPR Name | Bs Hours | Rate | Base Amt |
|---|---|---|---|---|---|---|
| May 8, 2019 | 3 | Deposition of Tipton Golias and document review of documents pulled by W. Hamm re date range of Nov. 2014 to Jan. 2015 and Gene Sellers - attended via telephone | Evans, Maurine C. | 9.90 | $275.00 | $2,722.50 |
| May 9, 2019 | 3 | Reviewed docs to prepare for depo prep with Brad Johnson; review of D&O complaint to identify areas of questioning | Evans, Maurine C. | 3.40 | $275.00 | $935.00 |
| May 9, 2019 | 3 | Deposition of Joe Golias - attended via telephone | Evans, Maurine C. | 6.50 | $275.00 | $1,787.50 |
| May 10, 2019 | 3 | Prepared for upcoming meeting with Brad Johnson and depo prep with Brad | Evans, Maurine C. | 2.90 | $275.00 | $797.50 |
| May 10, 2019 | 1 | Telephone Call with Anna re division of depos | Evans, Maurine C. | 0.30 | $275.00 | $82.50 |
| May 10, 2019 | 1 | Email to Brad re depo prep recap and review of notes to ensure everything was covered | Evans, Maurine C. | 0.40 | $275.00 | $110.00 |
| May 10, 2019 | 1 | Email to Kanowitz re intention to cover Monday's depo by phone | Evans, Maurine C. | 0.10 | $275.00 | $27.50 |
| May 10, 2019 | 1 | Telephone Call with Mike Hall re status of Monday's deposition | Evans, Maurine C. | 0.10 | $275.00 | $27.50 |
| May 13, 2019 | 3 | Deposition of Arrowsmith -attended via telephone | Evans, Maurine C. | 6.50 | $275.00 | $1,787.50 |
| May 14, 2019 | 3 | Reviewed documents and prior testimony in advance of depo prep with Brad and meeting with Brad to prepare for upcoming deposition | Evans, Maurine C. | 6.60 | $275.00 | $1,815.00 |
| May 15, 2019 | 3 | Continued to review and compile documents for meeting with Brad; drafted prep questions and exhibits for "mock depo" and several hours of depo prep with Brad in office | Evans, Maurine C. | 8.90 | $275.00 | $2,447.50 |
| May 17, 2019 | 3 | Analysis of docs in advance of meeting with Brad and many hours of depo prep with Brad and GDE | Evans, Maurine C. | 8.30 | $275.00 | $2,282.50 |
| May 17, 2019 | 3 | Meeting with Brad, Maurine; telephone calls with Mike Hall; emails to Jay Kagan, deposition prep | Evans, G. Daniel | 7.10 | $400.00 | $2,840.00 |
| May 18, 2019 | 1 | Telephone call with GDE re time line and depo preparation | Evans, Maurine C. | 0.50 | $275.00 | $137.50 |
| May 18, 2019 | 3 | Review multiple documents, work on file in preparation for upcoming depositions | Evans, G. Daniel | 6.10 | $400.00 | $2,440.00 |
| May 19, 2019 | 3 | Continued review of documents, phone calls with Mike Hall, paralegal, emails with Jay Kagan, phone calls to Brad Johnson | Evans, G. Daniel | 3.50 | $400.00 | $1,400.00 |
| May 19, 2019 | 3 | Reviewed and analyzed documents identified as depo exhibits by Kanowitz | Evans, Maurine C. | 1.90 | $275.00 | $522.50 |
| May 20, 2019 | 3 | Meeting with Jay Kagan, Mike Hall, Brad in preparation for Brad Johnson's deposition | Evans, G. Daniel | 7.00 | $400.00 | $2,800.00 |
| May 20, 2019 | 3 | Depo prep with all attorneys and Brad | Evans, Maurine C. | 7.00 | $275.00 | $1,925.00 |
| May 20, 2019 | 3 | Reindex deposition exhibit notebooks | Ives, Janet B. | 1.50 | $80.00 | $120.00 |
| May 20, 2019 | 3 | Reindex deposition exhibit notebooks | Parrish, Alexandria | 1.50 | $300.00 | $450.00 |
| May 21, 2019 | 3 | Meeting with Burr, Forman prior to deposition of Brad and deposition of Brad Johnson | Evans, G. Daniel | 9.50 | $400.00 | $3,800.00 |
| May 21, 2019 | 3 | Continuation of deposition of Brad Johnson | Evans, G. Daniel | 7.00 | $400.00 | $2,800.00 |
| May 23, 2019 | 1 | Telephone call with Mark Hall and Marc Solomon concerning 2004 examination, scheduling, upcoming meeting, etc. | Evans, G. Daniel | 0.30 | $400.00 | $120.00 |
| May 23, 2019 | 3 | Review multiple emails concerning scheduling | Evans, G. Daniel | 0.80 | $400.00 | $320.00 |
| May 24, 2019 | 3 | Work on file; organize multiple exhibits, review documents identified by Martin | Evans, G. Daniel | 1.00 | $400.00 | $400.00 |
| May 29, 2019 | 1 | Telephone Call with Mike Hall; email to Mike, Marc; telephone discussion with Maurine | Evans, G. Daniel | 0.50 | $400.00 | $200.00 |
| May 29, 2018 | 6 | Work on complaint, begin draft of interrogatories, discovery requests, etc. | Evans, G. Daniel | 2.00 | $400.00 | $800.00 |
| May 31, 2019 | 3 | Review, edit and reorganize discovery requests | Evans, G. Daniel | 1.20 | $400.00 | $480.00 |
| May 31, 2019 | 3 | Reviewed legal elements of all claims in preparation for drafting paper discovery, meetings with GDE and phone calls with Anna Akers re same | Evans, Maurine C. | 2.10 | $275.00 | $577.50 |
| May 31, 2019 | 3 | Work on finalizing fee application | Ives, Janet B. | 2.00 | $80.00 | $160.00 |
| | | | | 252.20 | | $78,894.00 |
| | | *half time for travel | | | | |
| | | | | | | |