IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | **Chapter 11** |
| **BLUE EAGLE FARMING, LLC, et al.**[1], ) | **Case No. 18-02395-TOM11** |
| ) | **(Jointly Administered)** |
| **Debtor.** ) | |
| ) | |
| ) | |

### JOINT STIPULATION BETWEEN THE DEBTORS, THE HDL TRUSTEE AND THE UNITED STATES REGARDING VOTING ON THE DEBTORS' PLANS

**COME NOW**, Debtor Robert Bradford Johnson ("Johnson"), and his affiliated companies (each a "Debtor" and collectively, the "Debtors"), by and through their undersigned counsel, the Richard Arrowsmith as Liquidating Trustee of the HDL Liquidating Trust (the "HDL Trustee") and the United States and submit the following joint stipulation with regard to voting by the HDL Trustee and the United States on the Debtors' respective chapter 11 plans.

### STIPULATION

On May 3, 2019, the Debtors filed their chapter 11 plans and disclosure statements [Docket Nos. 474, 475, 476, and 477]. The Debtors filed first amended chapter 11 plan and disclosure statements, along with blacklined versions to reflect changes, on July 2, 2019 [Docket Nos. 543, 544, 545, 546, 548, 549, 550, and 551] (the "First Amended Plans and Disclosure Statements").

1. On July 25, 2019, this Court entered its *Order Approving Disclosure Statements and Scheduling Certain Dates with Respect Thereto. See* Docket No. 616.

---

[1] In addition to Johnson, the Debtors include the following entities: (1) War-Horse Properties, LLLP; (2) Eagle Ray Investments, LLC; (3) H J Farming, LLC; (4) Blue Smash Investments, LLC; (5) Armor Light, LLC; (6) Forse Investments, LLC; and (7) Blue Eagle Farming, LLC.

2. The HDL Trustee has asserted claims that fall within Class 7 of Bradford Johnson's Plan of Reorganization (the "Individual Plan").

3. The HDL Trustee has also asserted claims that fall within Class 6 of the Joint Plan of Reorganization Proposed By Blue Eagle Farming, LLC, War-Horse Properties, LLLP, Eagle Ray Investments, LLC, H J Farming, LLC, Blue Smash Investments, LLC, Armor Light, LLC and Forse Investments, LLC (the "Corporate Plan").

4. The United States has asserted claims that fall within Class 4 and Class 7 of the Individual Plan.

5. The United States has also asserted claims that fall within Class 3 and Class 6 of the Corporate Plan.

6. The Debtors dispute the validity and amount of the HDL Trustee's claims and the United States' Claims.

7. Pursuant to Section 8.01 of the Individual Plan and Section 8.01 of the Corporate Plan, if an objection is pending to a claim, that claim is not entitled to vote unless that claim has been estimated and allowed for purposes of voting on the particular plan.

8. However, in order for the Parties to avoid unnecessary litigation relating to the potential need to estimate the claims of the HDL Trustee and the United States for voting purposes under the Individual Plan and Corporate Plan, the Parties stipulate that regardless as to any objections to the claims of the HDL Trustee or the United States:

   a. In the event the United States votes against the Individual Plan on account of its Class 4 Claim, Class 4 will be deemed to reject the Individual Plan.

   b. In the event the United States votes against the Corporate Plan on account its Class 3 Claim, Class 3 will be deemed to reject the Corporate Plan.

c. In the event the HDL Trustee and the United States both vote against Class 7 of the Individual Plan, Class 7 will be deemed to reject the Individual Plan. If either the HDL Trustee or the United States votes against Class 7 of the Individual Plan, and the other does not vote, Class 7 will be deemed to reject the Individual Plan.

d. In the event the HDL Trustee and the United States both vote against Class 6 of the Corporate Plan, Class 6 will be deemed to reject the Corporate Plan. If either the HDL Trustee or the United States votes against Class 6 of the Corporate Plan, and the other does not vote, Class 6 will be deemed to reject the Individual Plan.

e. In the event that either the HDL Trustee or the United States votes in favor of Class 7 of the Individual Plan but the other creditor votes against Class 7 of the Individual Plan, the United States or the HDL Trustee may move to have their claims estimated at that time for purposes of voting if an objection is pending as to their respective claims.

f. In the event that either the HDL Trustee or the United States votes in favor of Class 6 of the Corporate Plan but the other creditor votes against Class 6 of the Corporate Plan, the United States or the HDL Trustee may move to have their claims estimated at that time for purposes of voting if an objection is pending as to their respective claims.

