FILED
2019 Jun-05 AM 08:38
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| RICHARD T. ARROWSMITH, as Liquidating Trustee of the HDL Liquidating Trust, <br><br> Appellant, <br><br> v. <br><br> ROBERT BRADFORD JOHNSON, <br><br> Appellee. | ) ) ) ) ) ) Case No.: 2:18-cv-1953-LCB ) ) ) ) ) ) ) ) |

## ORDER

The parties have filed a joint stipulation of dismissal of this bankruptcy appeal without prejudice. (Doc. 27).

Accordingly,

IT IS ORDERED that this bankruptcy appeal is DISMISSED WITHOUT PREJUDICE. Costs taxed as paid. The Clerk is ordered to close this file.

**DONE** and **ORDERED** June 5, 2019.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE