# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | **Chapter 11** |
| BLUE EAGLE FARMING, LLC, et al.[1], ) | **Case No. 18-02395-TOM11** |
| ) | **(Jointly Administered)** |
| Debtor. ) | |

## ORDER APPROVING THE SALE OF REAL PROPERTY PURSUANT TO SALES PROTOCOL

This matter came to be heard upon the notice (the "Sale Notice") of Blue Smash Investments, LLC ("Blue Smash"), and its affiliated debtors (each a "Debtor" and collectively, the "Debtors"), pursuant to the *Order Authorizing the Debtors to Establish a Real Property Sales Protocol* [Docket No. 925] for authorization to sell real property pursuant to §§ 105(a), and 363 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code"); the court having jurisdiction to consider the Sale Notice and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; due notice of this Sale Notice having been provided the Master Service List; and it appearing that no other notice or further notice need be provided; and it appearing there are no objections to the Sale Notice; the Court having determined that the relief sought in the Sale Notice is in the best interests of Debtors, its creditors, and all parties in interest; upon the Sale Notice and all of the proceedings before this Court; and after due deliberation and sufficient cause appearing therefore, it is hereby:

---

[1] In addition to Blue Eagle Farming, LLC, the Debtors include the following entities: (1) War-Horse Properties, LLLP; (2) Eagle Ray Investments, LLC; (3) H J Farming, LLC; (4) Blue Smash Investments, LLC; (5) Armor Light, LLC; (6) Forse Investments, LLC; and (7) Robert Bradford Johnson.

**ORDERED** that the relief requested in the Sale Notice is hereby **GRANTED** as set forth herein; and it is further

**ORDERED** that Debtor is authorized to sell the property located in Blount County, Alabama (the "Property"), pursuant to the contract attached to the Sale Notice, and listed in Debtor's Schedules as "Mills Farm" and "Posey Road" [Doc. No. 138], with tax parcel identification number of 09-09-29-0-000-003.001; and it is further

**ORDERED** that Debtor is authorized to take any actions and execute any agreements or other documentation that are necessary or desirable to effectuate the transaction contemplated pursuant to the contract attached to the Sale Notice; and it is further

**ORDERED** that the Property shall be sold free and clear of any liens or encumbrances with any liens or encumbrances to attach to the net proceeds of the sale; and it is further

**ORDERED** that Debtor, the Purchasers, or any applicable title company may request from this Court such other and further order as may be necessary to effectuate the sale; and it is further

**ORDERED** that Debtor is authorized to take all such actions as are necessary to implement the terms of this Order.

Dated: November 16, 2020.

/s/ Tamara O. Mitchell
TAMARA MITCHELL
UNITED STATES BANKRUPTCY JUDGE