## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: Armor Light, LLC          CASE NO. : 18-81710-TOM11          November 30, 2020
MONTH ENDING:_____

**Operating reports are to be filed monthly, in duplicate, with the
Bankruptcy Clerk's Office by the 15th of each month**

## BUSINESS DEBTOR'S AFFIRMATIONS

**N/A** 1.  YES___ NO____  All post petition business taxes have been paid/deposited and the deposit slips are attached.

**N/A**       YES___ NO____  All post petition individual taxes have been paid and the deposit slips are attached.

If you answered "No" to the above, list the types of taxes that are now due and owing.

| TYPE OF TAX | AMOUNT |
|---|---|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |

2.  YES___ NO____  Adequate insurance on all assets/property including fire, theft, liability, collision and casualty and workman's compensation (if applicable) is currently in full force and effect.
**N/A**

If no, enter:          TYPE_____not in force.

TYPE_____not in force.

3.  YES_x_ NO____  New books and records were opened and are being maintained daily.

4.  YES_x_ NO____  Copies of <u>all</u> banks statements and reconciliations are attached .

5.  YES_x_ NO____  I have otherwise complied with all requirements of the Chapter 11 Operating Order.

6.  YES_x_ NO____  All financial statements filed with the Bankruptcy Clerk's Office are prepared in accordance with generally accepted accounting principles.
**Books and records are tax basis/cash method

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE____December 10, 2020____

Robert Bradford Johnson, General Partner
War-Horse Properties, LLLP
_____
RESPONSIBLE PARTY

Phone No._____

**Bankruptcy Administrator Form - Business BA-01**

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: Armor Light, LLC

CASE NO. : 18-81710-TOM11

MONTH ENDING:_____

November 30, 2020

### Attach Business Forms BA-02(A-D)
## BUSINESS DEBTOR'S

| CASH RECEIPTS & DISBURSEMENTS | INCOME STATEMENT |
|---|---|

-Accrual   **(Circle One)**   -Cash

CASH ON HAND (Beginning)is the same figure as cash on Hand (End) of last month.

A.  CASH ON HAND(Beginning) 1,923.94

B.  RECEIPTS:

   Accounts Receivable from
   Form BA-02(A)-Line II(C) _____

   Cash Sales _____

   Loan Proceeds
   from_____ 

   Sale of Property _____
      (Not in ordinary
      course of business)
   Other__Interest Income__ .02

   _____ _____

C.  TOTAL RECEIPTS .02
      (Total of B)

D.  BUSINESS DISBURSEMENTS
      FROM FORM BA-02(B) 8.00

E.  SURPLUS OR DEFICIT (7.98)
      (C minus D)

F.  CASH ON HAND (End) 1,915.96
      (A plus E)

1.  REVENUE FROM TOTAL
      SALES $ 0

2.  LESS COST OF THOSE
      SALES 0
      (Cost of materials,
      Labor, etc.)

3.  EQUALS GROSS
      PROFIT (1 minus 2) 0

4.  LESS OPERATING
      EXPENSES 8.00

5.  EQUALS NET PROFIT
      OPERATIONS (8.00)
      (3 minus 4)

6.  NON-OPERATING
      INCOME/EXPENSES
      (LIST SPECIFIC
      INCOME/EXPENSES)

      **Interest Income** .02

      _____ _____

      _____ _____

7.  EQUALS NET PROFIT
      OR NET LOSS $ (7.98)
      (5 plus or minus 6)

*** Please itemize Cost of Sales and Expenses on a separate sheet of paper.**

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE___December 10, 2020_____

Robert Bradford Johnson, General Partner
War-Horse Properties, LLLP
_____
RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02**

## United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** Armor Light, LLC        **CASE NO. :** 18-81710-TOM11        **November 30, 2020**
                                                                        **MONTHENDING:**_____

### Attach to Business Form BA-02
# BUSINESS DEBTOR'S ACCOUNTS RECEIVABLE

**x** **I.** **NO ACCOUNTS RECEIVABLE WERE COLLECTED THIS MONTH.** (Check if true)

**II.** **COLLECTION OF ACCOUNTS RECEIVABLE THIS MONTH.**

    **A.** Amount collected this month on accounts
       receivable charged and paid this month.          $_____

    **B.** Amount collected this month on accounts
       receivable charged in prior months
       and paid this month.                              $_____

    **C.** TOTAL collected this month on accounts
       receivable.                                       $_____

**III.** **PENDING ACCOUNTS RECEIVABLE AS OF THE END OF THE MONTH:**

| ENTITY | 0-30 Days | 31-60 DAYS | 61-90 DAYS | OVER 91 | TOTAL |
|--------|-----------|------------|------------|---------|-------|
|        | $         |            |            |         | $     |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
| **TOTALS** | $     |            |            |         | $     |

