## United States Bankruptcy Court - Northern District of Alabama

**November 30, 2020**

**CASE NAME:** Blue Smash Investments, LLC          **CASE NO. :** 18-81707-TOM11

**MONTH ENDING:**_____

**Operating reports are to be filed monthly, in duplicate, with the
Bankruptcy Clerk's Office by the 15th of each month**

## BUSINESS DEBTOR'S AFFIRMATIONS

**N/A** 1.   YES___ NO_____   All post petition business taxes have been paid/deposited and the deposit slips are attached.

**N/A**      YES___ NO_____   All post petition individual taxes have been paid and the deposit slips are attached.

If you answered "No" to the above, list the types of taxes that are now due and owing.

| TYPE OF TAX | AMOUNT |
|---|---|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |

2.   YES___ NO____   Adequate insurance on all assets/property including fire, theft, liability, collision and casualty and workman's compensation (if applicable) is currently in full force and effect.

If no, enter:   TYPE___None of above - Farm Land___not in force.

**Only Liability on Rentals**   TYPE___Fire, Theft, casualty on Rental Houses___not in force.

3.   YES_x_ NO____   New books and records were opened and are being maintained daily.

4.   YES_x_ NO____   Copies of all banks statements and reconciliations are attached .

5.   YES_x_ NO____   I have otherwise complied with all requirements of the Chapter 11 Operating Order.

6.   YES_x_ NO____   All financial statements filed with the Bankruptcy Clerk's Office are prepared in accordance with generally accepted accounting principles.
**Books and records are tax basis/cash method**

**I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

December 10, 2020                 Robert Bradford Johnson, Member

DATE_____         _____

                                 RESPONSIBLE PARTY

Phone No._____

**Bankruptcy Administrator Form - Business BA-01**

## United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** Blue Smash Investments, LLC

**CASE NO. :** 18-81707-TOM11

**November 30, 2020**

**MONTH ENDING:**_____

### Attach Business Forms BA-02(A-D)
## BUSINESS DEBTOR'S

| CASH RECEIPTS & DISBURSEMENTS | INCOME STATEMENT |
|---|---|
| | -Accrual **(Circle One)** -Cash |

CASH ON HAND (Beginning)is the same figure as cash on Hand (End) of last month.

A.   CASH ON HAND(Beginning) __39,958.69__

B.   RECEIPTS:

    Accounts Receivable from
Form BA-02(A)-Line II(C) __2,300.00__

    Cash Sales _____

    Loan Proceeds
from_____ _____

    Sale of Property
    (Not in ordinary
    course of business) _____
    **Intercompany** __7,024.03__
Other**Real estate sales** __149,710.40__
    **Principal on Notes** __223.29__
    **Interest on Notes** __286.71__

C.   TOTAL RECEIPTS __159,544.43__
    (Total of B)

D.   BUSINESS DISBURSEMENTS
FROM FORM BA-02(B) __153,443.30__

E.   SURPLUS OR DEFICIT __6,101.13__
    (C minus D)

F.   CASH ON HAND (End) __46,059.82__
    (A plus E)

1.   REVENUE FROM TOTAL SALES     $ __2,300.00__

2.   LESS COST OF THOSE SALES
(Cost of materials, Labor, etc.) _____

3.   EQUALS GROSS PROFIT (1 minus 2) _____

4.   LESS OPERATING EXPENSES __1,616.98__

5.   EQUALS NET PROFIT OPERATIONS (3 minus 4) __683.02__

6.   NON-OPERATING INCOME/EXPENSES (LIST SPECIFIC INCOME/EXPENSES)

    Interest Income __286.71__

    Net gain on real estate sales __55,173.50__

    _____

7.   EQUALS NET PROFIT OR NET LOSS (5 plus or minus 6)     $ __56,143.23__

***\* Please itemize Cost of Sales and Expenses on a separate sheet of paper.***

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE__December 10, 2020__

Robert Bradford Johnson, Member

_____
RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02**

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: Blue Smash Investments, LLC

