## United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** Eagle Ray Investments, LLC     **CASE NO. :** 18-81708-TOM11     **November 30, 2020**
**MONTH ENDING:**_____

**Operating reports are to be filed monthly, in duplicate, with the
Bankruptcy Clerk's Office by the 15ᵗʰ of each month**

## BUSINESS DEBTOR'S AFFIRMATIONS

N/A  **1.  YES___ NO____  All post petition business taxes have been paid/deposited and the deposit
slips are attached.**

N/A  **YES___ NO____  All post petition individual taxes have been paid and the deposit slips are
attached.**

**If you answered "No" to the above, list the types of taxes that are now due and owing.**

| TYPE OF TAX | AMOUNT |
|---|---|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |

**2.  YES___ NO____  Adequate insurance on all assets/property including fire, theft, liability, collision
and casualty and workman's compensation (if applicable) is currently in full force
and effect.  Note:  Tenant Maintains insurance on property, Eagle Ray Investments is listed
as additional insured on each policy.**

**If no, enter:        TYPE_____not in force.**

**TYPE_____not in force.**

**3.  YES_X_ NO____  New books and records were opened and are being maintained daily.**

**4.  YES___X_NO____  Copies of all banks statements and reconciliations are attached .**

**5.  YES_X_ NO____  I have otherwise complied with all requirements of the Chapter 11
Operating Order.**

**6.  YES_X_ NO____  All financial statements filed with the Bankruptcy Clerk's Office are
prepared in accordance with generally accepted accounting principles.
**Books and records are tax-basis/cash method**

**I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE
AND BELIEF.**

Robert Bradford Johnson, General Partner
War-Horse Properties, LLLP

DATE_____December 10, 2020_____

RESPONSIBLE PARTY

Phone No._____

**Bankruptcy Administrator Form - Business BA-01**

## United States Bankruptcy Court - Northern District of Alabama

**November 30, 2020**

**CASE NAME:** Eagle Ray Investments, LLC      **CASE NO. :** 18-81708-TOM11   MONTH ENDING:_____

### Attach Business Forms BA-02(A-D)
# BUSINESS DEBTOR'S

| CASH RECEIPTS & DISBURSEMENTS | INCOME STATEMENT |
|---|---|
| | -Accrual   (Circle One)    -Cash |

CASH ON HAND (Beginning) is the same figure as cash on Hand (End) of last month.

A.   CASH ON HAND(Beginning) **125,555.41**

B.   RECEIPTS:

   Accounts Receivable from
Form BA-02(A)-Line II(C)   **42,777.84**

   Cash Sales   _____

   Loan Proceeds from_____

   Sale of Property   _____
   (Not in ordinary course of business)

Other **Interest Income**      **2.07**

   _____

C.   TOTAL RECEIPTS   **42,779.91**
   (Total of B)

D.   BUSINESS DISBURSEMENTS **0**
   FROM FORM BA-02(B)

E.   SURPLUS OR DEFICIT   **42,779.91**
   (C minus D)

F.   CASH ON HAND (End)   **168,335.32**
   (A plus E)

INCOME STATEMENT:

1.   REVENUE FROM TOTAL SALES   $ **42,777.84**

2.   LESS COST OF THOSE SALES   **10,958.85**
   (Cost of materials, Labor, etc.)

3.   EQUALS GROSS PROFIT (1 minus 2)   **31,818.99**

4.   LESS OPERATING EXPENSES   **0**

5.   EQUALS NET PROFIT OPERATIONS (3 minus 4)   _____

6.   NON-OPERATING INCOME/EXPENSES (LIST SPECIFIC INCOME/EXPENSES)

   **Interest Income**      **2.07**

   _____

7.   EQUALS NET PROFIT OR NET LOSS   $ **31,821.06**
   (5 plus or minus 6)

*\* Please itemize Cost of Sales and Expenses on a separate sheet of paper.*

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE **December 10, 2020** _____

Robert Bradford Johnson, General Partner
War-Horse Properties, LLLP
_____
RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02**

## United States Bankruptcy Court - Northern District of Alabama

November 30, 2020

CASE NAME: Eagle Ray Investments, LLC        CASE NO. : 18-81708-TOM11   MONTH ENDING:_____

