## United States Bankruptcy Court - Northern District of Alabama

**Forse Investments, LLC**                    **18-81709-TOM11**                    **November 30, 2020**

**CASE NAME:** _____    **CASE NO. :** _____    **MONTH ENDING:** _____

**Operating reports are to be filed monthly, in duplicate, with the
Bankruptcy Clerk's Office by the 15th of each month**

## BUSINESS DEBTOR'S AFFIRMATIONS

**N/A**   1.   **YES___ NO____   All post petition business taxes have been paid/deposited and the deposit
slips are attached.**

**N/A**        **YES___ NO____   All post petition individual taxes have been paid and the deposit slips are
attached.**

**If you answered "No" to the above, list the types of taxes that are now due and owing.**

| TYPE OF TAX | AMOUNT |
|---|---|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |

2.   **YES_x_ NO____   Adequate insurance on all assets/property including fire, theft, liability, collision
and casualty and workman's compensation (if applicable) is currently in full force
and effect.**
**Forse Investments, LLC is self insured for comprehensive coverage.  Maintains liability insurance on each rental property**

**If no, enter:      TYPE_____not in force.**

**TYPE_____not in force.**

3.   **YES_x_ NO____   New books and records were opened and are being maintained daily.**

4.   **YES_x_ NO____   Copies of _all_ banks statements and reconciliations are attached .**

5.   **YES_x_ NO____   I have otherwise complied with all requirements of the Chapter 11
Operating Order.**

6.   **YES_x_ NO____   All financial statements filed with the Bankruptcy Clerk's Office are
prepared in accordance with generally accepted accounting principles.**
**\*\*Books and records are tax basis/cash method**

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE
AND BELIEF.

**Robert Bradford Johnson, General Partner
War-Horse Properties, LLLP**

DATE_**December 10, 2020**_____

RESPONSIBLE PARTY

Phone No._____

**Bankruptcy Administrator Form - Business BA-01**

# United States Bankruptcy Court - Northern District of Alabama

**Forse Investments, LLC**

CASE NAME: _____    CASE NO. : **18-81709-TOM11**

**November 30, 2020**
MONTH ENDING:_____

**Attach Business Forms BA-02(A-D)**
# BUSINESS DEBTOR'S

| CASH RECEIPTS & DISBURSEMENTS | INCOME STATEMENT |
|---|---|
| | -Accrual   **(Circle One)**   -Cash |

CASH ON HAND (Beginning) is the same figure as cash on Hand (End) of last month.

A.  CASH ON HAND(Beginning) **59,279.87**

B.  RECEIPTS:

  Accounts Receivable from Form BA-02(A)-Line II(C)  **15,966.39**

  Cash Sales  _____

  Loan Proceeds from_____  _____

  Sale of Property  _____
  (Not in ordinary course of business)

  Other_____  _____

  _____

C.  TOTAL RECEIPTS  **15,966.39**
  (Total of B)

D.  BUSINESS DISBURSEMENTS FROM FORM BA-02(B)  **20,490.65**

E.  SURPLUS OR DEFICIT  **(4,524.26)**
  (C minus D)

F.  CASH ON HAND (End)  **54,755.61**
  (A plus E)

1.  REVENUE FROM TOTAL SALES  **Tenant Rent** 15,966.39  **App Fee** $_____

2.  LESS COST OF THOSE SALES **Depreciation** (Cost of materials, Labor, etc.)  **7,040.30**

3.  EQUALS GROSS PROFIT (1 minus 2)  **8,926.09**

4.  LESS OPERATING EXPENSES  **19,240.65**

5.  EQUALS NET PROFIT OPERATIONS (3 minus 4)  **(10,314.56)**

6.  NON-OPERATING INCOME/EXPENSES (LIST SPECIFIC INCOME/EXPENSES)
  **Embezzlement Recovery**  _____
  _____  _____
  _____  _____

7.  EQUALS NET PROFIT OR NET LOSS (5 plus or minus 6)  $ **10,314.56)**

*** Please itemize Cost of Sales and Expenses on a separate sheet of paper.**

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE **December 10, 2020** _____

**Robert Bradford Johnson, General Partner**
**War-Horse Properties, LLLP**

RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02**

## United States Bankruptcy Court - Northern District of Alabama

**Forse Investments, LLC**                    **18-81709-TOM11**                    **November 30, 2020**
**CASE NAME:** _____    **CASE NO. :** _____    **MONTH ENDING:**_____

