## United States Bankruptcy Court - Northern District of Alabama

**H J Farming, LLC**                    18-02397-TOM11                    **November 30, 2020**
**CASE NAME:** Blue Eagle Farming, LLC
~~d/b/a Johnson Farming~~              **CASE NO. :** 18-02395-TOM11      **MONTH ENDING:**_____

**Operating reports are to be filed monthly, in duplicate, with the
Bankruptcy Clerk's Office by the 15th of each month**

## BUSINESS DEBTOR'S AFFIRMATIONS

N/A  1.  **YES___ NO_____  All post petition business taxes have been paid/deposited and the deposit
                                slips are attached.**

   N/A   **YES___ NO_____  All post petition individual taxes have been paid and the deposit slips are
                                attached.**

   **If you answered "No" to the above, list the types of taxes that are now due and owing.**

| TYPE OF TAX | AMOUNT |
|---|---|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |

2.  **YES X NO_____   Adequate insurance on all assets/property including fire, theft, liability, collision
                            and casualty and workman's compensation (if applicable) is currently in full force
                            and effect.**
                            LIABILITY ONLY ON RENTALS

   **If no, enter:      TYPE_____not in force.**

                          **TYPE_____not in force.**

3.  **YES X NO_____   New books and records were opened and are being maintained daily.**

4.  **YES X NO_____   Copies of all banks statements and reconciliations are attached .**

5.  **YES X NO_____    I have otherwise complied with all requirements of the Chapter 11
                             Operating Order.**

6.  **YES X NO_____    All financial statements filed with the Bankruptcy Clerk's Office are
                             prepared in accordance with generally accepted accounting principles.**
                             ***Books and records are tax basis/cash method

**I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE
AND BELIEF.**

                                          Robert Bradford Johnson, General Partner
                                          War-Horse Properties, LLLP
DATE_____December 10, 2020_____
                                          _____
                                                    RESPONSIBLE PARTY
Phone No._____
                    **Bankruptcy Administrator Form - Business BA-01**

# United States Bankruptcy Court - Northern District of Alabama

H J Farming, LLC
18-02397-TOM11                                                    **November 30, 2020**
CASE NAME: Blue Eagle Farming, LLC          CASE NO. : 18-02395-TOM11
d/b/a Johnson Farming                                          MONTH ENDING:_____

### Attach Business Forms BA-02(A-D)
# BUSINESS DEBTOR'S

| CASH RECEIPTS & DISBURSEMENTS | INCOME STATEMENT |
|---|---|
| | -Accrual   **(Circle One)**   -Cash |

CASH ON HAND (Beginning) is the same figure as cash on Hand (End) of last month.

A.  CASH ON HAND(Beginning) 86,276.25

B.  RECEIPTS:

    Accounts Receivable from
    Form BA-02(A)-Line II(C)  _____0_____

    Cash Sales  _____

    Loan Proceeds
    from_____

    Sale of Property  _____
    (Not in ordinary
    course of business)

    Other **Interest Income** 110.23

    **Principal on Mtg** 211.89

C.  TOTAL RECEIPTS  322.12
    (Total of B)

D.  BUSINESS DISBURSEMENTS  11,857.93
    FROM FORM BA-02(B)

E.  SURPLUS OR DEFICIT  (11,535.81)
    (C minus D)

F.  CASH ON HAND (End)  74,740.44
    (A plus E)

1.  REVENUE FROM TOTAL SALES  $ ____0____

2.  LESS COST OF THOSE SALES  2,165.72
    (Cost of materials, Labor, etc.)

3.  EQUALS GROSS PROFIT (1 minus 2)  (2,165.72)

4.  LESS OPERATING EXPENSES  9,692.21

5.  EQUALS NET PROFIT OPERATIONS  (11,857.93)
    (3 minus 4)

6.  NON-OPERATING INCOME/EXPENSES (LIST SPECIFIC INCOME/EXPENSES)

    **Interest Income**  110.23

    _____  _____

    _____  _____

7.  EQUALS NET PROFIT OR NET LOSS  $ (11,747.70)
    (5 plus or minus 6)

*** Please itemize Cost of Sales and Expenses on a separate sheet of paper.***

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

Robert Bradford Johnson, General Partner
War-Horse Properties, LLLP

DATE **December 10, 2020**_____

_____
RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02**

## United States Bankruptcy Court - Northern District of Alabama

H J Farming, LLC

CASE NAME:  Blue Eagle Farming, LLC          CASE NO. :  18-02395-TOM11     MONTH ENDING:_____

