## United States Bankruptcy Court - Northern District of Alabama

**November 30, 2020**

CASE NAME: _____  War-Horse Properties, LLLP    CASE NO. : _____ 18-81711-TOM11

MONTH ENDING:_____

**Operating reports are to be filed monthly, in duplicate, with the Bankruptcy Clerk's Office by the 15th of each month**

## BUSINESS DEBTOR'S AFFIRMATIONS

N/A  1.   YES___ NO____   All post petition business taxes have been paid/deposited and the deposit slips are attached.

N/A       YES___ NO____   All post petition individual taxes have been paid and the deposit slips are attached.

**If you answered "No" to the above, list the types of taxes that are now due and owing.**

| TYPE OF TAX | AMOUNT |
|---|---|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |

2.   YES_x_ NO____   Adequate insurance on all assets/property including fire, theft, liability, collision and casualty and workman's compensation (if applicable) is currently in full force and effect.

If no, enter:        TYPE_____not in force.

TYPE_____not in force.

3.   YES_X_ NO____   New books and records were opened and are being maintained daily.

4.   YES_X_ NO____   Copies of all banks statements and reconciliations are attached .

5.   YES_X_ NO____   I have otherwise complied with all requirements of the Chapter 11 Operating Order.

6.   YES_X_ NO____   All financial statements filed with the Bankruptcy Clerk's Office are prepared in accordance with generally accepted accounting principles.

**\*\*Books and records are tax basis/cash meathod**

**I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

Robert Bradford Johnson, General Parter
War-Horse Properties, LLLP

DATE__ **December 10, 2020**

RESPONSIBLE PARTY

Phone No._____

**Bankruptcy Administrator Form - Business BA-01**

## United States Bankruptcy Court - Northern District of Alabama

**November 30, 2020**

**CASE NAME:** War-Horse Properties, LLLP     **CASE NO. :** 18-81711-TOM11     MONTH ENDING:_____

### Attach Business Forms BA-02(A-D)
## BUSINESS DEBTOR'S

| CASH RECEIPTS & DISBURSEMENTS | INCOME STATEMENT |
|---|---|
| | -Accrual   **(Circle One)**   –Cash |

CASH ON HAND (Beginning) is the same figure as cash on Hand (End) of last month.

A.   CASH ON HAND(Beginning) **811,334.28**

B.   RECEIPTS:

    Accounts Receivable from
    Form BA-02(A)-Line II(C)   _____

    Cash Sales   _____

    Loan Proceeds
    from_____

    Sale of Property   _____
    (Not in ordinary
    course of business)

    Other **Interest Income**   **22.00**

C.   TOTAL RECEIPTS   **22.00**
    (Total of B)

D.   BUSINESS DISBURSEMENTS
    FROM FORM BA-02(B)   **3,655.00**

E.   SURPLUS OR DEFICIT   **(3,633.00)**
    (C minus D)

F.   CASH ON HAND (End)   **807,701.28**
    (A plus E)

1.   REVENUE FROM TOTAL SALES   $ **0**

2.   LESS COST OF THOSE SALES
    (Cost of materials,
    Labor, etc.)   _____

3.   EQUALS GROSS PROFIT (1 minus 2)   **0**

4.   LESS OPERATING EXPENSES   **3,655.00**

5.   EQUALS NET PROFIT OPERATIONS
    (3 minus 4)   **(3,655.00)**

6.   NON-OPERATING INCOME/EXPENSES
    (LIST SPECIFIC INCOME/EXPENSES)

    **Interest Income**   **22.00**

7.   EQUALS NET PROFIT OR NET LOSS   $ **(3,633.00)**
    (5 plus or minus 6)

***\* Please itemize Cost of Sales
and Expenses on a separate
sheet of paper.***

**I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

DATE **December 10, 2020** _____

Robert Bradford Johnson, General Parter
War-Horse Properties, LLLP
_____
RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02**

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: War-Horse Properties, LLLP   CASE NO. : 18-81711-TOM11