/s/ Michael Leo Hall
Michael Leo Hall
Marc P. Solomon
Anna W. Akers
Attorneys for the Debtors

BURR & FORMAN, LLP
420 North 20th Street, Suite 3400
Birmingham, AL 35203
205.251.3000

205.458.5100 (facsimile)
mhall@burr.com
msolomon@burr.com
aakers@burr.com

G. Daniel Evans
Maurine C. Evans
Alexandria Parrish
THE EVANS LAW FIRM, P.C.
1736 Oxmoor Road, Suite 101
Birmingham, AL 35209
gdevans@evanslawpc.com
mevans@evanslawpc.com
ap@evanslawpc.com


/s/ Daniel D. Sparks
Daniel D. Sparks
Bradley R. Hightower
Attorneys for Richard Arrowsmith
Liquidating Trustee
of the HDL Liquidating Trust

Of Counsel
Christian & Small LLP
1800 Financial Center
505 North 20th Street
Birmingham, AL 55203
(205) 795-6588
ddsparks@csattorneys.com
brhightower@csattorneys.com

Richard S. Kanowitz
(admitted pro hac vice)
Cullen D. Speckhart
(admitted pro hac viche)
Attorney for Richard Arrowsmith
Liquidating Trustee
of the HDL Liquidating Trust

Of Counsel
Cooley LLP
55 Hudson Yards
New York, New York 10001
(212) 479-6000

rkanowitz@cooley.com

/s/ Andrew D. Warner
ANDREW D. WARNER
Attorney for the United States
United States Department of Justice Civil Division
1100 L Street, NW
Washington, DC 20530
TEL: (202) 307-0958
FAX: (202) 514-9163
Email: andrew.warner@usdoj.gov

**CERTIFICATE OF SERVICE**

       I hereby certify that I have served a copy of the foregoing document on the attached Master Service List by Notice of Electronic Filing, U.S. First Class Mail, or email as indicated on this the 31st day of July 2019.

       /s/ Michael Leo Hall
       OF COUNSEL

Master Service List: *In re: Blue Eagle Farming, LLC, et al*; Case No. 18-02395-TOM11; updated 7/31/2019