**I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.**
      December 10, 2020        Robert Bradford Johnson, General Partner
                                                War-Horse Properties, LLLP
DATE_____
                                                _____
                                                RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02(A)**

## United States Bankruptcy Court - Northern District of Alabama
November 30, 2020

CASE NAME: **Armor Light, LLC**          CASE NO. : **18-81710-TOM11**    MONTH ENDING:_____

## BUSINESS DEBTOR'S ACTUAL DISBURSEMENTS

ACCOUNTING FEES........................................$_____
ADVERTISING..........................................._____
AUTOMOBILES/VEHICLES (repairs & maintenance).........._____
COMMISSIONS/CONTRACT LABOR............................_____
INSURANCE (TOTAL)....................................._____
   AUTO                $_____
   LIABILITY           _____
   LIFE                _____
   MEDICAL             _____
   CASUALTY            _____
   FIRE & THEFT        _____
   WORKMAN'S COMP.      _____
   OTHER _____      _____
INTEREST PAID........................................._____
INVENTORY PURCHASED..................................._____
LEGAL FEES............................................_____
POSTAGE..............................................._____
RENT/LEASE PAYMENTS ON REAL ESTATE...................._____
REPAIRS & MAINTENANCE................................._____
SALARIES/WAGES PAID..................................._____
SECURED LOAN PAYMENTS [TOTAL FROM BA-02(C)]..........._____
SUPPLIES (TOTAL)......................................_____
   OFFICE              $_____
   OPERATING           _____
TRAVEL & ENTERTAINMENT................................_____
TAXES [TOTAL OF ALL TAXES FROM BA-02(D)].............._____
UNSECURED LOAN PAYMENTS..............................._____
UTILITIES (TOTAL)....................................._____
   ELECTRICITY         $_____
   GAS                 _____
   TELEPHONE           _____
   WATER               _____
   OTHER _____    _____

OTHER BUSINESS DISBURSEMENTS    **Bank Fees** _____
(Specify)                       _____    $_____  8.00

                                                         8.00
**TOTAL BUSINESS DISBURSEMENTS**...........................$_____

**I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

DATE **December 10, 2020**
_____

**Robert Bradford Johnson, General Partner**
**War-Horse Properties, LLLP**
_____
RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02(B)**

## United States Bankruptcy Court - Northern District of Alabama

**November 30, 2020**

**CASE NAME:** _Armor Light, LLC_     **CASE NO. :** _18-81710-TOM11_     **MONTH ENDING:**_____

### BUSINESS DEBTOR'S PAYMENTS TO SECURED CREDITORS

# _ALL SECURED CREDITORS MUST BE LISTED BELOW_

1._____Secured loan payments as described below have been paid this month
    (Check, if true.)

2._____No secured loan payments have been paid during this month.
    (Check, if true.)

3.___x___The DIP has no secured creditors. (Check, if true.)

| SECURED CREDITOR | COLLATERAL | DATE PAID | AMOUNT | | BALANCE |
|---|---|---|---|---|---|
| | | | DUE | PAID | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

DATE___December 10, 2020_____

Robert Bradford Johnson, General Partner
War-Horse Properties, LLLP
RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02(C)**

# United States Bankruptcy Court - Northern District of Alabama

**Armor Light, LLC**

CASE NAME: _____    CASE NO. : **18-81710-TOM11**          **November 30, 2020**

MONTH ENDING:_____

### Attach to Business Form BA-02
## BUSINESS DEBTOR'S TAX PAYMENTS

### A. WITHHELD TAXES FOR EACH PAYROLL PERIOD

| PAYROLL DATE | PAYROLL AMOUNT | FICA 941 | | STATE INCOME TAXES PAID | LOCAL INCOME TAXES PAID |
|---|---|---|---|---|---|
| | | AMOUNT DUE | AMOUNT DEPOSITED | | |
| N/A | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL | | | | | |

### B. UNEMPLOYMENT TAXES FOR EACH PAYROLL PERIOD

| PAYROLL DATE | TAXABLE PAYROLL | FUTA 940 | | STATE |
|---|---|---|---|---|
| | | AMOUNT DUE | AMOUNT DEPOSITED | |
| N/A | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | | | | |

### C. OTHER TAXES (SPECIFY TYPE: EXCISE, SALES, ETC. INCLUDE TAXES DUE AND PAID QUARTERLY)

| DUE | | | PAID | | |
|---|---|---|---|---|---|
| DATE | TYPE | AMOUNT | DATE | TYPE | AMOUNT |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL | | | | | |

**I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

**Robert Bradford Johnson, General Partner**
**War-Horse Properties, LLLP**

DATE_____**December 10, 2020**_____

_____
RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02(D)**

# United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** Armor Light, LLC          **CASE NO. :** 18-81710-TOM11

                                               **November 30, 2020**

                                               **MONTH ENDING:**_____

## BUSINESS DEBTOR'S BANK ACCOUNTS

| Bank, Credit Union, Etc. | Account No. (Checking, Savings, CD, Etc.) | Statement Balance | Date | Indicate Pre or Post Petition Account |
|---|---|---|---|---|
| Peoples Bank | xxxxxx3092  Checking | 1,338.49 | 11-30-20 | Both - Court Approved |
| Cadence Bank | xxxxx3184 Money Market | 577.47 | 11-30-20 | Post |
| | | | | |
| | | | | |

## GROSS PAYROLL
### (Wages, Salaries, Commissions, Bonuses, Etc.)

| | |
|---|---|
| Officer #1    (Name)_____ | $_____ N/A |
| Officer #2    (Name)_____ | $_____ |
| Other Officer  (Name)_____ | $_____ |
| Employees (Number) _____ | $_____ |
| Employees (Relatives) _____ | $_____ |
| Name _____ | $_____ |
| Name _____ | $_____ |

## INVENTORY (IF APPLICABLE)

| | |
|---|---|
| Inventory - Beginning of Month (COST) | $_____ N/A |
| Inventory - Purchased this Month - CASH | $_____ |
| Inventory - Purchased this Month - CREDIT | $_____ |
| Inventory - End of Month (COST) | $_____ |

## PAYMENTS MADE TO PRE-PETITION UNSECURED CREDITORS

__xx__ A. No payments on pre-petition debts have been made this month.

_____ B. The following payments have been made this month to unsecured creditors whose debts were incurred prior to the filing of this case:

| CREDITOR | AMOUNT & DATE | PURPOSE | PAYMENT COURT APPROVED? |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE_____    Robert Bradford Johnson, General Partner

     December 10, 2020            __War-Horse Properties, LLLP_____

                                         RESPONSIBLE PARTY

## United States Bankruptcy Court - Northern District of Alabama

**November 30, 2020**

**CASE NAME:** Armor Light, LLC          **CASE NO. :** 18-81710-TOM11

**MONTH ENDING:**

## BUSINESS DEBTOR'S POST-PETITION ACCOUNTS PAYABLE

### CHECK A or B

__x__   A.   All operating expenses since the beginning of this case have been paid.  Therefore there are no post-petition accounts payable.

### ** OR **

_____   B.   Post-petition accounts payable are as follows:

| ENTITY OWED | 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | OVER 91 | TOTAL |
|---|---|---|---|---|---|
| | | $ | $ | $ | $ |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| **TOTALS** | | $ | $ | $ | $ |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE December 10, 2020

Robert Bradford Johnson, General Partner
War-Horse Properties, LLLP
RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-03(A)**

## ASSETS

| | | |
|---|---:|---:|
| **Current Assets** | | |
| Checking Peoples POST petition | $ 1,338.49 | |
| Cadence Bank Post Petition | 577.47 | |
| Total Current Assets | | 1,915.96 |
| **Property and Equipment** | | |
| Total Property and Equipment | | 0.00 |
| **Other Assets** | | |
| Total Other Assets | | 0.00 |
| **Total Assets** | $ | 1,915.96 |

## LIABILITIES AND CAPITAL

| | | |
|---|---:|---:|
| **Current Liabilities** | | |
| Total Current Liabilities | | 0.00 |
| **Long-Term Liabilities** | | |
| Total Long-Term Liabilities | | 0.00 |
| Total Liabilities | | 0.00 |
| **Capital** | | |
| Capital | $ 300,000.00 | |
| Retained Earnings | (774.01) | |
| Profit distribution | (297,000.00) | |
| Net Income | (310.03) | |
| Total Capital | | 1,915.96 |
| Total Liabilities & Capital | $ | 1,915.96 |

Armor Light, LLC
Income Statement
For the One Month Ending November 30, 2020

|  | Current Month |
|---|---|
| Revenues |  |
| Interest income | $ 0.02 |
| Total Revenues | 0.02 |
|  |  |
| Cost of Sales |  |
| Total Cost of Sales | 0.00 |
| Gross Profit | 0.02 |
| Expenses |  |
| Bank Charges | 8.00 |
| Total Expenses | 8.00 |
| Net Income | $ (7.98) |

For Management Purposes Only

**Armor Light, LLC**
**Account Reconciliation**
**As of Nov 30, 2020**
**1110 - Cadence Bank Post Petition**
**Bank Statement Date: November 30, 2020**

Filter Criteria includes: Report is printed in Detail Format.