CASE NO. : 18-81707-TOM11

November 30, 2020
MONTH ENDING:_____

**Attach to Business Form BA-02**

# BUSINESS DEBTOR'S ACCOUNTS RECEIVABLE

__I.   **NO ACCOUNTS RECEIVABLE WERE COLLECTED THIS MONTH.** (Check if true)

 II.   **COLLECTION OF ACCOUNTS RECEIVABLE THIS MONTH.**

A.   Amount collected this month on accounts receivable charged and paid this month.                    $ 2,300.00

B.   Amount collected this month on accounts receivable charged in prior months and paid this month.                    $_____

C.   TOTAL collected this month on accounts receivable.                    $ 2,300.00

III.   **PENDING ACCOUNTS RECEIVABLE AS OF THE END OF THE MONTH:**

| ENTITY | 0-30 Days | 31-60 DAYS | 61-90 DAYS | OVER 91 | TOTAL |
|---|---|---|---|---|---|
|  | $ |  |  |  | $ |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
| **TOTALS** | $ |  |  |  | $ |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE  December 10, 2020

Robert Bradford Johnson, Member
_____
RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02(A)**

## United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** Blue Smash Investments, LLC     **CASE NO. :** 18-81707-TOM11

November 30, 2020
**MONTH ENDING:**_____

## BUSINESS DEBTOR'S ACTUAL DISBURSEMENTS

| | | |
|---|---|---|
| ACCOUNTING FEES..........................................$ | | |
| ADVERTISING.................................................. | | |
| AUTOMOBILES/VEHICLES (repairs & maintenance)............ | | |
| COMMISSIONS/CONTRACT LABOR.............................. | | |
| INSURANCE (TOTAL)......................................... | | 55.88 |
|    AUTO              $_____ 55.88 | | |
|    LIABILITY | | |
|    LIFE | | |
|    MEDICAL | | |
|    CASUALTY | | |
|    FIRE & THEFT | | |
|    WORKMAN'S COMP. | | |
|    OTHER _____ | | |
| INTEREST PAID.............................................. | | |
| INVENTORY PURCHASED....................................... | | |
| LEGAL FEES................................................. | | |
| POSTAGE.................................................... | | |
| RENT/LEASE PAYMENTS ON REAL ESTATE........................ | | |
| REPAIRS & MAINTENANCE..................................... | | |
| SALARIES/WAGES PAID....................................... | | |
| SECURED LOAN PAYMENTS [TOTAL FROM BA-02(C)]............... | | |
| SUPPLIES (TOTAL).......................................... | | |
|    OFFICE              $_____ | | |
|    OPERATING | | |
| TRAVEL & ENTERTAINMENT.................................... | | |
| TAXES [TOTAL OF ALL TAXES FROM BA-02(D)].................. | | 883.10 |
| UNSECURED LOAN PAYMENTS................................... | | |
| UTILITIES (TOTAL)......................................... | | |
|    ELECTRICITY        $_____ | | |
|    GAS | | |
|    TELEPHONE | | |
|    WATER | | |
|    OTHER _____ | Bankruptcy Admin | 678.00 |
| OTHER BUSINESS DISBURSEMENTS | Intercompany | 151,826.32 |
| (Specify)                                             $ | | |
| **TOTAL BUSINESS DISBURSEMENTS**.........................$ | | 153,443.30 |

**I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

DATE  December 10, 2020

Robert Bradford Johnson, Member

RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02(B)**

## United States Bankruptcy Court - Northern District of Alabama

November 30, 2020

CASE NAME: _Blue Smash Investments, LLC_     CASE NO. : _18-81707-TOM11_     MONTH ENDING:_____

## BUSINESS DEBTOR'S PAYMENTS TO SECURED CREDITORS

# *ALL SECURED CREDITORS MUST BE LISTED BELOW*

1._____Secured loan payments as described below have been paid this month
        (Check, if true.)