### Attach to Business Form BA-02
# BUSINESS DEBTOR'S ACCOUNTS RECEIVABLE

__I.   **NO ACCOUNTS RECEIVABLE WERE COLLECTED THIS MONTH.** (Check if true)

II.   **COLLECTION OF ACCOUNTS RECEIVABLE THIS MONTH.**

    A.   Amount collected this month on accounts
       receivable charged and paid this month.          $ __42,777.84__

    B.   Amount collected this month on accounts
       receivable charged in prior months
       and paid this month.                                $ _____

    C.   TOTAL collected this month on accounts
       receivable.                                         $ __42,777.84__

III.  **PENDING ACCOUNTS RECEIVABLE AS OF THE END OF THE MONTH:**

| ENTITY | 0-30 Days | 31-60 DAYS | 61-90 DAYS | OVER 91 | TOTAL |
|--------|-----------|------------|------------|---------|-------|
|        | $         |            |            |         | $     |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
| **TOTALS** | $     |            |            |         | $     |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE
AND BELIEF.

DATE_____December 10, 2020_____

Robert Bradford Johnson, General Partner
War-Horse Properties, LLLP
RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02(A)**

# United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** Eagle Ray Investments, LLC     **CASE NO. :** 18-81708-TOM11

**November 30, 2020**
**MONTH ENDING:**_____

## BUSINESS DEBTOR'S ACTUAL DISBURSEMENTS

```
ACCOUNTING FEES........................................$_____
ADVERTISING............................................._____
AUTOMOBILES/VEHICLES (repairs & maintenance)............_____
COMMISSIONS/CONTRACT LABOR.............................._____
INSURANCE (TOTAL)......................................._____
    AUTO                  $_____
    LIABILITY               _____
    LIFE                    _____
    MEDICAL                 _____
    CASUALTY                _____
    FIRE & THEFT            _____
    WORKMAN'S COMP.         _____
    OTHER _____    _____
INTEREST PAID..........................................._____
INVENTORY PURCHASED....................................._____
LEGAL FEES............................................._____
POSTAGE................................................._____
RENT/LEASE PAYMENTS ON REAL ESTATE......................_____
REPAIRS & MAINTENANCE..................................._____
SALARIES/WAGES PAID....................................._____
SECURED LOAN PAYMENTS [TOTAL FROM BA-02(C)]............._____
SUPPLIES (TOTAL)......................................._____
    OFFICE                $_____
    OPERATING               _____
TRAVEL & ENTERTAINMENT.................................._____
TAXES [TOTAL OF ALL TAXES FROM BA-02(D)]................_____
UNSECURED LOAN PAYMENTS................................._____
UTILITIES (TOTAL)......................................._____
    ELECTRICITY           $_____
    GAS                     _____
    TELEPHONE               _____
    WATER                   _____
    OTHER _____   _____

OTHER BUSINESS DISBURSEMENTS   _____
(Specify)                      _____         $_____
```

**TOTAL BUSINESS DISBURSEMENTS..........................$**_____0_____

**I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

  December 10, 2020

DATE_____

Robert Bradford Johnson, General Partner
War-Horse Properties, LLLP
_____
RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02(B)**

# United States Bankruptcy Court - Northern District of Alabama

**November 30, 2020**

**CASE NAME:** Eagle Ray Investments, LLC     **CASE NO. :** 18-81708-TOM11     **MONTH ENDING:**_____

## BUSINESS DEBTOR'S PAYMENTS TO SECURED CREDITORS

# *ALL SECURED CREDITORS MUST BE LISTED BELOW*

1._____Secured loan payments as described below have been paid this month
    (Check, if true.)

2._____No secured loan payments have been paid during this month.
    (Check, if true.)