### Attach to Business Form BA-02
# BUSINESS DEBTOR'S ACCOUNTS RECEIVABLE

__I.   **NO ACCOUNTS RECEIVABLE WERE COLLECTED THIS MONTH.** (Check if true)

II.   **COLLECTION OF ACCOUNTS RECEIVABLE THIS MONTH.**

    A.   Amount collected this month on accounts
         receivable charged and paid this month.                    $ __15,586.39__

    B.   Amount collected this month on accounts
         receivable charged in prior months
         and paid this month.                                        $ __380.00__

    C.   TOTAL collected this month on accounts
         receivable.                                                $ __15,966.39__

III.  **PENDING ACCOUNTS RECEIVABLE AS OF THE END OF THE MONTH:**

| ENTITY | 0-30 Days | 31-60 DAYS | 61-90 DAYS | OVER 91 | TOTAL |
|--------|-----------|------------|------------|---------|-------|
| See Attached Spreadsheet | $ | | | | $ 14,807.00 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| **TOTALS** | $ | | | | $ 14,807.00 |

**I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

DATE__**December 10, 2020**_____

**Robert Bradford Johnson, General Partner**
**War-Horse Properties, LLLP**
_____
RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02(A)**

## United States Bankruptcy Court - Northern District of Alabama

**Forse Investments, LLC**                                    November 30, 2020

CASE NAME: _____     CASE NO. : **18-81709-TOM11**     MONTH ENDING:_____

## BUSINESS DEBTOR'S ACTUAL DISBURSEMENTS

```
ACCOUNTING FEES......................................$_____
ADVERTISING..........................................._____
AUTOMOBILES/VEHICLES (repairs & maintenance).........._____
COMMISSIONS/CONTRACT LABOR............................_____
INSURANCE (TOTAL)....................................._____
   AUTO              $_____
   LIABILITY          _____
   LIFE               _____
   MEDICAL            _____
   CASUALTY           _____
   FIRE & THEFT       _____
   WORKMAN'S COMP.    _____
   OTHER _____     _____
INTEREST PAID........................................._____
INVENTORY PURCHASED..................................._____
LEGAL FEES............................................_____
POSTAGE..............................................._____
RENT/LEASE PAYMENTS ON REAL ESTATE...................._____
REPAIRS & MAINTENANCE.................................  15,669.84
SALARIES/WAGES PAID..................................._____
SECURED LOAN PAYMENTS [TOTAL FROM BA-02(C)]..........._____
SUPPLIES (TOTAL)......................................_____
   OFFICE            $_____
   OPERATING          _____
TRAVEL & ENTERTAINMENT................................_____
TAXES [TOTAL OF ALL TAXES FROM BA-02(D)].............._____
UNSECURED LOAN PAYMENTS..............................._____
UTILITIES (TOTAL).....................................    613.47
   ELECTRICITY       $  260.20
   GAS                  132.90
   TELEPHONE            _____
   WATER                220.37
   OTHER _____       _____
```

OTHER BUSINESS DISBURSEMENTS    **Bank Charges**              180.19
(Specify)                       **Shared Services**         2,777.15
                                 **Property Improvements**  $  1,250.00

**TOTAL BUSINESS DISBURSEMENTS**.........................$  20,490.65

---

**I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

DATE **December 10, 2020**

**Robert Bradford Johnson, General Partner**
**War-Horse Properties, LLLP**
_____
RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02(B)**

# United States Bankruptcy Court - Northern District of Alabama

**Forse Investments, LLC**                **18-81709-TOM11**           **November 30, 2020**

**CASE NAME:** _____  **CASE NO. :** _____  **MONTH ENDING:** _____

## BUSINESS DEBTOR'S PAYMENTS TO SECURED CREDITORS

# *ALL SECURED CREDITORS MUST BE LISTED BELOW*

1._____Secured loan payments as described below have been paid this month
        (Check, if true.)

2._____No secured loan payments have been paid during this month.
        (Check, if true.)