d/b/a Johnson Farming

18-02397-TOM11                                November 30, 2020

**Attach to Business Form BA-02**

# BUSINESS DEBTOR'S ACCOUNTS RECEIVABLE

**X** I.   **NO ACCOUNTS RECEIVABLE WERE COLLECTED THIS MONTH.** (Check if true)

II.   **COLLECTION OF ACCOUNTS RECEIVABLE THIS MONTH.**

    A.   Amount collected this month on accounts
        receivable charged and paid this month.          $_____

    B.   Amount collected this month on accounts
        receivable charged in prior months
        and paid this month.                              $_____

    C.   TOTAL collected this month on accounts
        receivable.                                       $_____

III.   **PENDING ACCOUNTS RECEIVABLE AS OF THE END OF THE MONTH:**

| ENTITY | 0-30 Days | 31-60 DAYS | 61-90 DAYS | OVER 91 | TOTAL |
|--------|-----------|------------|------------|---------|-------|
|  | $ |  |  |  | $ |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
| **TOTALS** | $ |  |  |  | $ |

**I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

DATE____December 10, 2020_____

Robert Bradford Johnson, General Partner
War-Horse Properties, LLLP
_____
RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02(A)**

# United States Bankruptcy Court - Northern District of Alabama

**H J Farming, LLC**                    18-02397-TOM11                    November 30, 2020

CASE NAME: **Blue Eagle Farming, LLC**     CASE NO. : 18-02395-TOM11     MONTH ENDING:_____

**d/b/a Johnson Farming**

## BUSINESS DEBTOR'S ACTUAL DISBURSEMENTS

| | |
|---|---|
| ACCOUNTING FEES........................................$ | _____ |
| ADVERTISING............................................ | _____ |
| AUTOMOBILES/VEHICLES (repairs & maintenance)........... | 1,234.93 |
| COMMISSIONS/CONTRACT LABOR............................. | _____ |
| INSURANCE (TOTAL)...................................... | _____ |

| | |
|---|---|
|   AUTO | $_____ |
|   LIABILITY | _____ |
|   LIFE | _____ |
|   MEDICAL | _____ |
|   CASUALTY | _____ |
|   FIRE & THEFT | _____ |
|   WORKMAN'S COMP. | _____ |
|   OTHER _____ | _____ |

| | |
|---|---|
| INTEREST PAID......................................... | _____ |
| INVENTORY PURCHASED................................... | _____ |
| LEGAL FEES............................................ | _____ |
| POSTAGE............................................... | _____ |
| RENT/LEASE PAYMENTS ON REAL ESTATE.................... | _____ |
| REPAIRS & MAINTENANCE................................. | 5,365.53 |
| SALARIES/WAGES PAID................................... | _____ |
| SECURED LOAN PAYMENTS [TOTAL FROM BA-02(C)]........... | _____ |
| SUPPLIES (TOTAL)...................................... | _____ |

| | |
|---|---|
|   OFFICE | $_____ |
|   OPERATING | _____ |

| | |
|---|---|
| TRAVEL & ENTERTAINMENT................................ | _____ |
| TAXES [TOTAL OF ALL TAXES FROM BA-02(D)].............. | _____ |
| UNSECURED LOAN PAYMENTS............................... | _____ |
| UTILITIES (TOTAL)..................................... | _____ |

| | |
|---|---|
|   ELECTRICITY | $_____ |
|   GAS | _____ |
|   TELEPHONE | _____ |
|   WATER | _____ |
|   OTHER _____ | _____ |

| | | |
|---|---|---|
| OTHER BUSINESS DISBURSEMENTS | **Shared Services** | 3,091.75 |
| (Specify) | **Cost of Sales, Feed, Fuel** $ | 2,165.72 |