November 30, 2020
MONTH ENDING:_____

**Attach to Business Form BA-02**
# BUSINESS DEBTOR'S ACCOUNTS RECEIVABLE

**X** I.   **NO ACCOUNTS RECEIVABLE WERE COLLECTED THIS MONTH.** (Check if true)

II.   **COLLECTION OF ACCOUNTS RECEIVABLE THIS MONTH.**

    A.   Amount collected this month on accounts
        receivable charged and paid this month.          $_____

    B.   Amount collected this month on accounts
        receivable charged in prior months
        and paid this month.                            $_____

    C.   TOTAL collected this month on accounts
        receivable.                                     $_____

III.   **PENDING ACCOUNTS RECEIVABLE AS OF THE END OF THE MONTH:**

| ENTITY | 0-30 Days | 31-60 DAYS | 61-90 DAYS | OVER 91 | TOTAL |
|--------|-----------|------------|------------|---------|-------|
|        | $         |            |            |         | $     |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
| **TOTALS** | $     |            |            |         | $     |

**I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

DATE_____December 10, 2020_____

Robert Bradford Johnson, General Parter
War-Horse Properties, LLLP
_____
RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02(A)**

## United States Bankruptcy Court - Northern District of Alabama

**November 30, 2020**

**CASE NAME:** War-Horse Properties, LLLP     **CASE NO. :** 18-81711-TOM11     **MONTH ENDING:**_____

## BUSINESS DEBTOR'S ACTUAL DISBURSEMENTS

```
ACCOUNTING FEES........................................$_____
ADVERTISING............................................._____
AUTOMOBILES/VEHICLES (repairs & maintenance)............_____
COMMISSIONS/CONTRACT LABOR.............................._____
INSURANCE (TOTAL)......................................._____
     AUTO              $_____
     LIABILITY           _____
     LIFE                _____
     MEDICAL             _____
     CASUALTY            _____
     FIRE & THEFT        _____
     WORKMAN'S COMP.     _____
     OTHER _____      _____
INTEREST PAID..........................................._____
INVENTORY PURCHASED....................................._____
LEGAL FEES.............................................._____
POSTAGE................................................._____
RENT/LEASE PAYMENTS ON REAL ESTATE......................_____
REPAIRS & MAINTENANCE..................................._____
SALARIES/WAGES PAID....................................._____
SECURED LOAN PAYMENTS [TOTAL FROM BA-02(C)]............._____
SUPPLIES (TOTAL)........................................_____
     OFFICE            $_____
     OPERATING           _____
TRAVEL & ENTERTAINMENT.................................._____
TAXES [TOTAL OF ALL TAXES FROM BA-02(D)]................_____
UNSECURED LOAN PAYMENTS................................._____
UTILITIES (TOTAL)......................................._____
     ELECTRICITY       $_____
     GAS                 _____
     TELEPHONE           _____
     WATER               _____
     OTHER _____      _____
```

OTHER BUSINESS DISBURSEMENTS  **Bankruptcy Admin Fees**                3,655.00
(Specify)                     _____           $_____

**TOTAL BUSINESS DISBURSEMENTS**..........................$_____  3,655.00

---

**I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

DATE        December 10, 2020

Robert Bradford Johnson, General Parter
War-Horse Properties, LLLP
_____
RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02(B)**

## United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** War-Horse Properties, LLLP

November 30, 2020

**CASE NO. :** 18-81711-TOM11     **MONTH ENDING:**_____

### BUSINESS DEBTOR'S PAYMENTS TO SECURED CREDITORS

# *ALL SECURED CREDITORS MUST BE LISTED BELOW*

1._____Secured loan payments as described below have been paid this month
        (Check, if true.)

2._X_____No secured loan payments have been paid during this month.
        (Check, if true.)

3.___The DIP has no secured creditors. (Check, if true.)

| SECURED CREDITOR | COLLATERAL | DATE PAID | AMOUNT | | BALANCE |
|---|---|---|---|---|---|
| | | | DUE | PAID | |
| Pinnacle Consulting, Inc. | Retainer | | | | $1,735.00 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND
BELIEF.