**VIA CM/ECF:**

| | |
|---|---|
| Counsel for the Debtors<br>Michael Leo Hall<br>Marc P. Solomon<br>Anna W. Akers<br>Burr & Forman LLP<br>420 North 20th Street, Suite 3400<br>Birmingham, AL 35203<br>mhall@burr.com<br>msolomon@burr.com<br>aakers@burr.com | Co-Counsel for Debtors<br>G. Daniel Evans<br>Maurine C. Evans<br>Alexandria Parrish<br>The Evans Law Firm, P.C.<br>1736 Oxmoor Road, Suite 101<br>Birmingham, AL 35209<br>gdevans@evanslawpc.com<br>mevans@evanslawpc.com<br>ap@evanslawpc.com |
| Counsel for Richard T. Arrowsmith, as Liquidating Trustee of The HDL Liquidating Trust<br>Daniel D. Sparks<br>Bradley R. Hightower<br>Christian & Small LLP<br>1800 Financial Center<br>505 North 20th Street<br>Birmingham, AL 35203<br>ddsparks@csattorneys.com<br>brhightower@csattorneys.com | Counsel for United States of America<br>Andrew D. Warner<br>U.S. Department of Justice<br>Civil Division<br>1100 L Street, NW, Room 7104<br>Washington, DC 20005<br>andrew.warner@usdoj.gov |
| Counsel for United States of America<br>Richard E. O'Neal<br>Ed Ragland<br>Assistant United States Attorney<br>1801 4th Avenue North<br>Birmingham, AL 35203<br>USAALN.BANKRUPTCY@usdoj.gov<br>Ed.Ragland@usdoj.gov | Counsel for Michael R. Waters<br>Seth B. Thompson<br>The Thompson Law Firm, LLC<br>1701 Main Avenue SW, Suite 5<br>Cullman, Alabama 35055<br>seththompson@thompsonattorneys.com |
| Jon A. Dudeck<br>Assistant U.S. Bankruptcy Administrator<br>1800 5th Avenue North<br>Birmingham, AL 35203<br>jon_dudeck@alnba.uscourts.gov | Counsel for White Arnold & Dowd, PC<br>William Kent Upshaw<br>Comer & Upshaw, LLP<br>2107 2ndAvenue North<br>Birmingham, Alabama 35203<br>wkupshaw@comerupshaw.com |
| Counsel for Scarlett Lutz, Kayla Webster, William J. Tuck, Esq. and Pietragallo, Gordon, Alfano, Bosick & Raspanti, LLP<br>William C. Athanas<br>Waller Lansden Dortch & Davis LLP<br>1901 Sixth Avenue North, Suite 1400<br>Birmingham, AL 35203<br>Bill.Athanas@wallerlaw.com | Counsel for Stacy Chism Johnson, Stacy Chism Johnson on behalf of Holland Johnson, a minor, and Reagan Pittman<br>Lee R. Benton<br>Benton & Centeno, LLP<br>2019 Third Avenue North<br>Birmingham, AL 35203<br>lbenton@bcattys.com |

| | |
|---|---|
| Co-Counsel for Debtors<br>Christopher M. Kovach<br>Barnwell Whaley Patterson & Helms, LLC<br>288 Meeting Street, Suite 200<br>Charleston, SC 29401<br>ckovach@barnwell-whaley.com | Counsel for Claire Wilcox Johnson<br>Beverly Paschal Poston<br>200 First Avenue SE<br>Cullman, AL 35055<br>bposton@beverlypaschalposton.com |

**VIA E-MAIL:**

| | |
|---|---|
| J. Thomas Corbett<br>Bankruptcy Administrator<br>1800 5th Avenue North<br>Birmingham, AL 35203<br>thomas_corbett@alnba.uscourts.gov | Counsel for Richard T. Arrowsmith, as Liquidating Trustee of The HDL Liquidating Trust<br>Richard S. Kanowitz<br>Cooley LLP<br>55 Hudson Yards<br>New York, NY 10001<br>rkanowitz@cooley.com |
| Counsel for Richard T. Arrowsmith, as Liquidating Trustee of The HDL Liquidating Trust<br>Cullen D. Speckhart<br>Cooley LLP<br>1299 Pennsylvania Avenue, NW, Suite 700<br>Washington, DC 20004-2400<br>cspeckhart@cooley.com | Marc S. Raspanti<br>Pamela Coyle Brecht<br>Michael A. Morse<br>Pietragallo Gordon Alfano Bosick & Raspanti, LLP<br>1818 Market Street, Suite 3402<br>Philadelphia, PA 19103<br>msr@pietragallo.com<br>pcb@pietragallo.com<br>mam@pietragallo.com |
| James C. Leventis, Jr.<br>US Attorneys Office (Cola)<br>1441 Main Street, Suite 500<br>Columbia, SC 29201<br>james.leventis@usdoj.gov | Counsel for United States of America<br>Michael David Kass<br>U.S. Department of Justice<br>175 N Street NE, Room 9.1308<br>Washington, DC 20002<br>michael.d.kass@usdoj.gov |

**VIA U.S. MAIL:**

| | |
|---|---|
| The District Director of the Internal Revenue Service for the Northern District of Alabama<br>801 Tom Martin Drive<br>Birmingham, AL 35211 | Chase Auto Finance<br>P.O. Box 901076<br>Fort Worth, TX 76101-2076 |