| | |
|---|---:|
| Beginning GL Balance | 585.45 |
| Add: Cash Receipts | 0.02 |
| Less: Cash Disbursements | (8.00) |
| Add (Less) Other | |
| Ending GL Balance | 577.47 |
| Ending Bank Balance | 577.47 |
| Add back deposits in transit | |
| Total deposits in transit | |
| (Less) outstanding checks | |
| Total outstanding checks | |
| Add (Less) Other | |
| Total other | |
| Unreconciled difference | 0.00 |
| Ending GL Balance | 577.47 |


# ☰ CADENCE
**BANK**

ARMOR LIGHT LLC                                                       11/30/20
307 COMMERCIAL STREET SE
HANCEVILLE AL  35077

█████84

CYCLE-031

```
*** CHECKING *** SMALL BUSINESS MM
ACCOUNT NUMBER    █████3184
PREVIOUS STATEMENT BALANCE AS OF 10/31/20 .......................      585.45
   PLUS      1  DEPOSITS AND OTHER CREDITS ...................          .02
   LESS      0  CHECKS AND OTHER DEBITS .....................           .00
   LESS         CYCLE SERVICE CHARGE        ....................        8.00
CURRENT STATEMENT BALANCE AS OF 11/30/20 .......................       577.47
NUMBER OF DAYS IN THIS STATEMENT PERIOD    30
```

------------------------------------------------------------------------------------

```
*** CHECKING ACCOUNT TRANSACTIONS ***
 DATE         DESCRIPTION                    DEBITS        CREDITS
11/30 INTEREST PAYMENT                                        .02
11/30 CYCLE SERVICE CHARGE                   8.00
```

------------------------------------------------------------------------------------

```
*** BALANCE BY DATE ***
10/31     585.45  11/30        577.47
```

```
            PAYER FEDERAL ID NUMBER................. 64-0156695
            INTEREST PAID YEAR TO DATE.............. 132.82

            --------------------------------------------------
            *** INTEREST EARNED THIS STATEMENT PERIOD ***
            INTEREST EARNED .......................       .02
            ANNUAL PERCENTAGE YIELD EARNED .........     0.04%
            --------------------------------------------------
```

WE WILL NEVER CONTACT YOU TO ASK FOR PERSONAL OR ACCOUNT
INFO BY TEXT, EMAIL OR PHONE. DO NOT REPLY TO SCAM
TEXT, EMAIL OR PHONE MESSAGES. QUESTIONS? 800-636-7622.

**Armor Light, LLC**
**Account Reconciliation**
**As of Nov 30, 2020**
**1100 - Checking Peoples POST petition**
**Bank Statement Date: November 30, 2020**

Filter Criteria includes: Report is printed in Detail Format.

| | |
|---|---:|
| Beginning GL Balance | 1,338.49 |
| Add: Cash Receipts | |
| Less: Cash Disbursements | |
| Add (Less) Other | |
| Ending GL Balance | 1,338.49 |
| Ending Bank Balance | 1,338.49 |
| Add back deposits in transit | |
| Total deposits in transit | |
| (Less) outstanding checks | |
| Total outstanding checks | |
| Add (Less) Other | |
| Total other | |
| Unreconciled difference | 0.00 |
| Ending GL Balance | 1,338.49 |



# PEOPLES BANK
## of ALABAMA
### IN GOD WE TRUST
1912 Cherokee Ave. SW • Cullman, AL 35055

Page 1 of 1

Date 11/30/20

**Return Service Requested**



000787 0.4500 AV 0.389      TR00004

APB

ARMOR LIGHT LLC
DEBTORS IN POSSESSION
307 COMMERCIAL ST SE
HANCEVILLE AL 35077

---- CHECKING ACCOUNT ----

'''PRIVACY NOTICE'''
Federal law requires us to tell you how we collect, share, and protect your
personal information.  Our privacy policy has not changed and you may review
our policy and practices with respect to your personal information at
www.peoplesbankal.com or we will mail you a free copy upon request if you call
us at 1-877-788-0288.

| | | | | |
|---|---|---|---|---|
| BUSINESS CHECKING | | | Number of Enclosures | 0 |
| Account Number | ▮▮▮092 | | Statement Dates  11/02/20 thru 11/30/20 | |
| Previous Balance | 1,338.49 | | Days in the statement period | 29 |
| Deposits/Credits | .00 | | Average Ledger | 1,338.49 |
| Checks/Debits | .00 | | Average Collected | 1,338.49 |
| Service Charge | .00 | | | |
| Interest Paid | .00 | | | |
| Ending Balance | 1,338.49 | | | |

--------------------------------------------------------------------------------

**** DAILY BALANCE INFORMATION ****

11/02            1,338.49

Phone: (256)737-7000 or (877)788-0288 • www.peoplesbankal.com    Member FDIC    NOTICE: SEE REVERSED SIDE FOR IMPORTANT INFORMATION
Deposits Insured to $250,000

AAPB-001-000787-001-000-201201 000787    K04
35077551807