2._____No secured loan payments have been paid during this month.
        (Check, if true.)

3.___X___The DIP has no secured creditors. (Check, if true.)

| SECURED CREDITOR | COLLATERAL | DATE PAID | AMOUNT | | BALANCE |
|---|---|---|---|---|---|
| | | | DUE | PAID | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE_____December 10, 2020_____          Robert Bradford Johnson, Member
                                             _____
                                             RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02(C)**

# United States Bankruptcy Court - Northern District of Alabama

**Blue Smash Investments, LLC**                                        November 30, 2020

CASE NAME: _____        CASE NO. : __18-81707-TOM11__        MONTH ENDING:_____

### Attach to Business Form BA-02
## BUSINESS DEBTOR'S TAX PAYMENTS

### A. WITHHELD TAXES FOR EACH PAYROLL PERIOD

| PAYROLL DATE | PAYROLL AMOUNT | FICA 941 | | STATE INCOME TAXES PAID | LOCAL INCOME TAXES PAID |
|---|---|---|---|---|---|
| | | AMOUNT DUE | AMOUNT DEPOSITED | | |
| N/A | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL | | | | | |

### B. UNEMPLOYMENT TAXES FOR EACH PAYROLL PERIOD

| PAYROLL DATE | TAXABLE PAYROLL | FUTA 940 | | STATE |
|---|---|---|---|---|
| | | AMOUNT DUE | AMOUNT DEPOSITED | |
| N/A | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | | | | |

### C. OTHER TAXES (SPECIFY TYPE: EXCISE, SALES, ETC. INCLUDE TAXES DUE AND PAID QUARTERLY)

| DUE | | | PAID | | |
|---|---|---|---|---|---|
| DATE | TYPE | AMOUNT | DATE | TYPE | AMOUNT |
| 11-2020 | Land (Pd at Closing) | 883.10 | | | |
| | | | | | |
| | | | | | |
| TOTAL | | | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE_____December 10, 2020_____        Robert Bradford Johnson, Member
                                                 _____
                                                 RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02(D)**

# United States Bankruptcy Court - Northern District of Alabama

**Blue Smash Investments, LLC**                                        **November 30, 2020**
CASE NAME: _____    CASE NO. : __18-81707-TOM11__    MONTH ENDING:_____

## BUSINESS DEBTOR'S BANK ACCOUNTS

| Bank, Credit Union, Etc. | Account No. (Checking, Savings, CD, Etc.) | Statement Balance | Date | Indicate Pre or Post Petition Account |
|---|---|---|---|---|
| Cadence Bank | xxxxxx6567  Checking | 58,481.69 | 11-30-20 | Both-Court Approved |
| | | | | |
| | | | | |
| | | | | |

## GROSS PAYROLL
### (Wages, Salaries, Commissions, Bonuses, Etc.)

Officer #1    (Name)___N/A_____    $___N/A_____
Officer #2    (Name)_____    $_____

Other Officer   (Name)_____    $_____

Employees (Number) _____    $_____

Employees (Relatives) _____    $_____

 Name _____    $_____

 Name _____    $_____

## INVENTORY (IF APPLICABLE)

Inventory - Beginning of Month (COST)    $___N/A_____
Inventory - Purchased this Month - CASH    $_____
Inventory - Purchased this Month - CREDIT    $_____

Inventory - End of Month (COST)    $_____

## PAYMENTS MADE TO PRE-PETITION UNSECURED CREDITORS

__X__ A. No payments on pre-petition debts have been made this month.
_____ B. The following payments have been made this month to unsecured
        creditors whose debts were incurred prior to the filing of this case:

| CREDITOR | AMOUNT & DATE | PURPOSE | PAYMENT COURT APPROVED? |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

                                        **Robert Bradford Johnson, Member**
DATE___**December 10, 2020**_____    _____
                                        RESPONSIBLE PARTY

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: __Blue Smash Investments, LLC__     CASE NO. : _18-81707-TOM11_     November 30, 2020
MONTH ENDING:_____

## BUSINESS DEBTOR'S POST-PETITION ACCOUNTS PAYABLE

### CHECK A or B

__X__  A.  All operating expenses since the beginning of this case have been paid.  Therefore there are no post-petition accounts payable.