3.___x_____The DIP has no secured creditors. (Check, if true.)

| SECURED CREDITOR | COLLATERAL | DATE PAID | AMOUNT | | BALANCE |
|---|---|---|---|---|---|
| | | | DUE | PAID | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE_____December 10, 2020_____

Robert Bradford Johnson, General Partner
War-Horse Properties, LLLP
_____
RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02(C)**

# United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** Eagle Ray Investments, LLC     **CASE NO. :** 18-81708-TOM11     **MONTH ENDING:** **November 30, 2020**

### Attach to Business Form BA-02
## BUSINESS DEBTOR'S TAX PAYMENTS

### A.  WITHHELD TAXES FOR EACH PAYROLL PERIOD

| PAYROLL DATE | PAYROLL AMOUNT | FICA 941 | | STATE INCOME TAXES PAID | LOCAL INCOME TAXES PAID |
|---|---|---|---|---|---|
| | | AMOUNT DUE | AMOUNT DEPOSITED | | |
| N/A | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL | | | | | |

### B.  UNEMPLOYMENT TAXES FOR EACH PAYROLL PERIOD

| PAYROLL DATE | TAXABLE PAYROLL | FUTA 940 | | STATE |
|---|---|---|---|---|
| | | AMOUNT DUE | AMOUNT DEPOSITED | |
| N/A | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | | | | |

### C. OTHER TAXES (SPECIFY TYPE: EXCISE, SALES, ETC. INCLUDE TAXES DUE AND PAID QUARTERLY)

| DUE | | | PAID | | |
|---|---|---|---|---|---|
| DATE | TYPE | AMOUNT | DATE | TYPE | AMOUNT |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL | | | | | |

**I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

DATE  **December 10, 2020**

Robert Bradford Johnson, General Partner, War-Horse Properties, LLLP

RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02(D)**

# United States Bankruptcy Court - Northern District of Alabama

**November 30, 2020**

**CASE NAME:** Eagle Ray Investments, LLC    **CASE NO. :** 18-81708-TOM11    **MONTH ENDING:**_____

## BUSINESS DEBTOR'S BANK ACCOUNTS

| Bank, Credit Union, Etc. | Account No. (Checking, Savings, CD, Etc.) | Statement Balance | Date | Indicate Pre or Post Petition Account |
|---|---|---|---|---|
| Cadence | XXXXXX6476 Checking | 143,104.39 | 11-30-20 | Both-Court Approved |
| Peoples | xxxxxx1259 Money Market | 25,230.93 | 11-30-20 | Post |
| | | | | |
| | | | | |

## GROSS PAYROLL
(Wages, Salaries, Commissions, Bonuses, Etc.)

Officer #1    (Name)_____N/A_____    $_____
Officer #2    (Name)_____    $_____

Other Officer  (Name)_____    $_____

Employees (Number) _____    $_____

Employees (Relatives) _____    $_____

 Name _____    $_____

 Name _____    $_____

## INVENTORY (IF APPLICABLE)

Inventory - Beginning of Month (COST)    $_____N/A_____
Inventory - Purchased this Month - CASH    $_____
Inventory - Purchased this Month - CREDIT    $_____

Inventory - End of Month (COST)    $_____

## PAYMENTS MADE TO PRE-PETITION UNSECURED CREDITORS

__X__ A. No payments on pre-petition debts have been made this month.
_____ B. The following payments have been made this month to unsecured creditors whose debts were incurred prior to the filing of this case:

| CREDITOR | AMOUNT & DATE | PURPOSE | PAYMENT COURT APPROVED? |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE____**December 10, 2020**_____    **Robert Bradford Johnson, General Partner**
**War-Horse Properties, LLLP**
RESPONSIBLE PARTY

## United States Bankruptcy Court - Northern District of Alabama

November 30, 2020

**CASE NAME:** Eagle Ray Investments, LLC        **CASE NO. :** 18-81708-TOM11    **MONTH ENDING:**_____

## BUSINESS DEBTOR'S POST-PETITION ACCOUNTS PAYABLE

**CHECK A or B**

__x__    A.  All operating expenses since the beginning of this case have
            been paid.  Therefore there are no post-petition accounts
            payable.

**** OR ****

_____    B.  Post-petition accounts payable are as follows:

| ENTITY OWED | 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | OVER 91 | TOTAL |
|-------------|-----------|------------|------------|---------|-------|
|             |           | $          | $          | $       | $     |
|             |           |            |            |         |       |
|             |           |            |            |         |       |
|             |           |            |            |         |       |
|             |           |            |            |         |       |
|             |           |            |            |         |       |
|             |           |            |            |         |       |
|             |           |            |            |         |       |
|             |           |            |            |         |       |
|             |           |            |            |         |       |
|             |           |            |            |         |       |
|             |           |            |            |         |       |
|             |           |            |            |         |       |
|             |           |            |            |         |       |
|             |           |            |            |         |       |
|             |           |            |            |         |       |
|             |           |            |            |         |       |
| **TOTALS**  |           | $          | $          | $       | $     |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE
AND BELIEF.