3.___x___The DIP has no secured creditors. (Check, if true.)

| SECURED CREDITOR | COLLATERAL | DATE PAID | AMOUNT | | BALANCE |
|---|---|---|---|---|---|
| | | | DUE | PAID | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

Robert Bradford Johnson, General Partner
War-Horse Properties, LLLP

DATE_____December 10, 2020_____        _____
                                              RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02(C)**

# United States Bankruptcy Court - Northern District of Alabama

**Forse Investments, LLC**                    18-81709-TOM11                    **November 30, 2020**

CASE NAME: _____    CASE NO. : _____    MONTH ENDING:_____

## Attach to Business Form BA-02
# BUSINESS DEBTOR'S TAX PAYMENTS

### A. WITHHELD TAXES FOR EACH PAYROLL PERIOD

| PAYROLL DATE | PAYROLL AMOUNT | FICA 941 | | STATE INCOME TAXES PAID | LOCAL INCOME TAXES PAID |
|---|---|---|---|---|---|
| | | AMOUNT DUE | AMOUNT DEPOSITED | | |
| N/A | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL | | | | | |

### B. UNEMPLOYMENT TAXES FOR EACH PAYROLL PERIOD

| PAYROLL DATE | TAXABLE PAYROLL | FUTA 940 | | STATE |
|---|---|---|---|---|
| | | AMOUNT DUE | AMOUNT DEPOSITED | |
| N/A | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | | | | |

### C. OTHER TAXES (SPECIFY TYPE: EXCISE, SALES, ETC. INCLUDE TAXES DUE AND PAID QUARTERLY)

| DUE | | | PAID | | |
|---|---|---|---|---|---|
| DATE | TYPE | AMOUNT | DATE | TYPE | AMOUNT |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL | | | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

Robert Bradford Johnson, General Partner
War-Horse Properties, LLLP

DATE_____December 10, 2020_____    _____

RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02(D)**

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: __Forse Investments, LLC__     CASE NO. : __18-81709-TOM11__     November 30, 2020
MONTH ENDING:_____

## BUSINESS DEBTOR'S BANK ACCOUNTS

| Bank, Credit Union, Etc. | Account No. (Checking, Savings, CD, Etc.) | Statement Balance | Date | Indicate Pre or Post Petition Account |
|---|---|---|---|---|
| Cadence Bank | xxxxxx1486 Checking | 65,484.94 | 11-30-2020 | Both -Court approved |
| | | | | |
| | | | | |
| | | | | |

## GROSS PAYROLL
### (Wages, Salaries, Commissions, Bonuses, Etc.)

Officer #1     (Name)_____     $_____N/A_____
Officer #2     (Name)_____     $_____

Other Officer  (Name)_____     $_____

Employees (Number) _____     $_____

Employees (Relatives) _____     $_____

 Name _____     $_____

 Name _____     $_____

## INVENTORY (IF APPLICABLE)

Inventory - Beginning of Month (COST)          $____N/A_____
Inventory - Purchased this Month - CASH        $_____
Inventory - Purchased this Month - CREDIT      $_____

Inventory - End of Month (COST)                $_____

## PAYMENTS MADE TO PRE-PETITION UNSECURED CREDITORS

__X__ A. No payments on pre-petition debts have been made this month.
____ B. The following payments have been made this month to unsecured
        creditors whose debts were incurred prior to the filing of this case:

| CREDITOR | AMOUNT & DATE | PURPOSE | PAYMENT COURT APPROVED? |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

           December 10, 2020              Robert Bradford Johnson, General Partner
DATE_____          War-Horse Properties, LLLP
                                          RESPONSIBLE PARTY

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: __Forse Investments, LLC__     CASE NO. : __18-81709-TOM11__     MONTH ENDING: __November 30, 2020__

## BUSINESS DEBTOR'S POST-PETITION ACCOUNTS PAYABLE

**CHECK A or B**

__X__    A.   All operating expenses since the beginning of this case have been paid.  Therefore there are no post-petition accounts payable.