**TOTAL BUSINESS DISBURSEMENTS**..........................$    11,857.93

**I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

DATE **December 10, 2020**

    **Robert Bradford Johnson, General Partner**
    **War-Horse Properties, LLLP**
    RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02(B)**

# United States Bankruptcy Court - Northern District of Alabama

**H J Farming, LLC**                    **18-02397-TOM11**          **November 30, 2020**
**CASE NAME:** _Blue Eagle Farming, LLC_          **CASE NO. :** _18-02395-TOM11_     **MONTH ENDING:**_____
            **d/b/a Johnson Farming**
## BUSINESS DEBTOR'S PAYMENTS TO SECURED CREDITORS

# *ALL SECURED CREDITORS MUST BE LISTED BELOW*

1._____Secured loan payments as described below have been paid this month
        (Check, if true.)

2._____No secured loan payments have been paid during this month.
        (Check, if true.)

    **x**
3._____The DIP has no secured creditors. (Check, if true.)

| SECURED CREDITOR | COLLATERAL | DATE PAID | AMOUNT | | BALANCE |
|---|---|---|---|---|---|
| | | | DUE | PAID | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

            **December 10, 2020**                Robert Bradford Johnson, General Partner
                                War-Horse Properties, LLLP
DATE_____    _____
                                RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02(C)**

# United States Bankruptcy Court - Northern District of Alabama

H J Farming, LLC                           18-02397-TOM11                       November 30, 2020
CASE NAME: Blue Eagle Farming, LLC   CASE NO. : 18-02395-TOM11
                d/b/a Johnson Farming                                              MONTH ENDING:_____

### Attach to Business Form BA-02
## BUSINESS DEBTOR'S TAX PAYMENTS

### A. WITHHELD TAXES FOR EACH PAYROLL PERIOD

| PAYROLL DATE | PAYROLL AMOUNT | FICA 941 | | STATE INCOME TAXES PAID | LOCAL INCOME TAXES PAID |
| --- | --- | --- | --- | --- | --- |
| | | AMOUNT DUE | AMOUNT DEPOSITED | | |
| N/A | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL | | | | | |

### B. UNEMPLOYMENT TAXES FOR EACH PAYROLL PERIOD

| PAYROLL DATE | TAXABLE PAYROLL | FUTA 940 | | STATE |
| --- | --- | --- | --- | --- |
| | | AMOUNT DUE | AMOUNT DEPOSITED | |
| N/A | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | | | | |

### C. OTHER TAXES (SPECIFY TYPE: EXCISE, SALES, ETC. INCLUDE TAXES DUE AND PAID QUARTERLY)

| DUE | | | PAID | | |
| --- | --- | --- | --- | --- | --- |
| DATE | TYPE | AMOUNT | DATE | TYPE | AMOUNT |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL | | | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

Robert Bradford Johnson, General Partner
War-Horse Properties, LLLP

DATE_____December 10, 2020_____                     _____
                                                          RESPONSIBLE PARTY

### Bankruptcy Administrator Form - Business BA-02(D)

# United States Bankruptcy Court - Northern District of Alabama

**H J Farming, LLC**                                   **18-02397-TOM11**          November 30, 2020
**CASE NAME:** Blue Eagle Farming, LLC          **CASE NO. :** 18-02395-TOM11   **MONTH ENDING:**_____
d/b/a Johnson Farming

## BUSINESS DEBTOR'S BANK ACCOUNTS

| Bank, Credit Union, Etc. | Account No. (Checking, Savings, CD, Etc.) | Statement Balance | Date | Indicate Pre or Post Petition Account |
|---|---|---|---|---|
| Cadence Bank | xxxxxx6252    Checking | 85,249.54 | 11-30-2020 | Both-Court Approved |
| | | | | |
| | | | | |
| | | | | |