DATE_____December 10, 2020_____

Robert Bradford Johnson, General Parter
War-Horse Properties, LLLP
RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02(C)**

## United States Bankruptcy Court - Northern District of Alabama

November 30, 2020

CASE NAME: War-Horse Properties, LLLP     CASE NO. : 18-81711-TOM11     MONTH ENDING:_____

### Attach to Business Form BA-02
## BUSINESS DEBTOR'S TAX PAYMENTS

### A. WITHHELD TAXES FOR EACH PAYROLL PERIOD

| PAYROLL DATE | PAYROLL AMOUNT | FICA 941 | | STATE INCOME TAXES PAID | LOCAL INCOME TAXES PAID |
| --- | --- | --- | --- | --- | --- |
| | | AMOUNT DUE | AMOUNT DEPOSITED | | |
| N/A | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL | | | | | |

### B. UNEMPLOYMENT TAXES FOR EACH PAYROLL PERIOD

| PAYROLL DATE | TAXABLE PAYROLL | FUTA 940 | | STATE |
| --- | --- | --- | --- | --- |
| | | AMOUNT DUE | AMOUNT DEPOSITED | |
| N/A | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | | | | |

### C. OTHER TAXES (SPECIFY TYPE: EXCISE, SALES, ETC. INCLUDE TAXES DUE AND PAID QUARTERLY)

| DUE | | | PAID | | |
| --- | --- | --- | --- | --- | --- |
| DATE | TYPE | AMOUNT | DATE | TYPE | AMOUNT |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL | | | | | |

**I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

Robert Bradford Johnson, General Parter
War-Horse Properties, LLLP

DATE___December 10, 2020_____

_____
RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02(D)**

# United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** War-Horse Properties, LLLP

**CASE NO. :** 18-81711-TOM11

**November 30, 2020**
**MONTH ENDING:**_____

## BUSINESS DEBTOR'S BANK ACCOUNTS

| Bank, Credit Union, Etc. | Account No. (Checking, Savings, CD, Etc.) | Statement Balance | Date | Indicate Pre or Post Petition Account |
|---|---|---|---|---|
| Cadence Bank | xxxxxx6575 Checking | 235,649.63 | 11-30-20 | Both** Court Approved |
| Peoples Bank | xxxxxx1240 | 230,524.97 | 11-30-20 | Post Petition |
| TD Ameritrade IDA account | XXXXXX95 | 334,343.09 | 11-30-20 | Both** Court Approved |
| | | | | |

## GROSS PAYROLL
### (Wages, Salaries, Commissions, Bonuses, Etc.)

| | |
|---|---|
| Officer #1    (Name)_____N/A_____ | $_____N/A_____ |
| Officer #2    (Name)_____ | $_____ |
| Other Officer  (Name)_____ | $_____ |
| Employees (Number) _____ | $_____ |
| Employees (Relatives) _____ | $_____ |
| Name _____ | $_____ |
| Name _____ | $_____ |

## INVENTORY  (IF APPLICABLE)

| | |
|---|---|
| Inventory - Beginning of Month (COST) | $_____N/A_____ |
| Inventory - Purchased this Month - CASH | $_____ |
| Inventory - Purchased this Month - CREDIT | $_____ |
| Inventory - End of Month (COST) | $_____ |

## PAYMENTS MADE TO PRE-PETITION UNSECURED CREDITORS

__X__ A. No payments on pre-petition debts have been made this month.

_____ B. The following payments have been made this month to unsecured creditors whose debts were incurred prior to the filing of this case:

| CREDITOR | AMOUNT & DATE | PURPOSE | PAYMENT COURT APPROVED? |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE_____December 10, 2020_____

**Robert Bradford Johnson, General Parter**
~~War-Horse Properties, LLLP~~
RESPONSIBLE PARTY

## United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** War-Horse Properties, LLLP    **CASE NO.:** 18-81711-TOM11    MONTH ENDING: November 30, 2020

## BUSINESS DEBTOR'S POST-PETITION ACCOUNTS PAYABLE

### CHECK A or B

__x__  A.  All operating expenses since the beginning of this case have been paid.  Therefore there are no post-petition accounts payable.