**\*\* OR \*\***

_____  B.  Post-petition accounts payable are as follows:

| ENTITY OWED | 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | OVER 91 | TOTAL |
|---|---|---|---|---|---|
| | | $ | $ | $ | $ |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| **TOTALS** | | $ | $ | $ | $ |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE __December 10, 2020__

Robert Bradford Johnson, Member
_____
RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-03(A)**

Blue Smash Investments, LLC
Balance Sheet
November 30, 2020

## ASSETS

**Current Assets**

| | | |
|---|---:|---:|
| Cadence Checking | $ (560.87) | |
| Cadence Checking POST petition | 46,059.82 | |
| Mortgage Rec- Sinclair | 20,156.71 | |
| Mortgage Rec- Kelly Smith | 48,762.80 | |
| Mortgage Rec - 1023 Holly St | 28,596.61 | |
| Mortgage Rec - 101 6th Ave | 10,010.31 | |
| Mortgage Rec -3217 Forrest Ave | 18,197.33 | |
| Mortg Rec-2308 Dozier | 21,932.14 | |
| Mortg Rec-405 Van Courtland | 25,962.21 | |
| Mortgage Receivable-Pember | 56,481.36 | |
| Mortgage receivable-2211 Dozie | 23,511.66 | |
| Due to Forse Investments, LLC | 11.90 | |
| | | |
| Total Current Assets | | 299,121.98 |

**Property and Equipment**

| | | |
|---|---:|---:|
| Rental House 74 County Rd 460 | 83,770.00 | |
| Rental house-615 Hopewell Rd | 38,914.30 | |
| Rental house-1301 Park Avenue | 54,460.26 | |
| 5171 Tucker Mt Rd Remlap-Coker | 65,611.00 | |
| Jones Chapel-CR 1046 Vinemont | 1,103,484.78 | |
| Allgood 117 Acres | 115,752.00 | |
| Allgood 40 AC | 46,468.00 | |
| Lamar/Marion 1137 AC | 681,459.00 | |
| Improvements | 26,887.73 | |
| Farm equipment | 37,349.50 | |
| Accumulated depr-Rental Prop | (31,072.00) | |
| Accumulated depr-Farms | (47,839.00) | |
| | | |
| Total Property and Equipment | | 2,175,245.57 |

**Other Assets**

| | | |
|---|---:|---:|
| Total Other Assets | | 0.00 |
| | | |
| Total Assets | $ | 2,474,367.55 |

## LIABILITIES AND CAPITAL

**Current Liabilities**

| | | |
|---|---:|---:|
| Due to WHP | $ 64,053.47 | |
| | | |
| Total Current Liabilities | | 64,053.47 |

**Long-Term Liabilities**

| | | |
|---|---:|---:|
| Total Long-Term Liabilities | | 0.00 |
| | | |
| Total Liabilities | | 64,053.47 |

**Capital**

| | | |
|---|---:|---:|
| Paid in capital | 3,165,732.90 | |
| Distributions | (431,908.16) | |
| Retained Earnings | (477,216.43) | |
| Net Income | 153,705.77 | |
| | | |
| Total Capital | | 2,410,314.08 |