Robert Bradford Johnson, General Partner
War-Horse Properties, LLLP

DATE__December 10, 2020__

RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-03(A)**

## ASSETS

**Current Assets**

| | | |
|---|---:|---:|
| Cadence POST Petition Checking | $ 143,104.39 | |
| Peoples Bank - Post Petition | 25,230.93 | |
| Note Receivable-David Pember | 58,113.94 | |
| Tax reimbursements receivable | 3,013.68 | |
| **Total Current Assets** | | 229,462.94 |

**Property and Equipment**

| | | |
|---|---:|---:|
| Pep Boys/Big 10 Skyland Blvd | 1,433,399.50 | |
| Aarons Rent-Prattville, AL | 1,397,752.50 | |
| Dollar General-Brookhaven, MS | 1,029,943.75 | |
| Dollar General - Georgiana | 322,256.81 | |
| Pizza Hut-Scottsboro AL | 1,349,604.00 | |
| Accumulated depreciation | (1,058,856.51) | |
| **Total Property and Equipment** | | 4,474,100.05 |

**Other Assets**

| | | |
|---|---:|---:|
| **Total Other Assets** | | 0.00 |
| **Total Assets** | $ | 4,703,562.99 |

## LIABILITIES AND CAPITAL

**Current Liabilities**

| | | |
|---|---:|---:|
| **Total Current Liabilities** | | 0.00 |

**Long-Term Liabilities**

| | | |
|---|---:|---:|
| **Total Long-Term Liabilities** | | 0.00 |
| **Total Liabilities** | | 0.00 |

**Capital**

| | | |
|---|---:|---:|
| Owner Capital | $ 5,846,750.80 | |
| Distributions to War-Horse | (755,000.00) | |
| Equity Balance | (735,097.99) | |
| Net Income | 346,910.18 | |
| **Total Capital** | | 4,703,562.99 |
| **Total Liabilities & Capital** | $ | 4,703,562.99 |

Eagle Ray Investments, LLC
Income Statement
For the One Month Ending November 30, 2020

|  | | Current Month |
|---|---|---|
| Revenues | | |
| Rent collections | $ | 42,777.84 |
| Interest income | | 2.07 |
| Total Revenues | | 42,779.91 |
| | | |
| Cost of Sales | | |
| Depreciation expense | | 10,958.85 |
| Total Cost of Sales | | 10,958.85 |
| Gross Profit | | 31,821.06 |
| Expenses | | |
| Total Expenses | | 0.00 |
| Net Income | $ | 31,821.06 |

# Eagle Ray Investments, LLC
## Account Reconciliation
## As of Nov 30, 2020
## 1100 - Cadence POST Petition Checking
## Bank Statement Date: November 30, 2020

Filter Criteria includes: Report is printed in Detail Format.

| | |
|---|---:|
| Beginning GL Balance | 100,326.55 |
| Add: Cash Receipts | 42,777.84 |
| Less: Cash Disbursements | |
| Add (Less) Other | |
| Ending GL Balance | 143,104.39 |
| Ending Bank Balance | 143,104.39 |
| Add back deposits in transit | |
| Total deposits in transit | |
| (Less) outstanding checks | |
| Total outstanding checks | |
| Add (Less) Other | |
| Total other | |
| Unreconciled difference | 0.00 |
| Ending GL Balance | 143,104.39 |



**= CADENCE**

**B A N K**

EAGLE RAY INVESTMENTS LLC                                    11/30/20
307 COMMERCIAL STREET
HANCEVILLE AL  35077

                                                      ████████76

     3                                                    CYCLE-031
*** CHECKING *** COMMERCIAL CK 2-51
ACCOUNT NUMBER    ████████76
PREVIOUS STATEMENT BALANCE AS OF 10/31/20 ........................  103,340.23
   PLUS      4  DEPOSITS AND OTHER CREDITS ...................   42,777.84
   LESS      1  CHECKS AND OTHER DEBITS .....................    3,013.68
CURRENT STATEMENT BALANCE AS OF 11/30/20 ........................  143,104.39
NUMBER OF DAYS IN THIS STATEMENT PERIOD    30