**\*\* OR \*\***

_____    B.   Post-petition accounts payable are as follows:

| ENTITY OWED | 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | OVER 91 | TOTAL |
|---|---|---|---|---|---|
| | | $ | $ | $ | $ |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| **TOTALS** | | $ | $ | $ | $ |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE __December 10, 2020__

Robert Bradford Johnson, General Partner
War-Horse Properties, LLLP
RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-03(A)**

## ASSETS

| | | |
|---|---:|---:|
| **Current Assets** | | |
| Cadence Checking POST Petition | $ 54,755.61 | |
| Total Current Assets | | 54,755.61 |
| **Property and Equipment** | | |
| Property Improvements | 279,885.40 | |
| Residential Rental Properties | 1,856,076.00 | |
| Commercial Rental | 50,000.00 | |
| Land | 568,632.00 | |
| Accumulated Depreciation | (976,298.41) | |
| Total Property and Equipment | | 1,778,294.99 |
| **Other Assets** | | |
| Total Other Assets | | 0.00 |
| Total Assets | $ | 1,833,050.60 |

## LIABILITIES AND CAPITAL

| | | |
|---|---:|---:|
| **Current Liabilities** | | |
| Intercompany-Blue Smash | $ 1,052.62 | |
| Payable - Brad Johnson | 11,900.83 | |
| Total Current Liabilities | | 12,953.45 |
| **Long-Term Liabilities** | | |
| Total Long-Term Liabilities | | 0.00 |
| Total Liabilities | | 12,953.45 |
| **Capital** | | |
| Capital | 2,331,087.32 | |
| Retained earnings | (317,023.89) | |
| Distributions to War-Horse | (177,094.93) | |
| Net Income | (16,871.35) | |
| Total Capital | | 1,820,097.15 |
| Total Liabilities & Capital | $ | 1,833,050.60 |

Forse Investments, LLC
Income Statement
For the One Month Ending November 30, 2020

|  | Current Month |
|---|---|
| Revenues | |
| Rents collected | $ 15,966.39 |
| Total Revenues | 15,966.39 |
| | |
| Cost of Sales | |
| Depreciation expense | 7,040.30 |
| Total Cost of Sales | 7,040.30 |
| Gross Profit | 8,926.09 |
| Expenses | |
| Repairs & Maintenance | 15,669.84 |
| Power | 260.20 |
| Water | 220.37 |
| Gas | 132.90 |
| Bank charges | 180.19 |
| Shared Services Expense | 2,777.15 |
| Total Expenses | 19,240.65 |
| Net Income | $ (10,314.56) |

For Management Purposes Only

# Forse Investments, LLC
## Account Reconciliation
### As of Nov 30, 2020
### 1100 - Cadence Checking POST Petition
### Bank Statement Date: November 30, 2020

Filter Criteria includes: Report is printed in Detail Format.

| | | | | |
|---|---|---|---|---|
| Beginning GL Balance | | | | 59,279.87 |
| Add: Cash Receipts | | | | 9,846.00 |
| Less: Cash Disbursements | | | | (20,310.46) |
| Add (Less) Other | | | | 5,940.20 |
| Ending GL Balance | | | | 54,755.61 |
| Ending Bank Balance | | | | 65,484.94 |
| Add back deposits in transit | | | | |
| Total deposits in transit | | | | |
| (Less) outstanding checks | Aug 2, 2019 | 6109 | (54.81) | |
| | Aug 5, 2020 | 6323 | (500.00) | |
| | Oct 26, 2020 | 6390 | (2,745.34) | |
| | Nov 20, 2020 | 6410 | (80.00) | |
| | Nov 30, 2020 | 6412 | (2,777.15) | |
| | Nov 30, 2020 | 6413 | (1,200.00) | |
| | Nov 30, 2020 | 6414 | (3,372.03) | |
| Total outstanding checks | | | | (10,729.33) |
| Add (Less) Other | | | | |
| Total other | | | | |
| Unreconciled difference | | | | 0.00 |
| Ending GL Balance | | | | 54,755.61 |



# ☰ CADENCE
## BANK

```
      FORSE INVESTMENTS LLC                              11/30/20
      307 COMMERCIAL ST SE
      HANCEVILLE          AL   35077-0000
```

486

```
     27                                                  CYCLE-031
*** CHECKING *** COMMERCIAL CK 2-51
ACCOUNT NUMBER      ▮▮▮▮▮486
PREVIOUS STATEMENT BALANCE AS OF 10/31/20 ......................   99,825.47
    PLUS      13  DEPOSITS AND OTHER CREDITS ...................   15,786.20
    LESS      20  CHECKS AND OTHER DEBITS .....................    50,126.73
CURRENT STATEMENT BALANCE AS OF 11/30/20 .......................   65,484.94
NUMBER OF DAYS IN THIS STATEMENT PERIOD    30
```