## GROSS PAYROLL
(Wages, Salaries, Commissions, Bonuses, Etc.)

Officer #1  (Name)_____N/A_____  $_____
Officer #2  (Name)_____  $_____

Other Officer (Name)_____  $_____

Employees (Number) _____  $_____

Employees (Relatives) _____  $_____

Name _____  $_____

Name _____  $_____

## INVENTORY (IF APPLICABLE)

Inventory - Beginning of Month (COST)    $_____N/A_____
Inventory - Purchased this Month - CASH  $_____
Inventory - Purchased this Month - CREDIT $_____

Inventory - End of Month (COST)          $_____

## PAYMENTS MADE TO PRE-PETITION UNSECURED CREDITORS

__X__ A. No payments on pre-petition debts have been made this month.
_____ B. The following payments have been made this month to unsecured creditors whose debts were incurred prior to the filing of this case:

| CREDITOR | AMOUNT & DATE | PURPOSE | PAYMENT COURT APPROVED? |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE____December 10, 2020_____   **Robert Bradford Johnson, General Partner**
                                          **War-Horse Properties, LLLP**
                                          RESPONSIBLE PARTY

## United States Bankruptcy Court - Northern District of Alabama

**H J Farming, LLC**                                                    18-02397-TOM11                           **November 30, 2020**
**CASE NAME:**  Blue Eagle Farming, LLC            **CASE NO. :**  18-02395-TOM11       **MONTH ENDING:**_____
                          **d/b/a Johnson Farming**

## BUSINESS DEBTOR'S POST-PETITION ACCOUNTS PAYABLE

**CHECK A or B**

___x___   A.  All operating expenses since the beginning of this case have
              been paid.  Therefore there are no post-petition accounts
              payable.

                                  **\*\* OR \*\***

_____   B.  Post-petition accounts payable are as follows:

| **ENTITY OWED** | 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | OVER 91 | TOTAL |
|---|---|---|---|---|---|
| | | $ | $ | $ | $ |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| **TOTALS** | | $ | $ | $ | $ |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE
AND BELIEF.

                                          Robert Bradford Johnson, General Partner
              December 10, 2020           War-Horse Properties, LLLP
DATE_____
                                          RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-03(A)**

Johnson Farming
Balance Sheet
November 30, 2020

## ASSETS

Current Assets
| | | |
|---|---|---|
| CADENCE Cking Post Petition | $ | 74,740.44 | |
| Decker Mortgage Receivable | | 18,822.24 | |
| Due from Blue Smash | | 2,476.91 | |
| Cattle | | 104,094.40 | |

Total Current Assets          200,133.99

Property and Equipment
| | |
|---|---|
| Farm Equipment | 288,212.63 |
| Barn | 28,222.34 |
| Fencing | 202.69 |
| Historic Park-Blount Co 100 Ac | 295,742.00 |
| Wild Kingdom on Mount Road 63A | 88,382.75 |
| Brindley Property 215acres | 258,641.50 |
| Tucker Mt Rd-837 Ac Oneonta | 918,971.00 |
| Big Buck Hollow-Mower Bro 816 | 1,043,582.00 |
| Little Buck Hollow 159 Acres | 254,400.00 |
| Marion County Property 440acre | 281,600.00 |
| Accumulated Depreciation | (318,021.99) |

Total Property and Equipment    3,139,934.92

Other Assets

Total Other Assets    0.00

Total Assets    $  3,340,068.91

## LIABILITIES AND CAPITAL

Current Liabilities
| | | |
|---|---|---|
| Due to Brad Johnson | $ | 4,397.37 |
| Note Payable-War-Horse Prop | | 320,000.00 |

Total Current Liabilities    324,397.37

Long-Term Liabilities

Total Long-Term Liabilities    0.00

Total Liabilities    324,397.37

Capital
| | |
|---|---|
| Retained Earnings (deficit) | (33,078.22) |
| Distributions to War-Horse | (1,113,329.99) |
| Capital account-WHP, LLLP | 3,944,010.86 |
| Net Income | 218,068.89 |