**\*\* OR \*\***

_____  B.  Post-petition accounts payable are as follows:

| ENTITY OWED | 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | OVER 91 | TOTAL |
|-------------|-----------|------------|------------|---------|-------|
|             |           | $          | $          | $       | $     |
|             |           |            |            |         |       |
|             |           |            |            |         |       |
|             |           |            |            |         |       |
|             |           |            |            |         |       |
|             |           |            |            |         |       |
|             |           |            |            |         |       |
|             |           |            |            |         |       |
|             |           |            |            |         |       |
|             |           |            |            |         |       |
|             |           |            |            |         |       |
|             |           |            |            |         |       |
|             |           |            |            |         |       |
|             |           |            |            |         |       |
|             |           |            |            |         |       |
|             |           |            |            |         |       |
|             |           |            |            |         |       |
|             |           |            |            |         |       |
| **TOTALS**  |           | $          | $          | $       | $     |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE __December 10, 2020__

Robert Bradford Johnson, General Parter
War-Horse Properties, LLLP

RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-03(A)**

War-Horse Properties, LLLP
Balance Sheet
November 30, 2020

## ASSETS

**Current Assets**

| | | |
|---|---:|---:|
| Cadence POST Petition Checking | $ 242,833.22 | |
| Peoples Bank Post Petition | 230,524.97 | |
| TD Ameritrade IDA | 334,343.09 | |
| Invest TD Ameritrade FMV | 187,770.00 | |
| Note Receivable-Johnson Farms | 320,000.00 | |
| Due from Blue Smash | 64,053.70 | |
| **Total Current Assets** | | 1,379,524.98 |

**Property and Equipment**

| | | |
|---|---:|---:|
| **Total Property and Equipment** | | 0.00 |

**Other Assets**

| | | |
|---|---:|---:|
| Invest-Forse Investments LLC | 1,836,955.29 | |
| Invest-Eagle Ray Investments | 4,356,653.67 | |
| Invest-Johnson Farming LLCs | 2,797,602.65 | |
| Invest Armor Light, LLC | 2,225.99 | |
| **Total Other Assets** | | 8,993,437.60 |
| **Total Assets** | $ | 10,372,962.58 |

## LIABILITIES AND CAPITAL

**Current Liabilities**

| | | |
|---|---:|---:|
| Due to Brad Johnson | $ 21,731.16 | |
| **Total Current Liabilities** | | 21,731.16 |

**Long-Term Liabilities**

| | | |
|---|---:|---:|
| **Total Long-Term Liabilities** | | 0.00 |
| **Total Liabilities** | | 21,731.16 |

**Capital**

| | | |
|---|---:|---:|
| Capital-Brad Johnson | 11,895,434.61 | |
| Capital-HJ Trust 2012 | 626,075.51 | |
| Distributions-Brad Johnson 95% | (1,508,053.67) | |
| Distributions-HJ Trust 5% | (79,371.25) | |
| Unrealized Loss TD Ameritrade | (296,907.35) | |
| Retained Earnings | 45,237.01 | |
| Net Income | (331,183.44) | |
| **Total Capital** | | 10,351,231.42 |
| **Total Liabilities & Capital** | $ | 10,372,962.58 |

War-Horse Properties, LLLP
Income Statement
For the One Month Ending November 30, 2020

|  | Current Month |
|---|---|
| **Revenues** | |
| Interest Income | $                22.00 |
| Total Revenues | 22.00 |
| | |
| **Cost of Sales** | |
| Total Cost of Sales | 0.00 |
| Gross Profit | 22.00 |
| **Expenses** | |
| Bankruptcy Admin Exp | 3,655.00 |
| Total Expenses | 3,655.00 |
| Net Income | $           (3,633.00) |

For Management Purposes Only

# War-Horse Properties, LLLP
## Account Reconciliation
## As of Nov 30, 2020
## 1100 - Cadence POST Petition Checking
## Bank Statement Date: November 30, 2020

Filter Criteria includes: Report is printed in Detail Format.