Unaudited - For Management Purposes Only

| | | |
|---|---|---|
| Total Liabilities & Capital | $ | 2,474,367.55 |

Unaudited - For Management Purposes Only

Blue Smash Investments, LLC
Income Statement
For the One Month Ending November 30, 2020

|  | | Current Month |
|---|---|---|
| **Revenues** | | |
| Rent income | $ | 2,300.00 |
| Interest Income Mortgage | | 286.71 |
| Sale of Land Tracts | | 158,500.00 |
| Total Revenues | | 161,086.71 |
| | | |
| **Cost of Sales** | | |
| Cost basis of Land Tracts | | 103,326.50 |
| Total Cost of Sales | | 103,326.50 |
| Gross Profit | | 57,760.21 |
| **Expenses** | | |
| Bankruptcy Admin Exp | | 678.00 |
| Insurance /Auto | | 55.88 |
| Taxes and licenses | | 883.10 |
| Total Expenses | | 1,616.98 |
| Net Income | $ | 56,143.23 |

# Blue Smash Investments, LLC
## Account Reconciliation
### As of Nov 30, 2020
### 1100 - Cadence Checking POST petition
### Bank Statement Date: November 30, 2020

Filter Criteria includes: Report is printed in Detail Format.

| | | | | |
|---|---|---|---|---|
| Beginning GL Balance | | | | 39,958.69 |
| Add: Cash Receipts | | | | 86,147.13 |
| Less: Cash Disbursements | | | | (153,443.30) |
| Add (Less) Other | | | | 73,397.30 |
| Ending GL Balance | | | | 46,059.82 |
| Ending Bank Balance | | | | 58,481.69 |
| Add back deposits in transit | | | | |
| | Nov 30, 2020 | BJ_BR_SU | 1,101.47 | |
| | Nov 30, 2020 | RD535 | 76,313.10 | |
| | Nov 30, 2020 | reibj | 5,922.56 | |
| Total deposits in transit | | | | 83,337.13 |
| (Less) outstanding checks | | | | |
| | Aug 3, 2020 | 2373 | (444.88) | |
| | Oct 26, 2020 | 2401 | (5,338.89) | |
| | Oct 26, 2020 | 2402 | (776.04) | |
| | Oct 26, 2020 | 2403 | (1,824.30) | |
| | Oct 26, 2020 | 2404 | (1,882.44) | |
| | Oct 26, 2020 | 2405 | (6,943.86) | |
| | Nov 23, 2020 | 2415 | (31.19) | |
| | Nov 30, 2020 | 2418 | (76,313.10) | |
| | Oct 26, 2020 | 2572 | (2,204.30) | |
| Total outstanding checks | | | | (95,759.00) |
| Add (Less) Other | | | | |
| Total other | | | | |
| Unreconciled difference | | | | 0.00 |
| Ending GL Balance | | | | 46,059.82 |


## CADENCE
### B A N K

BLUE SMASH INVESTMENTS LLC                                11/30/20
307 COMMERCIAL STREET SE
HANCEVILLE AL  35077

███████567

```
     14                                                  CYCLE-031
*** CHECKING *** COMMERCIAL CK 2-51
ACCOUNT NUMBER    ████████67
PREVIOUS STATEMENT BALANCE AS OF 10/31/20 .......................    59,567.08
    PLUS     5  DEPOSITS AND OTHER CREDITS ...................    76,207.30
    LESS     9  CHECKS AND OTHER DEBITS .....................    77,292.69
CURRENT STATEMENT BALANCE AS OF 11/30/20 ........................    58,481.69
NUMBER OF DAYS IN THIS STATEMENT PERIOD    30
```

--------------------------------------------------------------------------------
*** CHECK TRANSACTIONS ***

| SERIAL | DATE | AMOUNT | SERIAL | DATE | AMOUNT |
|--------|------|--------|--------|------|--------|
| 2400 | 11/03 | 31.19 | 2411 | 11/17 | 73,397.30 |
| 2407* | 11/10 | 162.49 | 2412 | 11/19 | 507.00 |
| 2408 | 11/12 | 55.88 | 2413 | 11/27 | 1,779.47 |
| 2409 | 11/12 | 85.00 | 2414 | 11/27 | 27.71 |
| 2410 | 11/13 | 1,246.65 | | | |