------------------------------------------------------------------------------
*** CHECK TRANSACTIONS ***
     SERIAL   DATE          AMOUNT        SERIAL    DATE          AMOUNT
      1239   11/10       3,013.68

------------------------------------------------------------------------------
*** CHECKING ACCOUNT TRANSACTIONS ***
 DATE         DESCRIPTION                  DEBITS        CREDITS
11/03 AC-AARONS PYMT.    -AP PAYMENT                    9,400.00
     30  -    98448 EAGLE RAY INVES
11/03 AC-PEP BOYS LLC    -PEP BOYS                     10,567.56
     EAGLE RAY INVESTMENTS
11/06 REMOTE DEPOSIT                                    9,565.82
11/12 REMOTE DEPOSIT                                   13,244.46

------------------------------------------------------------------------------
*** BALANCE BY DATE ***
10/31   103,340.23  11/03     123,307.79  11/06    132,873.61  11/10    129,859.93
11/12   143,104.39



≡ CADENCE BANK

Deposit Date/Time: 11/06/20 12:01 PM      9,565.82

Account Number

Deposit ID: 3200001207803

555533336    846    9,565.82

11/06/2020   $9,565.82

≡ CADENCE BANK

Deposit Date/Time: 11/11/20 02:10 PM      13,244.46

Account Number 76

Deposit ID: 3200001215801

555533336    3845    13,244.46

11/12/2020   $13,244.46



1239   11/10/2020   $3,013.68

# Eagle Ray Investments, LLC
## Account Reconciliation
## As of Nov 30, 2020
## 1110 - Peoples Bank - Post Petition
## Bank Statement Date: November 30, 2020

Filter Criteria includes: Report is printed in Detail Format.

| | |
|---|---:|
| Beginning GL Balance | 25,228.86 |
| Add: Cash Receipts | 2.07 |
| Less: Cash Disbursements | |
| Add (Less) Other | |
| Ending GL Balance | 25,230.93 |
| Ending Bank Balance | 25,230.93 |
| Add back deposits in transit | |
| Total deposits in transit | |
| (Less) outstanding checks | |
| Total outstanding checks | |
| Add (Less) Other | |
| Total other | |
| Unreconciled difference | 0.00 |
| Ending GL Balance | 25,230.93 |



## PEOPLES BANK
### of ALABAMA
#### IN GOD WE TRUST
1912 Cherokee Ave. SW • Cullman, AL 35055

Page 1 of 1

Date 11/30/20

**Return Service Requested**



000789 0.4500 AV 0.389        TR00004

AAPB

EAGLE RAY INVESTMENTS LLC
DEBTORS IN POSSESSION
307 COMMERCIAL ST SE
HANCEVILLE AL 35077

---- CHECKING ACCOUNT ----

'''PRIVACY NOTICE'''
Federal law requires us to tell you how we collect, share, and protect your
personal information.  Our privacy policy has not changed and you may review
our policy and practices with respect to your personal information at
www.peoplesbankal.com or we will mail you a free copy upon request if you call
us at 1-877-788-0288.

| | | | | |
|---|---|---|---|---|
| MONEY MARKET BUSINESS | | | Number of Enclosures | 0 |
| Account Number | | 59 | Statement Dates  11/02/20 thru 11/30/20 | |
| Previous Balance | | 25,228.86 | Days in the statement period | 29 |
| Deposits/Credits | | .00 | Average Ledger | 25,228.86 |
| Checks/Debits | | .00 | Average Collected | 25,228.86 |
| Service Charge | | .00 | Interest Earned | 2.00 |
| Interest Paid | | 2.07 | Annual Percentage Yield Earned | 0.10% |
| Ending Balance | | 25,230.93 | 2020 Interest Paid | 28.62 |

--------------------------------------------------------------------------------

**** DEPOSITS AND ADDITIONS ****

| 11/30 | InterestDeposit | 2.07 |
|---|---|---|

--------------------------------------------------------------------------------

**** DAILY BALANCE INFORMATION ****

| 11/02 | 25,228.86 | 11/30 | 25,230.93 |
|---|---|---|---|

AAPB-001-001-000789-001-000-201201 000789  K04
35077551807