---

**\*\*\* CHECK TRANSACTIONS \*\*\***

| SERIAL | DATE | AMOUNT | SERIAL | DATE | AMOUNT |
|--------|------|--------|--------|------|--------|
| 6381 | 11/03 | 65.00 | 6400 | 11/12 | 28.48 |
| 6388* | 11/10 | 1,939.22 | 6401 | 11/13 | 9,382.00 |
| 6389 | 11/25 | 31,666.07 | 6402 | 11/16 | 250.00 |
| 6391* | 11/10 | 1,242.00 | 6403 | 11/20 | 250.00 |
| 6392 | 11/12 | 1,409.41 | 6404 | 11/17 | 180.87 |
| 6393 | 11/03 | 51.75 | 6405 | 11/23 | 345.00 |
| 6394 | 11/05 | 522.00 | 6406 | 11/27 | 75.00 |
| 6396* | 11/09 | 350.00 | 6407 | 11/23 | 1,598.71 |
| 6398* | 11/12 | 39.50 | 6409* | 11/27 | 130.99 |
| 6399 | 11/06 | 500.00 | 6411* | 11/27 | 100.73 |

---

**\*\*\* CHECKING ACCOUNT TRANSACTIONS \*\*\***

| DATE | DESCRIPTION | DEBITS | CREDITS |
|------|-------------|--------|---------|
| 11/02 | AC-PAYPAL      -TRANSFER10 | | 897.87 |
| | 10914338507 FORSE INVESTMENTS | | |
| 11/03 | AC-HCVS8        -PPV | | 1,800.00 |
| | ROBERT BRADFORD JOHNSO | | |
| 11/03 | DEPOSIT | | 450.00 |
| 11/04 | DEPOSIT | | 800.00 |
| 11/05 | AC-PAYPAL      -TRANSFER10 | | 1,761.85 |
| | 10979105343 FORSE INVESTMENTS | | |
| 11/05 | AC-JCHA SECTION 8  -CHECKPAYMT | | 2,046.00 |
| | 336501/42419864 ROBERT BRADFOR | | |
| 11/05 | DEPOSIT | | 600.00 |
| 11/05 | DEPOSIT | | 625.00 |
| 11/06 | REMOTE DEPOSIT | | 1,900.00 |
| 11/09 | AC-PAYPAL      -TRANSFER10 | | 3,106.00 |
| | 11003206084 FORSE INVESTMENTS | | |
| 11/12 | DEPOSIT | | 200.00 |
| 11/12 | REMOTE DEPOSIT | | 1,425.00 |
| 11/19 | AC-PAYPAL      -TRANSFER10 | | 174.48 |
| | 11151296517 FORSE INVESTMENTS | | |

---

**\*\*\* BALANCE BY DATE \*\*\***

```
10/31   99,825.47  11/02   100,723.34  11/03   102,856.59  11/04   103,656.59
11/05  108,167.44  11/06   109,567.44  11/09   112,323.44  11/10   109,142.22
11/12  109,289.83  11/13    99,907.83  11/16    99,657.83  11/17    99,476.96
11/19   99,651.44  11/20    99,401.44  11/23    97,457.73  11/25    65,791.66
11/27   65,484.94
```