Total Capital    3,015,671.54

Total Liabilities & Capital    $  3,340,068.91

Johnson Farming
Income Statement
For the One Month Ending November 30, 2020

|  |  | Current Month |
|---|---|---|
| Revenues |  |  |
| Interest income | $ | 110.23 |
|  |  |  |
| Total Revenues |  | 110.23 |
|  |  |  |
| Cost of Sales |  |  |
| Feed |  | 1,747.72 |
| Fuel |  | 418.00 |
|  |  |  |
| Total Cost of Sales |  | 2,165.72 |
|  |  |  |
| Gross Profit |  | (2,055.49) |
|  |  |  |
| Expenses |  |  |
| Repairs and Maintenance |  | 5,365.53 |
| Vehicle Maintenance |  | 1,234.93 |
| Shared services expense |  | 3,091.75 |
|  |  |  |
| Total Expenses |  | 9,692.21 |
|  |  |  |
| Net Income (Loss) | $ | (11,747.70) |

For Management Purposes Only

**Johnson Farming**
**Account Reconciliation**
**As of Nov 30, 2020**
**1100 - CADENCE Cking Post Petition**
**Bank Statement Date: November 30, 2020**

Filter Criteria includes: Report is printed in Detail Format.

| | | | | |
|---|---|---|---|---|
| Beginning GL Balance | | | | 86,276.25 |
| Add: Cash Receipts | | | | 322.12 |
| Less: Cash Disbursements | | | | (11,857.93) |
| Add (Less) Other | | | | |
| Ending GL Balance | | | | 74,740.44 |
| Ending Bank Balance | | | | 85,249.54 |
| Add back deposits in transit | | | | |
| Total deposits in transit | | | | |
| (Less) outstanding checks | Jun 5, 2018 | 2370 | (250.00) | |
| | Nov 30, 2020 | 2564 | (3,091.75) | |
| | Nov 30, 2020 | 2565 | (4,138.57) | |
| | Nov 30, 2020 | 2566 | (3,028.78) | |
| Total outstanding checks | | | | (10,509.10) |
| Add (Less) Other | | | | |
| Total other | | | | |
| Unreconciled difference | | | | 0.00 |
| Ending GL Balance | | | | 74,740.44 |



### ≡ CADENCE
**B A N K**

```
     R BRAD JOHNSON                                              11/30/20
     DBA JOHNSON FARMING
     307 COMMERCIAL STREET
     HANCEVILLE AL  35077

                                                             ███████52

     4                                                       CYCLE-031
*** CHECKING *** COMMERCIAL CK 2-51
ACCOUNT NUMBER        ███████52
PREVIOUS STATEMENT BALANCE AS OF 10/31/20 ......................     91,677.16
   PLUS       1  DEPOSITS AND OTHER CREDITS ...................         322.12
   LESS       3  CHECKS AND OTHER DEBITS .....................       6,749.74
CURRENT STATEMENT BALANCE AS OF 11/30/20 .......................     85,249.54
NUMBER OF DAYS IN THIS STATEMENT PERIOD     30

-------------------------------------------------------------------------------
*** CHECK TRANSACTIONS ***
     SERIAL   DATE          AMOUNT      SERIAL   DATE          AMOUNT
     2558    11/12          845.90       2562*  11/12        1,598.83
     2559    11/12        4,305.01

-------------------------------------------------------------------------------
*** CHECKING ACCOUNT TRANSACTIONS ***
 DATE          DESCRIPTION              DEBITS          CREDITS
11/17 REMOTE DEPOSIT                                     322.12

-------------------------------------------------------------------------------
*** BALANCE BY DATE ***
10/31    91,677.16  11/12    84,927.42  11/17     85,249.54
```





11/17/2020    $322.12

2558    11/12/2020    $845.90



2559    11/12/2020    $4,305.01



2562    11/12/2020    $1,598.83