| | | | | |
|---|---|---|---|---|
| Beginning GL Balance | | | | 246,488.22 |
| Add: Cash Receipts | | | | 7,183.59 |
| Less: Cash Disbursements | | | | (10,838.59) |
| Add (Less) Other | | | | |
| Ending GL Balance | | | | 242,833.22 |
| Ending Bank Balance | | | | 235,649.63 |
| Add back deposits in transit | | | | |
| | Nov 30, 2020 | BJWHBRFE | 7,183.59 | |
| Total deposits in transit | | | | 7,183.59 |
| (Less) outstanding checks | | | | |
| Total outstanding checks | | | | |
| Add (Less) Other | | | | |
| Total other | | | | |
| Unreconciled difference | | | | 0.00 |
| Ending GL Balance | | | | 242,833.22 |



**≡ CADENCE**
B A N K

███████575

```
     2                                                 CYCLE-031
*** CHECKING *** COMMERCIAL CK 2-51
ACCOUNT NUMBER        ███████75
PREVIOUS STATEMENT BALANCE AS OF 10/31/20 .......................    528,638.22
   PLUS       0  DEPOSITS AND OTHER CREDITS ...................            .00
   LESS       2  CHECKS AND OTHER DEBITS .....................     292,988.59
CURRENT STATEMENT BALANCE AS OF 11/30/20 .......................    235,649.63
NUMBER OF DAYS IN THIS STATEMENT PERIOD     30
```

---

```
*** CHECK TRANSACTIONS ***
     SERIAL   DATE         AMOUNT        SERIAL  DATE        AMOUNT
     1110    11/03     282,150.00         1113* 11/27     10,838.59
```

---

```
*** BALANCE BY DATE ***
10/31    528,638.22  11/03    246,488.22  11/27    235,649.63
```



WAR-HORSE, LLLP
307 COMMERCIAL STREET SE
HANCEVILLE, AL 35077

1110

DATE 10/12/20

PAY TO Brad Johnson                    $ 282,150 %

Two hundred eighty two thousand one hundred fifty

≡ CADENCE
CADENCE BANK, N.A.
438-000-7632

MEMO                706

⑆06 220 6 295⑆          5⑈ 0111 0

1110    11/03/2020    $282,150.00

WAR-HORSE, LLLP
307 COMMERCIAL STREET SE
HANCEVILLE, AL 35077

1113

DATE 11-16-20

PAY TO Pinnacle Consulting            $ 1083859/100

Ten thousand eight hund ed thirtyeight   DOLLARS

≡ CADENCE
CADENCE BANK, N.A.
1-866-638-7632

MEMO

⑆06 220 6 295⑆                5⑈ 0111 3

1113    11/27/2020    $10,838.59

# War-Horse Properties, LLLP
## Account Reconciliation
### As of Nov 30, 2020
### 1110 - Peoples Bank Post Petition
### Bank Statement Date: November 30, 2020

Filter Criteria includes: Report is printed in Detail Format.

| | |
|---|---:|
| Beginning GL Balance | 230,505.71 |
| Add: Cash Receipts | 19.26 |
| Less: Cash Disbursements | |
| Add (Less) Other | |
| Ending GL Balance | 230,524.97 |
| Ending Bank Balance | 230,524.97 |
| Add back deposits in transit | |
| Total deposits in transit | |
| (Less) outstanding checks | |
| Total outstanding checks | |
| Add (Less) Other | |
| Total other | |
| Unreconciled difference | 0.00 |
| Ending GL Balance | 230,524.97 |



# PEOPLES BANK
## of ALABAMA
**IN GOD WE TRUST**
1912 Cherokee Ave. SW • Cullman, AL 35055

Date 11/30/20

**Return Service Requested**



000788 0.4500 AV 0.389          TR00004

AAPB

WAR-HORSE PROPERTIES LLLP
DEBTORS IN POSSESSION
307 COMMERCIAL ST SE
HANCEVILLE AL 35077

---- CHECKING ACCOUNT ----

'''PRIVACY NOTICE'''
Federal law requires us to tell you how we collect, share, and protect your
personal information. Our privacy policy has not changed and you may review
our policy and practices with respect to your personal information at
www.peoplesbankal.com or we will mail you a free copy upon request if you call
us at 1-877-788-0288.