--------------------------------------------------------------------------------
*** CHECKING ACCOUNT TRANSACTIONS ***

| DATE | DESCRIPTION | DEBITS | CREDITS |
|------|-------------|--------|---------|
| 11/03 | DEPOSIT | | 300.00 |
| 11/04 | DEPOSIT | | 383.00 |
| 11/06 | REMOTE DEPOSIT | | 75,047.30 |
| 11/12 | REMOTE DEPOSIT | | 267.00 |
| 11/30 | DEPOSIT | | 210.00 |

--------------------------------------------------------------------------------
*** BALANCE BY DATE ***

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 10/31 | 59,567.08 | 11/03 | 59,835.89 | 11/04 | 60,218.89 | 11/06 | 135,266.19 |
| 11/10 | 135,103.70 | 11/12 | 135,229.82 | 11/13 | 133,983.17 | 11/17 | 60,585.87 |
| 11/19 | 60,078.87 | 11/27 | 58,271.69 | 11/30 | 58,481.69 | | |





**CHECKING DEPOSIT**
NAME Blue Smash Investments
ADDRESS
RECEIVED BY
DATE 11/3/20
CURRENCY 300 00
COIN
CHECKS
LESS CASH
TOTAL DEPOSIT 300 00
30000
567
⑆06 2 206 295⑈ 36

11/03/2020 $300.00



**CHECKING DEPOSIT**
NAME Blue Smash Inv
ADDRESS 307 Commercial St SE
RECEIVED BY
DATE 11/4/20
CURRENCY
COIN
CHECKS 383 00
LESS CASH
TOTAL DEPOSIT 383 00
383 00
67
⑆06 2 206 295⑈ 36

11/04/2020 $383.00



**☰ CADENCE BANK**

Deposit Date/Time: 11/06/20 11:52 AM       75,047.30

Account Number ▓▓▓▓7

Deposit ID: 3200001207772

555533336        3846        75,047.30

11/06/2020 $75,047.30



**☰ CADENCE BANK**

Deposit Date/Time: 11/11/20 02:12 PM       267.00

Account Number ▓▓▓▓7

Deposit ID: 3200001215804

555533336        3846        287.00

11/12/2020 $267.00



**CHECKING DEPOSIT**
NAME Blue Smash Investments
ADDRESS
RECEIVED BY Esteban
DATE 11-30-20
CURRENCY 210 00
COIN
CHECKS
LESS CASH
TOTAL DEPOSIT
$ 21000
7
⑆06 2 206 295⑈ 36

11/30/2020 $210.00



**BLUE SMASH INVESTMENTS LLC**
307 COMMERCIAL STREET, SE
HANCEVILLE, AL 35077
CADENCE BANK        002400

Oct 26, 2020

PAY TO THE Thirty-One and 19/100 Dollars        31.19
ORDER OF
Auburn Water Works
1501 W Samford Ave
Auburn, AL 36832-6328

Memo
⑆002400⑈ ⑆06 2 206 295⑈

2400 11/03/2020 $31.19



**BLUE SMASH INVESTMENTS LLC**
300 COMMERCIAL STREET, SE
HANCEVILLE, AL 35077
CADENCE BANK        002407
DATE

Oct 30, 2020  $

PAY TO THE One Hundred Sixty-Two and 49/100 Dollars        162.49
ORDER OF
Alisia Crons
1151 Mardis Mill Rd
Blountsville, AL 35031

Memo
⑆002407⑈ ⑆06 2 206 295⑈

2407 11/10/2020 $162.49



**BLUE SMASH INVESTMENTS LLC**
307 COMMERCIAL STREET, SE
HANCEVILLE, AL 35077
CADENCE BANK        002408
DATE

Nov 4, 2020  $

PAY TO THE Fifty-Five and 88/100 Dollars        55.88
ORDER OF
State Farm Insurance
PO BOX 588002
North Metro, GA 30029-8092