**11/03/2020  $450.00**



**11/04/2020  $800.00**



**11/05/2020  $600.00**



**11/05/2020  $625.00**



**11/06/2020  $1,900.00**



**11/12/2020  $200.00**



**11/12/2020  $1,425.00**



**6381  11/03/2020  $65.00**



**6388  11/10/2020  $1,939.22**



**6389  11/25/2020  $31,666.07**



**6391  11/10/2020  $1,242.00**



**6392  11/12/2020  $1,409.41**





6393    11/03/2020    $51.75

6394    11/05/2020    $522.00


6396    11/09/2020    $350.00


6398    11/12/2020    $39.50


6399    11/06/2020    $500.00


6400    11/12/2020    $28.48

6401    11/13/2020    $9,382.00

6402    11/16/2020    $250.00


6403    11/20/2020    $250.00

6404    11/17/2020    $180.87


6405    11/23/2020    $345.00


6406    11/27/2020    $75.00





**6407   11/23/2020   $1,598.71**



**6409   11/27/2020   $130.99**

**6411   11/27/2020   $100.73**

# Forse Investments, LLC

## Case # 18-81709-TOM11

| Tenant | Address | 0- 30 days | 31-60 days | 61-90Days | 91 days & over | TOTAL | Applied Security Deposit | TOTAL DUE | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Jeterrio Johnson | 742 Eastern Manor Birmingham- | $ 100.00 | $ 80.00 | | $ - | $ 180.00 | | $ 180.00 | | | |
| Cornelius Holmes | 5866 Brenda Drive, Birmingham | $ 800.00 | $ 800.00 | $ 800.00 | $ 5,415.00 | $ 7,815.00 | | $ 7,815.00 | Eviction In Process | | |
| David Nicholas | 628 15th Court Birmingham | $ 180.00 | $ 180.00 | $ 180.00 | $ 450.00 | $ 990.00 | | $ 990.00 | | | |
| Marvin Hicks | 6935 Heather Lane, Birmingham | $ 371.00 | $ 371.00 | $ 146.00 | $ - | $ 888.00 | | $ 888.00 | | | |
| Cynthia Smith | 6500 Kathy Circle, Birmingham | $ 833.00 | $ 833.00 | $ 833.00 | $ 880.00 | $ 3,379.00 | | $ 3,379.00 | | | |
| Felicia Toles | 509 Ridge Rd Birmingham, AL | $ - | $ - | $ - | $ - | $ - | | $ - | | | |
| Matt & Jackie Rush | Rose Street, Oneonta, AL | $ 400.00 | | | | $ 400.00 | | $ 400.00 | | | |
| Fred Bryant | 7542 Sectionline Rd Albertville, AL | $ - | $ - | $ - | $ - | $ - | | $ - | | | |
| Constance Brown | 389 St John Birmingham, AL | $ - | | | | | | $ - | | | |
| SavannahDuran | Tyler Loop, Birmingham, Al | | | | | $ - | | $ - | | | |
| David Carrington | 1075 Lakemont Gadsden, AL | $ - | $ - | $ - | | | | | | | |
| Monica Bennett | 394 ST John Birmingham | $ 85.00 | $ 85.00 | $ 85.00 | | $ 255.00 | | $ 255.00 | | | |
| Brittany Smith | 747 Eastern Manor | $ - | | | | $ - | | $ - | | | |
| Jalesa Hamilton | Lynngate | $ - | | | | | | | | | |
| Section 8/Carlandria Allen | 704 Hopewell | $ 450.00 | $ 450.00 | | | $ 900.00 | | $ 900.00 | | | |
| | **Totals** | | | | | $ 14,807.00 | $ - | **$ 14,807.00** | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

| Address | | 0-30 | 31-60 | 61-90 | 91+ | TOTAL | Sec Dep | TOTAL DUE | Status |
|---|---|---|---|---|---|---|---|---|---|
| 1075 Lakemont Gadsden, AL | | $ 1,000.00 | $ 1,000.00 | $ 500.00 | $ 2,500.00 | $ 1,000.00 | $ 1,500.00 | | Moved Out |
| 742 Eastern Manor Birmingham- | $ - | $ 800.00 | $ 800.00 | $ 800.00 | $ 2,400.00 | $ 800.00 | $ 1,600.00 | | MOVED OUT 12-31-18 |
| HT Greer Rd, Albertville, AL | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 2,000.00 | $ 500.00 | $ 1,500.00 | | MOVED OUT |
| Rose Street, Oneonta, AL | $ - | $ 700.00 | $ 350.00 | $ 1,100.00 | $ 2,150.00 | $ 350.00 | $ 1,800.00 | | MOVED OUT 12-1-18 |
| 7322 Cavern Road, Birmingham | $ - | $ 800.00 | $ 800.00 | $ 3,200.00 | $ 4,800.00 | $ 800.00 | $ 4,000.00 | | Evicted |
| LynnGate | | | | | | | $ 2,950.00 | | MOVED OUT |
| 389 St John | | | | | | | $ 3,000.00 | | Evicted |

RED - TURNED over to ATTORNEY FOR COLLECTION

UNCOLLECTABLE- TO BE WRITTEN OFF - BOTH THESE TENANT HAVE MEDICAL ISSUES THAT PREVENT THEM FROM WORKING

DEBT DISCHARGED BY US BANKRUPTCY COURT CASE 19-02638-DSC7