| MONEY MARKET BUSINESS | | | |
|---|---|---|---|
| Account Number | 240 | Number of Enclosures | 0 |
| Previous Balance | 230,505.71 | Statement Dates 11/02/20 thru 11/30/20 | |
| Deposits/Credits | .00 | Days in the statement period | 29 |
| Checks/Debits | .00 | Average Ledger | 230,505.71 |
| Service Charge | .00 | Average Collected | 230,505.71 |
| Interest Paid | 19.26 | Interest Earned | 18.47 |
| Ending Balance | 230,524.97 | Annual Percentage Yield Earned | 0.10% |
| | | 2020 Interest Paid | 92.57 |

---

**** DEPOSITS AND ADDITIONS ****

| 11/30 | InterestDeposit | 19.26 |
|---|---|---|

---

**** DAILY BALANCE INFORMATION ****

| 11/02 | 230,505.71 | 11/30 | 230,524.97 |
|---|---|---|---|

Member FDIC
Deposits Insured to $250,000

NOTICE: SEE REVERSED SIDE FOR IMPORTANT INFORMATION

AAPB-001-000788-001-000-201201 000788    K04
3507751807

# War-Horse Properties, LLLP
## Account Reconciliation
## As of Nov 30, 2020
## 1120 - TD Ameritrade IDA
## Bank Statement Date: November 30, 2020

Filter Criteria includes: Report is printed in Detail Format.

| | |
|---|---:|
| Beginning GL Balance | 334,340.35 |
| Add: Cash Receipts | |
| Less: Cash Disbursements | |
| Add (Less) Other | 2.74 |
| Ending GL Balance | 334,343.09 |
| Ending Bank Balance | 334,343.09 |
| Add back deposits in transit | |
| Total deposits in transit | |
| (Less) outstanding checks | |
| Total outstanding checks | |
| Add (Less) Other | |
| Total other | |
| Unreconciled difference | 0.00 |
| Ending GL Balance | 334,343.09 |



Statement Reporting Period:
11/01/20 - 11/30/20

800-669-3900
TD AMERITRADE
DIVSION OF TD AMERITRADE INC
PO BOX 2209
OMAHA, NE 68103-2209
*TD Ameritrade Clearing, Inc., Member SIPC*

Statement for Account # ⬛⬛⬛⬛⬛5
WAR-HORSE PROPERTIES LLLP A PARTNERSHIP
ATTN: ROBERT BRADFORD JOHNSON PART
307 COMMERCIAL ST SE
HANCEVILLE, AL 35077

## Portfolio Summary

| Investment | Current Value | Prior Value | Period Change | % Change | Estimated Income | Estimated Yield | Portfolio Allocation |
|---|---|---|---|---|---|---|---|
| Cash | $ - | $ - | $ - | - | $ - | - | |
| Insrd Dep Acct (IDA) | 334,343.09 | 334,340.35 | 2.74 | - | - | 0.01% | |
| Money Market | - | - | - | - | - | - | |
| Short Balance | - | - | - | - | - | - | |
| Stocks | 187,770.00 | 209,200.00 | (21,430.00) | (10.2)% | 1,322.19 | 0.7% | Stocks 36.0% |
| Short Stocks | - | - | - | - | - | - | |
| Fixed Income | - | - | - | - | - | - | |
| Options | - | - | - | - | - | - | |
| Short Options | - | - | - | - | - | - | |
| Mutual Funds | - | - | - | - | - | - | IDA 64.0% |
| Other | - | - | - | - | - | - | |
| **Total** | **$522,113.09** | **$543,540.35** | **($21,427.26)** | **(3.9)%** | **$1,322.19** | **0.3%** | |

## Cash Activity Summary

| | Current | YTD |
|---|---|---|
| Opening Balance | $ 0.00 | $332,990.45 |
| Securities Purchased | - | - |
| Securities Sold | - | - |
| Funds Deposited | - | - |
| Funds Disbursed | - | - |
| Income | - | 1,343.13 |
| Expense | - | - |
| Other | - | (334,333.58) |
| **Closing Balance** | **$ 0.00** | **$0.00** |