Memo
⑆002408⑈ ⑆06 2 206 295⑈

2408 11/12/2020 $55.88



**BLUE SMASH INVESTMENTS LLC**
307 COMMERCIAL STREET, SE
HANCEVILLE, AL 35077
CADENCE BANK        002409
AMOUNT

Nov 4, 2020  $

PAY TO THE Eighty-Five and 00/100 Dollars        85.00
ORDER OF
Glenn Oaks Condominium Assoc
248 South Gay St.
Auburn, AL 36830

Memo Unit 213
⑆002409⑈ ⑆06 2 206 295⑈

2409 11/12/2020 $85.00



**BLUE SMASH INVESTMENTS LLC**
307 COMMERCIAL STREET, SE
HANCEVILLE, AL 35077
CADENCE BANK        002410
AMOUNT

Nov 4, 2020  $

PAY TO THE One Thousand Two Hundred Forty-Six and 65/100 Dollars        1,246.65
ORDER OF
The Oceania
PO BOX 1617
Gulf Shores, AL 36547-1617

Memo Unit 12
⑆002410⑈ ⑆06 2 206 295⑈

2410 11/13/2020 $1,246.65



**BLUE SMASH INVESTMENTS LLC**
307 COMMERCIAL STREET, SE
HANCEVILLE, AL 35077
CADENCE BANK        002411
AMOUNT

Nov 12, 2020  $

PAY TO THE Seventy-Three Thousand Three Hundred Ninety-Seven and 30/100 Dollars        73,397.30
ORDER OF
Brad Johnson

Memo
⑆002411⑈ ⑆06 2 206 295⑈

2411 11/17/2020 $73,397.30

**BLUE SMASH INVESTMENTS LLC**
307 COMMERCIAL STREET, SE
HANCEVILLE, AL 35077
CADENCE BANK        002412
AMOUNT

Nov 16, 2020  $

PAY TO THE Five Hundred Seven and 00/100 Dollars        507.00
ORDER OF
Sardure EMC
PO BOX 220
Summerdale, AL 36580-0220

Memo
⑆002412⑈ ⑆06 2 206 295⑈

2412 11/19/2020 $507.00



THIS CHECK HAS A COLORED BACKGROUND AND CONTAINS MULTIPLE SECURITY FEATURES. SEE BACK FOR DETAILS.

**BLUE SMASH INVESTMENTS LLC**
307 COMMERCIAL STREET, SE
HANCEVILLE, AL 35077

CADENCE BANK
1-800-636-7622
AL-029423

**002413**

DATE

Nov 16, 2020 $

AMOUNT

1,779.47

PAY
TO THE   One Thousand Seven Hundred Seventy-Nine and 47/100 Dollars
ORDER
OF:

Pinnacle Consulting, Inc.
2510 Dolly Ridge Road
Vestavia Hills, AL 35243

Memo:

⑈002413⑈ ⑆062206295⑆ ████████ ⑈,79⑈

**2413   11/27/2020   $1,779.47**

THIS CHECK HAS A COLORED BACKGROUND AND CONTAINS MULTIPLE SECURITY FEATURES. SEE BACK FOR DETAILS.

**BLUE SMASH INVESTMENTS LLC**
307 COMMERCIAL STREET, SE
HANCEVILLE, AL 35077

CADENCE BANK
1-800-636-7622
AL-029423

**002414**

DATE

Nov 20, 2020 $

AMOUNT

27.71

PAY
TO THE   Twenty-Seven and 71/100 Dollars
ORDER
OF:

Alabama Power
PO BOX 242
Birmingham, AL 35292

Memo:

⑈002414⑈ ⑆062206295⑆ ████████ ⑈⑈

**2414   11/27/2020   $27.71**