## Income & Expense Summary

| | Reportable | Non Reportable | YTD |
|---|---|---|---|
| **Income** | | | |
| Dividends | $ - | $ - | $1,321.98 |
| Interest | - | - | 21.15 |
| Other | - | - | - |
| **Expense** | | | |
| Interest | - | - | - |
| Fees | - | - | - |
| Other | - | - | - |
| **Net** | **$0.00** | **$0.00** | **$1,343.13** |

## Performance Summary

| | |
|---|---|
| Cost Basis As Of - 11/30/20 ** | $484,677.35 |
| Unrealized Gains | - |
| Unrealized Losses | (296,907.35) |
| Funds Deposited/(Disbursed) YTD | - |
| Income/(Expense) YTD | 1,343.13 |
| Securities Received/(Delivered) YTD | 0.00 |

**To view realized gains and losses for your account, login at www.tdameritrade.com and visit My Account > Cost Basis.

## Income Summary Detail*

| Description | Current | Year to Date |
|---|---|---|
| Ordinary Dividends | $ 0.00 | $ 1,321.98 |
| Interest Income Credit Balance | 0.00 | 21.15 |
| IDA Interest | 2.74 | 9.51 |

*This section displays current and year to date totals for this account. The year to date totals will accurately reflect your cumulative amount for the year. Year-end tax reporting income amounts may differ from what is reflected on monthly statements versus your tax documents. Please reference your official tax document(s) for tax reporting.

## Account Positions

| Investment Description | Symbol/ CUSIP | Quantity | Current Price | Market Value | Purchase Date | Cost Basis | Average Cost | Unrealized Gain(Loss) | Estimated Income | Yield |
|---|---|---|---|---|---|---|---|---|---|---|
| **Stocks - Cash** | | | | | | | | | | |
| PROSHARES TRUST SHORT S&P 500 NE ETF | SH | 6,000 | $ 18.67 | $112,020.00 | 07/05/16 | $ 219,482.85 | $ 36.58 | $ (107,462.85) | $ 688.92 | 0.6% |
| PROSHARES TRUST SHORT QQQ NEW ETF | PSQ | 5,000 | 15.15 | 75,750.00 | 07/05/16 | 265,194.50 | 53.04 | (189,444.50) | 633.27 | 0.8% |
| **Total Stocks** | | | | **$187,770.00** | | **$484,677.35** | | **$(296,907.35)** | **$1,322.19** | **0.7%** |
| **Total Cash Account** | | | | **$187,770.00** | | **$484,677.35** | | **$(296,907.35)** | **$1,322.19** | **0.7%** |

## Insured Deposit Account Interest Credited

| Begin Date | Balance | Number of Days | Interest Rate | Interest Accrued | MTD Accrued | MTD PAID |
|---|---|---|---|---|---|---|
| 11/01/20 | $ 334,340.35 | 30 | 0.0100 | $ 2.75 | $ 2.75 | $ 2.75 |
| **Total Interest Income** | | | | | | **$2.75** |


| | | | | Insured Deposit Account Activity | | | | |
|---|---|---|---|---|---|---|---|---|
| Date Cleared | Check Number | Date Written | Transaction | Description | Tracking Code | Expense Code | Amount | Balance |
| **Opening Balance** | | | | | | | | **$334,340.35** |
| 11/30/20 | - | 11/30/20 | Received | Interest: Insured Deposit Account Bank USA | - | - | $ 0.71 | 334,341.06 |
| 11/30/20 | - | 11/30/20 | Received | Interest: Insured Deposit Account Bank NA | - | - | 2.03 | 334,343.09 |
| **Closing Balance** | | | | | | | | **$334,343.09** |
| **TD Bank NA** | | | | | | | **$247,502.03** | |
| **TD Bank USA NA** | | | | | | | **$86,841.06** | |

FDIC Insured Deposit Account (IDA) balances reflected in your brokerage account are FDIC-insured up to applicable limits and held by one or more banks ("Program Banks"). Two of the Program Banks are TD Bank, N.A. and TD Bank USA, N.A., both affiliates of TD Ameritrade. The IDA balances are not covered by the Securities Investor Protection Corporation (SIPC) protection applicable to your brokerage account.